UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ELLEN L. DELAINE ) | |
| 5608 14th Street NW ) | |
| Washington DC 20011 ) | |
| Pro se Plaintiff, ) | CASE NUMBER   1:06CV01502 |
| v. ) | |
| GIANT FOOD STORES, INC. ) | JUDGE: Richard J. Leon |
| Jordan, Coyne & Savits ) | |
| Attn: Michele B. Hinerman ) | DECK TYPE: Personal Injury/Malpractice |
| 1100 Connecticut Avenue NW ) | |
| Suite 600 ) | DATE STAMP: 08/25/2006 |
| Washington DC 20006 ) | |
| ) | |
| VALERIE DAWSON ) | |
| 405 Rock Creek Church Road ) | |
| Washington DC ) | |
| ) | |
| SHERYL ELLISON ) | |
| c/o Dana K. DeLorenzo ) | |
| Asst Attny General ) | |
| 441 4th Street NW ) | |
| 6th Floor South ) | |
| Washington DC 20001 ) | |
| ) | |
| WILLIAM FRALIN ) | |
| 4525 Klingle Street NW ) | |
| Washington DC ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| c/o Dana K. DeLorenzo ) | |
| Asst Attny General ) | |
| 441 4th Street NW ) | |
| 6th Floor South ) | |
| Washington DC 20001 ) | |
| ) | |
| THOMAS H. DELAINE ) | |
| FRANKLIN P. DELAINE ) | |
| c/o Joseph Gibson ) | |
| 6811 Kenilworth Avenue ) | |
| Suite 210 ) | |
| Riverdale MD 20737 ) | |
| ) | |
| Defendants. ) | |

**ORIGINAL**

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446(b). In support of this Notice, the Attorney General states as follows:

1. The United States of America is named as a defendant in the civil action styled <u>Ellen L. Delaine v. Giant Food Stores, Inc. et al.</u>, now pending in the Superior Court of the District of Columbia, Civil Action No. 05-1639.

2. The above-entitled action was originally filed on March 4, 2005. Plaintiff subsequently amended her complaint twice, including the United States as a defendant in her last Amended Complaint, filed November 21, 2005. A copy of plaintiff's final Amended Complaint is attached hereto as Exhibit 1. The United States does not concede that it has ever been properly served with a summons in this action. The action has not yet proceeded to trial.

3. This Notice is brought pursuant to 28 U.S.C. § 1442(a)(1). This section provides that any civil action commenced in a State Court against the United States or any agency or officer thereof may be removed to the district court of the United States for the district and division where it is pending. <u>Id</u>.

4. Defendant, United States of America, further moves pursuant to 28 U.S.C. §1446(b) based on the fact that plaintiff's initial pleading on its face was not removable. Plaintiff's Amended Complaint, filed November 21, 2005, stated no allegations against nor made a claim for recovery from defendant, United States. Defendant has now received a motion to Alter or Amend the Superior Court's order denying entry of default judgment against the United States

which confers grounds for removal at this time.[1] Id., see also Plaintiff's Motion to Alter or Amend Denial of Entry for Default Judgment, attached as Exhibit 2.

5. Plaintiff's complaint alleges a tort against Giant Food Stores, Inc. See Exhibit 1.

6. Plaintiff's complaint requests damages solely from Giant Food Stores, Inc. in the amount of $10,000,000.00. Id. at pgs.11-12.

7. Plaintiff's Motion to Alter or Amend Denial of Entry for Default Judgment against the United States of America was received by the undersigned on August 18, 2006. See Exhibit 2.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442 (a)(1) and 1446(b).

August 25th, 2006

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC 20530
202-616-5309

---

[1] Prior to Plaintiff's Motion to Alter or Amend Denial of Entry for Default Judgment, Plaintiff filed a Motion for Entry of Default Judgment against the United States on July 5, 2006, which was denied by Superior Court Order dated July 7, 2006. Plaintiff then filed a Motion to Vacate the Order denying entry of default judgment against the United States on July 17, 2006, which again was denied by Superior Court Order dated July 27, 2006. Plaintiff's current Motion to Alter or Amend was filed August 7, 2006.

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Notice of Removal of a Civil Action to be served by first class mail upon plaintiff at:

Ellen L. Delaine
5608 14th Street NW
Washington DC 20011
*Pro se Plaintiff*

and upon defendants at:

Giant Food Stores, Inc.
Jordan, Coyne & Savits
Attn: Michele B. Hinerman
1100 Connecticut Avenue NW
Suite 600
Washington DC 20006

Sheryl Ellison
c/o Dana K. DeLorenzo
Asst Attny General
441 4th Street NW
6th Floor South
Washington DC 20001

District of Columbia
c/o Dana K. DeLorenzo
Asst Attny General
441 4th Street NW
6th Floor South
Washington DC 20001

Valerie Dawson
405 Rock Creek Church Road
Washington DC
*Pro se Defendant*

William Fralin
4525 Klingle Street NW
Washington DC
*Pro se Defendant*

Thomas H. Delaine
c/o Joseph Gibson
6811 Kenilworth Avenue
Suite 210
Riverdale MD 20737

Franklin P. Delaine
c/o Joseph Gibson
6811 Kenilworth Avenue
Suite 210
Riverdale MD 20737

on this  25th  day of August 2006.

_____
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309