# Exhibit 1

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Ellen L. DeLaine,
5609-14th Street, N.W.
Washington, D.C. 20011

                    Plaintiff(s)                    Civil Action No.: 05-0001639
                                                    Calendar 7-Judge Kravitz

v.

Giant Food Stores, Inc.
Jordan Coyne + Savits
attn: Michele B. Hingman
1100 Connecticut Avenue N.W.
Suite 600
Washington, D.C. 20036

and   Valerie Dawson;              and      Sheryl E. Ellison
      405 Rock Creek Church Road N.W.       913 Decatur Street N.W.
      Washington, D.C.                      Washington, D.C. 20011

                                   and      William S. Fralin
                                            4525 Klingle Street N.W.
and   United States                         Washington, DC.
      U.S. Attorney's Office
      501 3rd Street N.W.
      Civil Process Clerk, 4th Floor  and   Thomas H. DeLaine
      Washington, D.C. 20001                P.O. Box 1074
                                            Randallstown, MD 2133
      Office of Attorney General
      U.S. Justice Department
      950 Pennsylvania Avenue N.W.   and    Franklin P. DeLaine
                                            4519 South Dakota Avenue N.E.
      Room B-103                            Washington, DC.  )
      Washington, D.C. 20530

                                                    Defendants.
      District of Columbia
and
      Office of Attorney General for D.C.
      attn: Ms. Darlene Fields
      441-4th Street N.W. Suite 600 South
      Washington, D.C. 20001

      Office of the Mayor
      1350 Pennsylvania Ave, N.W.
      attn: Tabitha Braxton, Room 419
      Washington, D.C. 20004

                    AMENDED COMPLAINT
                    (see attached)

1-20-06
cc

Amended Complaint

On Sunday, October 19, 2004 at 8 o'clock A.M. I was shopping at the Giant Food Store at 3460 -14th street N.W, Washington D.C. I had just gathered some pastry items from the bakery department and was proceeding to the check out counter since my shopping was now completed. While I was walking in the direction to the check out counter I was physically attacked by a person who came from behind me and very forcefully hit me in my lower back lumbar spine section while at the same time was saying to me, "You have to move "or "Get out of my way." The force behind the hit pushed me to plunge forward and loose my balance and almost caused me to fall on my face, but because of my assistive walking device that I was using I was able to regain my balance to remain standing on my feet. As I turned to my left to observe who attacked me, because while walking I kept to my far right in the direction of the check out counter, I observed an adult female, who later I learned stated her name was Valerie Danson, who was now rushing towards me with both of her hands bawled into fists that were raised to her shoulder level and she started prancing around me and swinging her arms and throwing punches aimed at my face; Her swinging punches secluded me to an area of circumference so I could not escape her. As I tried to avoid her by moving back and forth and ducking my head as she swung her fists to throw punches at me, she mimiced my movement pattern as she continuously pranced and threatened me with her swinging fists. As she continued to move towards me assaultingly she was forcing me to back up and against the store products lined up on the shelves in the store, and while trying to avoid her punches she constantly threw at me caused me to bump into the aisles that contained the shelved food products and other store products. The noise and commotion that was being made as a result of this attack.

drew the attention of the customers and cashier employees who began to observe us. As Valerie Dawson managed to get me cornered while she was still prancing and swinging punches at me and her eyes were in contact focus with my eyes as she followed which way I moved to avoid her, she managed to strike me which caused me to hit my back against the shelved food products and I fell flat on my back onto the floor and bumped the back of my head on the floor during the fall. Now being further traumatized and in pain, Valerie Dawson had continued to move towards me, still prancing and her fists raised while swinging punches towards me as I was lying on the floor. I began to use my assistive walking device to keep her distanced from me as all of the customers and cashiers observed she was still trying to strike me. I began yelling to the persons in the store to call for the police. Shortly after my yelling for the police to be called, Mr. Loen Manning, the store manager appeared and observed Valerie Dawson moving towards me in a prancing fashion with her fists bawled and throwing punches at me as I was lying on the floor, and using my assistive walking device to keep her distanced from me, and he shouted to me, "The police are coming!" As I remained lying on the floor and trying to keep Valerie Dawson from hitting me by using my assistive walker device, and she was still coming at me,     Mr. Loen Manning, the store manager, observed Mr. Loen Manning made no effort or attempt to call the store security guard who was standing just a few feet away at the store entrance, but continued to watch me being attacked by Valerie Dawson. Valerie Dawson having seen and heard Mr. Loen Manning state that the police were coming, continued to assault me even in the presence of Mr. Loen Manning and then finally stopped and started to proceed through a check out counter to reach the store exit. One of the store customers helped me up

2

to stand on my feet as Mr. Loen Manning observed. After I was standing, Mr. Loen Manning then told me to come with him. I was observing that Valerie Dawson was making her way to the store exit door, and Mr. Loen Manning was making no effort or attempt to order his security guard, who was standing at the door, to restrain Valerie Dawson from leaving. I began to rush towards the store exit and started yelling to the security guard to stop Valerie Dawson from leaving. As I passed by a check out counter to make my way to the store exit, a female cashier employee stopped me by grabbing hold onto my right upper arm very forcefully and started shaking me by my arm and was saying to me, "Come with me so you don't get hurt." As she grabbed hold on and shook my arm so forcefully she was further inflicting pain on me. By now the security guard was standing in front of the store doors and in front of Valerie Dawson and was trying to place himself in front of her to keep her from leaving, but somehow she managed to get outside. Once outside of the store I could see that Valerie Dawson was trying to mount a bicycle that was parked right outside of the store entrance so I went outside behind her and grabbed the back wheel rim on her bicycle to prevent her from leaving until the police arrived. I then observed that Valerie Dawson had with her a purse but had no bag of items showing she made any purchase from Giant Store. The police arrived immediately after we had gotten outside. Two officers from the Third District Police Precinct of the Metropolitan Police Department in Washington, D.C. arrived, a female officer Thompson #968 and a male Officer Randall #2047. I explained to them that Valerie Dawson was the person who assaulted and battered me in the Giant Store that the store manager called them for. The police officer immediately asked for my identification but did not ask for Valerie

3

Dawson to present identification and I questioned them about that. After I gave the full details to the officers regarding my attack, Valerie Dawson stated to the officers that she pushed me. I again stated to the police that I need to know who Valerie Dawson is and they did not ask her for identification but asked her per her name, which she stated to them a name and address and information which I did not hear. Then Officer Randall stated that he was going inside the store to talk to the manager. Just before Officer Randall went inside the store Valerie Dawson was attempting to leave and the police were not trying to detain her, after she stated to them that she pushed me, When Officer Randall returned from having gone inside the store to talk to the store manager, I requested a police report and Officer Randall told me he was not going to give me a police report because Mr. Leen Manning, the store manager, and some of the customers inside the store that were questioned stated that nothing happened. The police officers never asked Valerie Dawson for identification. I then requested for the police officers to give me their names and identification numbers and they did so. I stated to them that I wanted to talk to another police officer and they said I could call for a supervisor. The store security guard was now standing inside of the store by the entrance door, and I approached the door from the outside to ask him if I could speak to him and he nodded his head meaning no. I then went to the pay phone located just a few feet away from the outside entrance to call 911 for a supervisor to respond. Valerie Dawson and the two police officers were still standing outside of the store, talking and laughing. When I reached a 911 operator and explained I was requesting a police supervisor and where I was located, Mr. Leen Manning came outside while I was still on the telephone with 911 and then told me that I had to leave the store property. Still

4

on the telephone with 911 I explained for them to send the police supervisor to meet me on the sidewalk in front of the store because I was ordered off the store property. As I was leaving the Giant Store premises, Mr. Loen Manning, still outside, was now joined with Valerie Dawson, Officers Randall and Thompson, and they were all together talking and laughing.

At 9:10 O'clock A.M., Sgt. Figueres arrived on the store property and the two officers spoke with him. I signalled to Sgt. Figueres by waving my hand at him to recognize where I was and he later came and spoke with me. I explained to him the assault and battery incident that happe-e    inside of the Giant Store and informed him Valerie Dawson stated to the officers, Randall and Thompson, that she assaulted and battered me while I listened to her tell them, and that Officers Randall and Thompson refused to give me a police report. Sgt. Figueres told me that the two officers, Thompson and Randall did not issue to me a police report because he stated that the store manager, Mr. Loen Manning, stated to the two officers that Valerie Dawson bumped into me and that the store customers stated they saw nothing, therefore there was no crime, and Sgt. Figueres told me that he will not issue me a police report. Then Sgt. Figueres asked me if I were injured and I stated to him I was, and he asked me if I wanted an ambulance to go to the hospital. I informed him I first needed to attend an urgent matter which I was detained from because of the attack and that I would take myself to the hospital. I then requested his name and identification number and he gave that information to me.

At approximately 11 o'clock A.M I arrived at the Washington Hospital Emergency Room Center located at First and Irving Streets, N.W. Washington, D.C. with complaints of head,

5

back, shoulder, and arm injuries and suffering pain as a result of a physical attack of assault and battery that I encountered by an unknown person while in a grocery store. The registering nurse suggested for me to have a cat scan for my complained of head injury but the attending physician refused to administer me a cat scan because I would not remove my clothes. The registering nurse also stated to me after I showed her the bruises on my arm that the bruises looked old. I was given medication for pain and received instructions orally and written for my bruises. The hospital doctor intentionally wrote on his report notes that I refused to cooperate and got undressed, knowing that the reader of the report would rely on the misrepresentation.

In January 2004 I filed a civil action in the Superior Court for the District of Columbia addressing a Civil Conspiracy of invasion of rights for a Continuing Intentional Tort Doctrine and Continuing Intentional Infliction of Emotional Distress by concerted actions against the District of Columbia Government, the United States Government, and other named individual defendants. This civil action was removed from D.C. Superior Court to the United States District Court for the District of Columbia on May 28, 2004, and is now currently pending in the United States Court of Appeals for the District of Columbia. The Complaint alleges that various federal, District, and local governments along with other agencies of private and corporate sectors within the United States acted in concerted actions of a civil conspiracy of unlawful violations against the plaintiff, Ellen L. Delaine. Some of the named United States agencies mentioned in plaintiffs Complaint who were participants in this civil conspiracy are: Giant Food Stores, Inc., the United States Park Police, the Washington Metropolitan Area Police Department and other agencies and individuals within the United States.

6

This Complaint against defendant Giant Food Stores, Inc. is a related case to the case pending in the United States Court of Appeals for the District of Columbia and this Complaint shows there are continuing offenses and injures as a result of this civil conspiracy. Giant Food Stores, Inc. in concerted actions in this Civil conspiracy of Constitutional torts or unlawful violations has participated as a member involved to effectuate the purpose of the conspiracy by unnecessary intrusion into plaintiff's private life and invading the privacy of plaintiff Ellen Delaine since 1999 when the Civil conspiracy initiated. Through unauthorized use of wiretap and electronic devices for audio and oral communication for surveillence, defendant Giant Food Stores, Inc. has invaded the privacy of Plaintiff Ellen Delaine intentionally by using her name or likeliness for commercial purposes without consent, falsely portrayed plaintiff to the public, unreasonably intruded into plaintiff's private life, and made public facts about Plaintiff's private life by keeping Plaintiff under surveillence when she shopped in their stores, and used the pictures taken of her in a way that portrayed plaintiff in a false light to illustrate certain types of stories for commercial use. The Giant Food Store in Silver Spring Maryland on Eastern Avenue during 1999 and 2000 posted logos and advertisement throughout their store that read "Follow the Sun" for the way to healthy nutritional products or the way to good health. Giant Food Stores in concerted actions with the conspirators had wrongly disclosed and published information regarding the types and brands of items that I purchased from them, which number of the checkout counter I used for my purchases, what time I arrived or departed their store, and was photographing me, from the moment I entered until I left the store, without my consent, for commercial purposes. This invasion of my privacy by defendant Giant Food Store, Inc.

7

is an intentional continuing offense that has been ongoing since 1999, and still continues in every location of Giant Stores I visit to go to shop and is still continuing.

On September 19, 2004 at approximately 7 o'clock AM, I was at the Rock Creek Park located at 16th street and Morrow Drive N.W, Washington, D.C., sitting at a picnic table across from the William Fitzgerald Tennis Center located there, where I had been working on the preparation of a document which was due in court on September 20, 2004. This court document that I was preparing was a Reply to the District of Columbia defendants Opposition to Motion for Reconsideration for the May 24, 2004 Superior Court Order that dismissed the District as a party defendant to my Complaint, which is now pending in the United States court of Appeals for District of Columbia. The United States District Court for the District of Columbia Civil, Ordered me to file this Reply in court by September 20, 2004 deadline. This mentioned Reply and Complaint alleges an invasion of privacy since 1999 to present. Everytime that I enter into this federal Government Park, I am always and continuously under surveillence by means of unauthorized use of wiretaps and electronic devices for oral and audio communication when I used their restrooms, walked in this park, talked, when I was there to mourn over the death of a family member, and this information was intercepted and wrongfully disclosed and published. I also alleged in that complaint that I had on several occasions been intimidated and placed under false arrest by the United States of America, D.C. Park Police and was not given and denied equal protection under the law while in the Park jurisdictions of this federally protected activity facility. The contents of information of what I was writing for the court document that was due to be filed on September 20, 2004, was intercepted and

8

viewed and disclosed through the means of wiretaps and audio and oral communication devices of electronics. The activities I was involved in while at the park, the time I left the park to get on the bus, what bus I took to go to the Giant Food Stores, what time I got off the bus, was a under surveillance, as well as Giant Food Store being fully informed of what time I arrived at their store, for them to do their part in concerted actions of this Civil Conspiracy of Intentional Constitutional Torts of invasion of rights.

Immediately before I was assaulted and battered by this female who stated her name was Valerie Dawson, I was in the bakery department of the store and had just gotten some doughnuts of the brandname that Giant Food Stores, Inc. have also used my name, without consent for commercial purposes. While I was in this bakery department, a male adult person came into this bakery section during the same time. There was also a female store employee who was standing around the bakery department. This adult male person appearing to be a customer shouted out, and at the same time was making direct eye contact with me to make sure that I recognized him and when I made eye contact he shouted?" I just want to know are they fresh, are they fresh?" He continued to look directly at me. It was right after I started to proceed to the checkout counter that I was attacked by the woman who gave her name as being Valerie Dawson.

On September 9, 2004 at approximately 12:30 or 1 O'clock Am I was assaulted and battered by a resident whose name was Valerie Larson when I took temporary residence at the Eleanor Kennedy Shelter located at 9155 Richmond Highway in Fairfax, Virginia. I was kicked and bruised and the Fairfax County Police Department who responded

9

to my call had observed the injuries I encountered as a result of the attack.
This incident was just ten days prior to the attack at the Giant Food
Stores in Washington, D.C., and both assailants named Valerie were solicited
to commit this assault and battery crime of violence. Giant Food Stores,
Inc. in concerted actions with this civil conspiracy of invasion of rights enabled
this attack to occur and further conspired to deprive me of my rights to equal
protection under the law from their security guard and from the Washington
Metropolitan Police Department. As a result of the intentional negligence
of Mr. Loen Manning this overt act in furtherance of the conspiracy was
observed by Mr. Loen Manning before he was physically present at the scene of the
crime because he stated the police are coming the minute he arrived at the scene
of the crime yet failed to call to his security guard to intervene until the police
arrived. Mr. Loen Manning had a duty of care towards me because even after
observing me physically being attacked, he made no effort or attempt to call
to his security guard whereby he breached his duty of care towards me by his
negligent acts. This injury producing act or his negligence, or omission having
the likely, forseeable result of causing such injury was the proximate cause.
And his observing Valerie Dawson making her way to the exit and not calling to
his security to refrain her further caused injury resulting in a measurable
loss to me. Mr. Loen Manning further deprived me of my right to equal protection
by providing a false statement to the police, which is fraud, whereby they
relied on the misrepresentation. Washington Hospital Center in furtherance
of this civil conspiracy of overt acts denied me equal medical treatment and
intentionally wrote on their doctors report that I refused to cooperate for the
reader to rely on the misrepresentation, which is also fraud.
   These mentioned overt acts in furtherance of this civil
conspiracy of invasion of rights by concerted actions are Constitutional
Torts of U.S. Code Title 18, Chapter 13 - Selected Civil Rights Statues -
Sections 241 - Conspiracy against rights, 242 - Deprivation of
Rights under color of law, 245 (2)(F) - federally protected activities,
Chapter 19 - Conspiracy, Section 371 - Conspiracy to commit offense
or defraud United States, Section 373 - Solicitation to commit

10

a crime of violence; Chapter 119 - Selected Statues on Electronic Surveillence and Wire taps, Sect. 2511(1) - Interception and disclosure of wire or oral communications prohibited; 2518 - Procedure for interception of wire or oral communication; 42 U.S. CA. 1985 - Public Health and Welfare, Chapter 21 - Civil Rights, Notes 54 Estoppel; Section II - Elements of Conspiracy - Notes 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 120, 124, 125, and 126.

These intentional torts of invasion of my rights by Giant Food Store has been going on since 1999 and have continued since the attack at the Giant Food Store on September 19, 2004 at another Giant Food Store that I had visited since then. On July 20, 2004 I was intimidated and made a defamatory remark to me by a cashier at the Giant Food Store at 7th street, NW, in Washington, D.C. During 1999 and 2000 I was constantly subjected to slanderous comments by customers and some staff when I shopped at the Giant Food Store in Silver Spring, Maryland. And throughout all of the Giant Food Stores I am constantly under surveillence and my privacy is invaded and my private life is intruded when I visit the Giant Food Stores who have been using me for commercial purposes without my consent. As a result of this civil conspiracy I have suffered several injuries and offenses and they still continue. On October 28, 2004 on the eve of the deadline for me to file in court another related Motion to the pending case in the United States Court of Appeals, by means of wire and audio electronic devices and for oral communications, I was again physically injured as an asserted estoppel tactic to impair me physically and further disable me to inhibit my filing in court the Complaints against this Civil Conspiracy of Invasion of Rights of a Continuing Intentional Tort Doctrine and Continuing Intentional Infliction of Emotional Distress by concerted actions whereby Giant Food Stores, Inc. is an agency in concerted action with these unlawful violations as against plaintiff, Ellen Delaine.

I am suing Giant Food Stores, Inc. for compensatory damages for pain and suffering endured as a result of the

11

continuing offenses and physical injuries, the discomfort of emotional injury, mental anguish and distress from conduct and actions and damage done to personal reputation and character. I demand judgment against defendant Giant Food Store in the sum plus interest and costs of :                                      $ 5,000,000.00

I am suing defendant Giant Food Stores, Inc. for punitive damages for invasion of privacy since the defendants behavior and conduct was intentional and caused the injuries of my suffering emotional distress, mental anguish and physical harm, and the defendants intentionally engaged in this type of reckless misconduct which continued from 1999 until present, for the negligence of the management who breached in their duty of care towards me that caused my physical injuries and emotional injuries and their role in invasion of my privacy by projecting me in a false light for commercial purposes without my consent with the intent to harm me, my character, and physical and emotional injuries as a result of their conduct and actions. I demand judgment against defendant Giant Food Stores, Inc. in the sum plus costs and interests of :                                      $ 5,000,000.00

I am suing for punitive damages and compensatory damages for these intentional continuing offenses and injuries in the total sum plus interest and costs of : $ 10,000,000.00 against defendant Giant Food Stores, Inc.

Respectfully submitted,

*Ellen L. Delaine*

Ellen L. Delaine
5608-14th Street N.W.
Washington, D.C. 20011

12

*Certificate of Service*

I Hereby Certify that a true copy of the foregoing amended complaint was mailed, first class postage prepaid, this January _____ day of 2006 _____ to:

*Ellen L. DeLaine*

Ellen L. DeLaine

U.S. Attorney's Office
501 3rd Street N.W.
Civil Process Clerk, Civil Division
Washington, D.C. 2001

U.S. Justice Department
Office of Attorney General
Room B-103
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530

Office of Attorney General for D.C.
attn: Ms. Darlene Fields
441 4th street N.W.
Suite 600 South
Washington, D.C. 2001

Office of the Mayor
attn: Tabitha Braxton
1350 Pennsylvania Avenue N.W.
Room 419
Washington, D.C. 20004

Valerie Dawson
405 Rock Creek Church Road N.W.
Washington, D.C.

Sheryl E. Ellison
913 Decatur Street N.W.
Washington, D.C. 20011

William S. Fralin
4525 Klingle Street N.W.
Washington, D.C.

Thomas H. DeLaine
P.O. Box 1074
Randallstown, MD 21133

Franklin P. DeLaine
4519 South Dakota Avenue N.E.
Washington, D.C.

Jordan Coyne & Savits, LLP
attn: Michele B. Hinerman
1100 Connecticut Avenue N.W.
Suite 600
Washington, D.C. 20036
Counsel for Defendant

13

**Exhibit 2**

In The Superior Court Of The District Of Columbia
Civil Division

Ellen L. Delaine,

                          Civil Action No.: 05CA1639
        Plaintiff,         Judge: Neal E. Kravitz,

v.

Giant Food Stores, Inc., et al.,

                  Defendants.

RECEIVED
Civil Clerk's Office
AUG 0 7 2006
Superior Court of the
District of Columbia
Washington, D.C.

Plaintiff's Motion To Alter OR AMEND Judgment Of Superior Court's July 27, 2006 Order Denying "Plaintiff's Motion To Vacate The Superior Court's July 7, 2006 Order Denying Her Motion For Judgment By Default Against Defendant United States"

    Plaintiff hereby moves this Court and files a "Motion To Alter Or Amend Judgment" pursuant to Superior Court Rules For Civil Procedures 5 (e) of Superior Courts July 27, 2006 Order Denying "Plaintiff's Motion To Vacate The Superior Superior Court's July 7, 2006 Order Denying Her Motion For Judgment By Default Against Defendant United States", and for reasons states as follows:

    1. "Plaintiff's Motion To Vacate The Superior Court's July 7, 2006 Order Denying Her Motion For Judgment By Default Against Defendant United States" stated therein that not only was the certified mail with green card return receipts properly addressed to the authorized

sie ies for service of process upon defendant, United
States Office of Attorney General; and defendant, United
States attorneys Office, as shown therein her Exhibits
one(1), two(2), and three(3), but also stated therein
her "Motion To Vacate Superior Courts July 7, 2006 Order"
was that her letter entitled "Addressed To The Court" that
was filed with her "Amended Complaint", in the Clerks office
on November 21, 2005 that requested therein for the Clerk
to honor her in forma pauperis status by issuing the Amended
Complaint to the named defendants, during her mentioned
involuntary commitment in a hospital, was not honored
by the Courts Clerk.

2. "Plaintiffs Motion To Vacate Superior Courts July 7,
2006 Order Denying Her Motion For Judgment By Default
Against Defendant, United States", page(3) three, (#) number
(8) eight, stated therein that on March 20, 2006 she
appeared in the Clerks Office and requested for them to
issue the Amended Complaint, summons, initial order with
Acknowledgement Form to all named defendants in Amended
Complaint to ensure proper service of process to be
effected because the Clerk did not honor her request
in her letter entitled, "Addressed To The Court" that was
filed with her "Amended Complaint", in the Clerks office
on November 21, 2005 (see Exhibit 4 of "Plaintiffs Motion
To Vacate July 7, 2006 Order Denying Her Motion For Judgment
By Default against Defendant United States).

3. SCR Civ Form 1-A Notice and Acknowledge-
ment for Service by Mail states therein that it must
be signed, dated, and returned, and that the Complaint
must be answered within (60) sixty days, the prescribed
time for service of process upon defendant, United States,                    2

after having signed, dated, and returned the Acknowledge-
ment form; or, failure to do so, judgment by default
may be taken against you for the relief demanded
in the Complaint (see Exhibit 4 of "Plaintiff's Motion
To Vacate July 7, 2006 Superior Court Order Denying Her
Motion For Judgment By Default Against Defendant United States).

     " Superior Court Civil Clerk Docket Entry Sheets
       on March 20, 2006 the Amended Complaint
       Init's Order with Acknowledgement form was
mailed to Defendant's by the Clerk pursuant to SCR 54-II
I     this date: March 20, 2006 to defendant, U.S.
         t, and on defendant United States U.S.
            See attached "Attachment A-Docket
Entry Sheet a); therefore, service of process upon defend-
ant               was properly effected.

         Plaintiff Motion To Vacate Superior Court's July
7, 2016 Order Denying Her Motion For Judgment By Default
Against Defendant United States", page (4) four, (#) number
nine (9), stated therein that even after the Clerk,
pursuant to SCR 54-II, effected service of process upon
defendant, United States, on March 20, 2006, they did
not answer the Amended Complaint within the prescribed
time as stated in the Acknowledgement form; whereby
failure to do so entitles Plaintiff to an entry of judgment
by default against them for noncompliance with these rule.

         6. The service of process method by certified
mail with return receipts by Plaintiff was properly effected
upon defendant, United States; and the Clerk, pursuant
to SCR 54-II properly effected service of process upon
defendant, United States, on March 20, 2006, whereby

                                                    3

they had an obligation to answer Plaintiff's Amended Complaint; and as of todays date they failed to comply with court rules, whereby, entitling Plaintiff to an entry of default judgement for the relief demanded against defendant, United States.

7. "Plaintiff's Motion To Vacate The Superior Courts July 7, 2006 Order Denying Her Motion For Judgment By Default Against Defendant United States" was denial by this Court on July 27, 2006 for the reason that Plaintiff had not proven through her Affidavits or otherwise that Ernest L. Pecks, and T. Nnebinsn meet the appropriate qualifications for receipt of process on behalf of the office of the Attorney General of the United States and the Office of the Civil Processing Clerk of the United States, United States Attorneys Office for the District of Columbia. This Court refuses to acknowledge that Plaintiff again had the Amended Complaint, summons, initial order with Acknowledgement form issued by the Clerk pursuant to SCR 54 II on March 20, 2006 on defendant's United States U.S. Attorneys Office and United States Justice Department Office of Attorney General, to ensure that proper service of process was effected upon them, and again for reason of inexcusable neglect, they failed to comply with court rules by not not filing an answer to Amended complaint within the prescribed time, as they are required to do, whereby, entitling Plaintiff to an entry of default judgment for the relief demanded against defendant United States. "Plaintiff's Motion To Vacate the Superior Courts July 7, 2006 Order Denying Her Motion For Judgment By Default Against Defendant, United States" attached Exhibit 4 are copies of the summons, Notice and Acknowledgement form showing the date, signature,

4

and seal of the Deputy Clerk of the Court.

8, Defendant, United States, was obligated to answer the Amended Complaint or otherwise defend within the prescribed time after having been served with the Amended Complaint, summons, initial order with Acknowledgement form; but instead, this Court decided to act as counsel on behalf of defendant, United States, and pleaded and defended on their behalf by stating that plaintiff has not proven that Ernest L. Pecks and T. Neebin, in meet the appropriate qualifications for receipt of process on behalf of the Office of Attorney General of the United States and the office of the civil process in clerk of the United States Attorneys Office for the District of Columbia; therefore, service of process was not properly effected upon defendant, United States', and Plaintiff's March 20, 2006, service of process by the Clerk, pursuant to SCR 54 II, upon defendant, District of Columbia, was completely ignored by this Court, whereby Plaintiff's entitlement by law for an entry of default judgment against defendant, United States, was denied as well as her motion to vacate Superior Courts July 7, 2006 Order Denying Her motion for Judgment by Default Against Defendants United States was denied for the same reason. And still, as of today's date, defendant, United States, failed to answer Plaintiff's complaint, as is required by court rules.

Plaintiff's case has been prejudiced by this Court who denied her Motion to Vacate The Superior Courts July 7, 2006 Order Denying Her Motion for Judgment by Default Against Defendant United

5

States for reason of failure to effect proper service of process because this court decided to act as counsel on behalf of defendant, United States, by pleading their defense because defendant, United States, for inexcusable neglect failed to comply with court rules in answering the Amended Complaint within the prescribed time after they were served with the Amended Complaint, summons, initial order and Acknowledgement form. The Courts job is to make judgement based on the parties pleadings, and not to plead on behalf of the parties, especially when an involved party failed to comply with court rules, because of inexcusable neglect, failed in filing an answer to the Complaint within the prescribed time of the court.

Whereby, for these aforementioned reasons, Plaintiff requests this Court to grant her motion to Alter or Amend Judgment, pursuant to Superior Court Rules for Civil Procedures 59 (e), of the Superior Courts July 27, 2006 Order Denying Plaintiff's Motion To Vacate, July 7, 2006 Superior Court Order Denying her Motion For Judgment By Default Against Defendant United States; and enter a Default Judgment against defendant United States for the relief demanded be Plaintiff that she is entitled.

6

Respectfully submitted,

Ellen L. Delaine

Ellen L. Delaine
5608-14th Street N.W.
Washington, D.C. 20011
202-829-1745

Certificate Of Service

I Hereby Certify that a true copy of "Plaintiff's
Motion To Alter OR AMEND Judgment Of Superior Court's
July 27, 2006 Order Denying "Plaintiff's Motion To
Vacate The Superior Court's July 7, 2006 Order Denying
Her Motion For Judgment By Default Against Defend-
ant United States" was mailed first class, postage
Prepaid, this 7th day of August, 2006 to:

U.S Department Of Justice/
Office of Attorney General
950 Pennsylvania Avenue N.W.
Room B-103
Washington, D.C. 20530

United States Attorneys Office
501 3rd Street N.W.
Civil Processing Clerk Division
Washington, D.C. 20001

Michele B. Hinerman
1100 Connecticut Avenue N.W.
Suite 600
Washington, D.C. 20036

Ellen L. Delaine
Ellen L. Delaine

7

2005 CA 001639 B        DELAINE, ELLEN L    Vs.    GIANT FOOD STORES INC et al        NEK

| Search Criteria | | | |
|---|---|---|---|
| Docket Entry | | | |
| Images | All Dockets | Begin Date | SortDescending |
| Participant | | End Date | |
| Display OptionExclude Non Display Dockets | | | |

Search Results

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 7/17/2006 | | Motion for Judgment by Default Against Defendant William S. Fralin  Filed Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); | 20.00 20.00 | |
| 7/17/2006 | | Motion to Vacate the Superior Court's Order of July 7, 2006, Denying Her Motion for Judgment by Default Against Defendant United States Filed: Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); | 20.00 20.00 | |
| 7/7/2006 | | Order Denying Plaintiff's Motion for Judgment by Default Against Defendant United States Signed by J.Kravitz, Entered on the Docket, and Copies Mailed from Chambers 7/7/06.nw | | |
| 7/7/2006 | | Order Granting Defendants' Consent Motion to Continue 7/18/06 Mediation Signed by J.Kravitz, Entered on the Docket, and Copies Mailed from Chambers 7/7/06.nw | | |
| 7/7/2006 | | ADR NOTICES ISSUED NEXT BUSINESS DAY: Event: Mediation Session (Civil 2) Date: 10/19/2006    Time: 9:00 am Judge: CIVIL 2 MEDIATOR    Location: MEDIATION CENTER, 515 5th Street, N.W., Room 307 | | |
| 7/7/2006 | | Mediation Cancelled By Chambers The following event: Mediation Session (Civil 2) scheduled for 07/18/2006 at 11:00 am has been resulted as follows:  Result: Mediation Cancelled By Chambers Judge: CIVIL 2 MEDIATOR    Location: MEDIATION CENTER, 515 5th Street, N.W., Room 307 | | |
| 7/5/2006 | | Defendants' Consent Motion to Continue July 18, 2006 Mediation Filed Attorney: JOHNSON, Ms HOLLY M (476331) Attorney: DELORENZO, Ms DANA K (468306) DISTRICT OF COLUMBIA, ANTHONY WILLIAMS (Defendant); | 20.00 | 20.00 |
| 7/5/2006 | | Pltf's Motion for Judgment by Default against Deft United State Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); | 20.00 20.00 | |
| 6/20/2006 | | Order Denying Plaintiff's Motion to Continue July 18, 2006 Mediation Signed by J.Kravitz, Entered on the Docket, and Copies Mailed from Chambers 6/20/06.nw | | |
| 6/20/2006 | | Order Denying Plaintiff's Motion for a New Trial, Amendment of Judgment Against Defendant Giant Food Store, Inc. Signed by J.Kravitz, Entered on the Docket, and Copies Mailed from Chambers 6/20/06.nw | | |
| 6/20/2006 | | Order Denying Plaintiff's Motion for a New | | |

*Attachment A*

| Date | Description | | |
|---|---|---|---|
| | Defendant Giant Food Store, Inc. Signed by J/Kravitz and entered on docket, and Copies Mailed from Chambers 6/20/06.nw | | |
| 6/19/2006 | Plaintiff's Motion to Continue July 18, 2006 Mediation | 20.00 | |
| | Attorney: PRO SE (999999) | | 20.00 |
| 6/19/2006 | Plaintiff's Motion for A New Trial; Amendment of Judgment against the Delaine Defendants | 20.00 | |
| | Attorney: PRO SE (999999) | | 20.00 |
| 6/19/2006 | Plaintiff's Motion for a New Trial; Amendment of Judgments AgainstDefendants, Giant Food Stores, Inc. | 20.00 | |
| | ELLEN L DELAINE (PLAINTIFF); | | 20.00 |
| 6/14/2006 | Amended Complaint, order and summons reissued upon Defendant, District of Columbia in c/o the Office of the Attorney General, attn: Darlene Fields pursuant to order by J/Kravitz dated 06/07/06. ab | | |
| 6/14/2006 | Amended Complaint, order and summons reissued upon Defendant, District of Columbia in c/o the Office of the Mayor, attn: Tabith Braxton pursuant to order by J/Kravitz dated 06/07/06. ab | | |
| 6/14/2006 | Amended Complaint, order and summons reissued upon Defendant, Sheryl Ellison, in compliance with order by J/Kravitz dated 06/07/06. ab | | |
| 6/13/2006 | Order Granting Consent Motion to continue 6-7-06 mediation<br>        entered on: 5-22-06<br>Mailed to: Valerie Dawson<br>Returned to Court on: 6-13-06<br>Reason: return to sender | | |
| 6/8/2006 | Order Granting in Part and Denying in Part Defendant Giant Food Stores, Inc.'s Motion for Summary Judgment Signed by J.Kravitz 6/7/06. Entered on the Docket and Copies Mailed from Chambers 6/8/06.nw | | |
| 6/7/2006 | Order Granting Defendants Thomas H. DeLaine and Franklin P. DeLaines' Motion to Dismiss Complaint Signed by J.Kravitz and Entered on the Docket 6/7/06. Copies Mailed from Chambers 6/8/06.nw | | |
| 6/7/2006 | Order Granting Plaintiff's Meritorious Motion to Vacate Superior Court's April 18, 2006 Order Granting The Dismissal Of Defendant District of Columbia's, Motion To Dismiss Signed by J.Kravitz and Entered on the Docket 6/7/06. Copies Mailed from Chambers 6/8/06.nw | | |
| 5/22/2006 | Plaintiff's Reply to Defendants District of Columbia and Sheryl Ellison's Opposition to the Plaintiff's Opposition to Vacate Superior Court's April 18, 2006 Order Filed by ELLEN L DELAINE (PLAINTIFF) | | |
| 5/22/2006 | Order Granting Consent Motion to Continue Mediation Signed by J.Kravitz, Entered on the Docket, and Copies Mailed from Chambers 5/22/06.nw | | |
| 5/22/2006 | ADR NOTICES ISSUED NEXT BUSINESS DAY:<br>Event: Mediation Session (Civil 2)<br>Date: 07/18/2006    Time: 11:00 am<br>Judge: CIVIL 2 MEDIATOR    Location: MEDIATION CENTER, 515 5th Street, N.W., Room 307 | | |
| 5/22/2006 | Result: Mediation Cancelled By Chambers<br>Mediation Cancelled By Chambers<br>The following event: Mediation Session (Civil 2) scheduled for 06/07/2006 at 11:00 | | |

|            | Judge: CIV 2 MEDIATOR   Location: MEDIATION CENTER, 515 5th Street, N.W., Room 307 |         |
|------------|------------------------------------------------------------------|---------|
| 5/19/2006  | Consent Motion to Continue June 7, 2006 Mediation Filed          |         |
|            | Attorney: HINERMAN, MICHELE B (485872)                           | 20.00   |
|            | GIANT FOOD STORES INC (Defendant); ;                             |         |
|            | MICHELE B HINERMAN (Attorney) on behalf of                       |         |
|            | GIANT FOOD STORES INC (Defendant); BEENA M                       |         |
|            | MCDONALD (Attorney) on behalf of GIANT FOOD                      |         |
|            | STORES INC (Defendant)  Receipt: 38129                           |         |
|            | Date: 05/19/2006                                                 |         |

| 5/15/2006  | Opposition to Motion to Vacate superior court's 4-18-06 order Filed |
|            | Attorney: DELORENZO, Ms DANA K (468306)                          |
|            | DISTRICT OF COLUMBIA, ANTHONY WILLIAMS                            |
|            | (Defendant); SHERYL ELLISON (Defendant);                         |

| 5/8/2006   | Reply to Opposition to motion for summary jdgmt |
|            | ELLEN L DELAINE (PLAINTIFF); ; PRO SE (Attorney) |

| 5/3/2006   | Reply to Opposition to defts Thomas H. Delaine and Franklin Delane motion to dismiss the complaint herein |
|            | Attorney: GIBSON Jr, Mr JOSEPH L (139477) |
|            | THOMAS H DELAINE (Defendant); FRANKLIN P DELAINE (Defendant); |

| 5/1/2006   | Reply to Opposition to motion for summary jdgmt |
|            | Attorney: HINERMAN, MICHELE B (485872) |
|            | GIANT FOOD STORES INC (Defendant); |
| 4/27/2006  | Praecipe to the court by pltf Filed: |
|            | Attorney: PRO SE (999999) |
|            | ELLEN L DELAINE (PLAINTIFF); |
| 4/26/2006  | Plaintiff's Reply to Defendants Thomas H Delaine and Franklin P Delaine's Answer to Amended Complaint Filed |
|            | Attorney: PRO SE (999999) |
|            | ELLEN L DELAINE (PLAINTIFF); |
| 4/26/2006  | Plaintiff's Meritorious Motion to Vacate Superior Court's April 18, 2006 Order Granting The Dismissal Of Defendants, District of Columbia's, Motion To Dismiss Filed: | 20.00 / 20.00 |
|            | Attorney: PRO SE (999999) |
| 4/19/2006  | Defendants' Reply to the Plaintiff's Opposition to the Defendants' Motion to Dismiss |
|            | DISTRICT OF COLUMBIA, ANTHONY WILLIAMS (Defendant); SHERYL ELLISON (Defendant); |

| 4/18/2006  | Order Denying Plaintiff's Motion for an Enlargement of Time for Filing of Motions Deadline  Signed by J.Kravitz, Entered on Docket, and Copies Mailed from Chambers 4/18/06.nw |
| 4/18/2006  | Order Denying as Moot Defendant's Partial Consent Motion to Continue Mediation Signed by J.Kravitz, Entered on Docket, and Copies Mailed from Chambers 4/18/06.nw |
| 4/18/2006  | Order Denying as Moot Defendants' Motion for Leave to File a Reply to the Plaintiff's Opposition to DC's Motion to Dismiss  Signed by J.Kravitz, Entered on Docket, and Copies Mailed from Chambers 4/18/06.nw |
| 4/18/2006  | Order Granting Deft. DC and Shsiryl Ellison's Motion to Dismiss  Signed by |

| | | |
|---|---|---|
| 4/18/2006 | Mailed from Chambers 4/18/06.nw<br>Order Denying Plaintiff's Motion for an<br>Enlargement of Time to Repond to Deft.<br>Motion to Dismiss Signed by J.Kravitz,<br>Entered on Docket, and Copies Mailed from<br>Chambers 4/18/06.nw | |
| 4/15/2006 | Motion for an Enlargement of Time to<br>Respond to Defendant Thomas and Franklin<br>Delaine's Motion to Dismiss that Was Not<br>Mailed Out to Plaintiff Filed<br>Attorney: PRO SE (999999)<br>ELLEN L DELAINE (PLAINTIFF); | 20.00<br>20.00 |
| 4/14/2006 | Opposition to Motion for Summary Judgment<br>Filed<br>Attorney: PRO SE (999999)<br>ELLEN L DELAINE (PLAINTIFF); | |
| 4/14/2006 | Praecipe acknowledging pltf's change of the<br>certificate of service to pltf's opposition<br>to deft Valerie Parson answer filed in this<br>court on 4-13-06. The certificate of<br>service states that a copy of that document<br>was mailed to Valerie Parson and to Dana<br>Delorenzo<br>Attorney: PRO SE (999999)<br>ELLEN L DELAINE (PLAINTIFF); | |
| 4/13/2006 | Plaintiff's Opposition to Defendant,<br>Valerie Dawson's Answer Filed<br>Attorney: PRO SE (999999)<br>ELLEN L DELAINE (PLAINTIFF); | |
| 4/10/2006 | Defendant's Partial Consent Motion to<br>Continue May 10, 2006 Mediation Filed:<br>Attorney: DELORENZO, Ms DANA K (468306)<br>DISTRICT OF COLUMBIA, ANTHONY WILLIAMS<br>(Defendant); SHERYL ELLISON (Defendant); | 20.00<br>20.00 |
| 4/10/2006 | Defendants' Motion for Leave to File a<br>Reply to the Plaintiff's Opposition to the<br>District's Motion to Dismiss Filed:<br>Attorney: DELORENZO, Ms DANA K (468306)<br>DISTRICT OF COLUMBIA, ANTHONY WILLIAMS<br>(Defendant); SHERYL ELLISON (Defendant); | 20.00<br>20.00 |
| 4/5/2006 | Summons, Complaint and Initial Order<br>                                    entered<br>on: 3/18/06<br>Mailed to:  The United States Attorney's<br>Office<br>Returned to Court on: 4/05/06<br>Reason:  Return to Sender. | |
| 4/3/2006 | ADR NOTICES ISSUED NEXT BUSINESS DAY:<br>Event: Mediation Session (Civil 2)<br>Date: 06/07/2006    Time: 11:00 am<br>Judge: CIVIL 2 MEDIATOR    Location:<br>MEDIATION CENTER, 515 5th Street, N.W.,<br>Room 307<br><br>Result: Mediation Cancelled By Chambers | |
| 3/31/2006 | Opposition to Motion to Dismiss Filed<br>Attorney: PRO SE (999999)<br>ELLEN L DELAINE (PLAINTIFF); | |
| 3/31/2006 | Motion for Summary Judgment Filed<br>Attorney: HINERMAN, MICHELE B (485872)<br>GIANT FOOD STORES INC (Defendant);<br>Receipt: 33115  Date: 03/31/2006 | 20.00 |
| 3/31/2006 | Plaintiff's Motion for an Enlargement of<br>Time for The Filing of Motions Deadline<br>Attorney: PRO SE (999999) | 20.00<br>20.00 |
| 3/30/2006 | Order Granting "Plaintiff's Motion to<br>Supplement Evidence to the February 10,<br>2006 Deposition and Motion to Extend the<br>Discovery Period"<br><br>entered on:  3/21/06 | |

Reason: Not deliverable as addressed.

| | | |
|---|---|---|
| 3/30/2006 | Praecipe asking the court to accept for filing the amended certificate of service to the certificate regarding discovery filed on 3-20-06 Filed: Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); | |
| 3/29/2006 | Answer to Amended Complaint Filed Attorney: GIBSON, Mr JOSEPH L (004887) THOMAS H DELAINE (Defendant); FRANKLIN P DELAINE (Defendant); | |
| 3/29/2006 | Answer to Complaint Filed Attorney: PRO SE (999999) VALERIE W DAWSON (Defendant); | |
| 3/29/2006 | Defendant Thomas H. Delaine and Franklin P. Delaine's Motion to Dismiss Complaint Attorney: GIBSON Jr, Mr JOSEPH L (139477) Receipt: 32796  Date: 03/29/2006 | 20.00 |
| 3/24/2006 | Certificate Regarding Discovery Filed ELLEN L DELAINE (PLAINTIFF); | |
| 3/22/2006 | Order Denying Motion to Dismiss the Amended Complaint: entered on: 3/14/06 Mailed to: Ellen L. DeLaine Returned to Court on: 3/22/06 Reason: Not Deliverable as Addressed | |
| 3/21/2006 | Order Granting Plaintiff's Motion to Supplement Evidence to the Feb. 10, 2006 Deposition and Motion to Extend the Discovery Period Signed by J.Kravitz, Entered on the Docket, and Copies Mailed from Chambers 3/21/06.nw | |
| 3/20/2006 | Certificate Regarding Discovery Filed ELLEN L DELAINE (PLAINTIFF); | |
| 3/20/2006 | Defendants Motion to Dismiss Filed Attorney: JOHNSON, Ms HOLLY M (476331) | 20.00  20.00 |
| 3/20/2006 | Plaintiff's Motion to Supplement Evidence to the February 10, 2006 Deposition and Motion to Extend the Filed: Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); | 20.00  20.00 |
| 3/20/2006 | Amended Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 on THOMAS H DELAINE (Defendant); | |
| 3/20/2006 | Amended Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 on VALERIE W DAWSON (Defendant); | |
| 3/20/2006 | Amended Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 on DISTRICT OF COLUMBIA, ANTHONY WILLIAMS (Defendant); | |
| 3/20/2006 | Amended Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 on SHERYL ELLISON (Defendant); | |
| 3/20/2006 | Amended Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 on WILLIAM S FRALIN (Defendant); | |
| 3/20/2006 | Amended Complaint Summons and I.O. with | |

|            |   |                                                                                                                                                                                                                                                                                                      |       |
|------------|---|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |   | the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 on District of Col;Amended Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 on defendant UNITED STATES US ATTORNEY OFFICE (Defendant);      |       |
| 3/20/2006  |   | Amended Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 to defendant U.S. Justice Department                                                                                                                 |       |
| 3/14/2006  |   | Mediation Cancelled By Chambers The following event: Mediation Session (Civil 2) scheduled for 05/10/2006 at 11:00 am has been resulted as follows:  Result: Mediation Cancelled By Chambers                                                                                                          |       |
| 3/14/2006  | 2 | Order Denying Defendant Giant Food Stores, Inc.'s Motion to Dismiss the Amended Complaint Signed by J.Kravitz, Entered on the Docket, and Copies Mailed from Chambers 3/14/06.nw                                                                                                                       |       |
| 3/10/2006  |   | Miscellaneous Docket: Alias Summons FRANKLIN P DELAINE (Defendant);                                                                                                                                                                                                                                   |       |
| 3/10/2006  |   | Amended Complaint, Summons and with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II this date: March 10, 2006. Attorney: PRO SE (999999) FRANKLIN P DELAINE (Defendant);                                                                                                     |       |
| 3/9/2006   |   | Opposition to Motion to Dismiss Filed ELLEN L DELAINE (PLAINTIFF);                                                                                                                                                                                                                                    |       |
| 3/8/2006   |   | ADR NOTICES ISSUED NEXT BUSINESS DAY: Event: Mediation Session (Civil 2) Date: 05/10/2006   Time: 11:00 am Judge: CIVIL 2 MEDIATOR    Location: MEDIATION CENTER, 515 5th Street, N.W., Room 307  Result: Mediation Cancelled By Chambers                                                             |       |
| 3/3/2006   |   | Amended Certificate of Service Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF);                                                                                                                                                                                                                 |       |
| 3/3/2006   |   | Praecipe Regarding Lack of Service of Amended Complaint Filed: ELLEN L DELAINE (PLAINTIFF);                                                                                                                                                                                                            |       |
| 3/3/2006   |   | Amended Certificate of Service Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF);                                                                                                                                                                                                                 |       |
| 3/3/2006   |   | Affidavit of Service of Summons & Complaint by mail on DISTRICT OF COLUMBIA OFFICE OF ATTY GENERAL (Defendant) on 2-28-06                                                                                                                                                                             |       |
| 3/2/2006   |   | Motion to Dismiss the Amended Complaint and Opposition to Plaintiff's Motion for Enlargement of Time to File Affidavits Filed Attorney: HINERMAN, MICHELE B (485872) GIANT FOOD STORES INC (Defendant); Receipt: 30084  Date: 03/02/2006                                                              | 20.00 |
| 2/24/2006  |   | Notice to the court regarding deft Giant Food Stores,Inc 2-10-06 motion mailed to pltf that was not filed in this court Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF);                                                                                                                        |       |
| 2/15/2006  |   | Affidavit of Service of Summons & Complaint by Mail on THOMAS H DELAINE (Defendant); on 1/12/06                                                                                                                                                                                                       |       |
| 2/15/2006  |   | Affidavit of Service of Summons & Complaint by mail on UNITED STATES US ATTORNEY OFFICE (Defendant) on 1-20-06                                                                                                                                                                                        |       |

|            |                                                                                                                                                                                                 |       |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            | by mail on<br>(Defendant) on 1-17-06                                                                                                                                                             |       |
| 2/15/2006  | Affidavit of Service of Summons & Complaint<br>by mail on<br>GIANT FOOD STORES INC (Defendant) on 1-12-06                                                                                        |       |
| 2/15/2006  | Affidavit of Service of Summons & Complaint<br>by mail on<br>DISTRICT OF COLUMBIA, ANTHONY WILLIAMS<br>(Defendant) on 1-13-06                                                                    |       |
| 2/15/2006  | Affidavit of Service of Summons & Complaint<br>by mail on<br>DISTRICT OF COLUMBIA OFFICE OF ATTORNEY<br>GENERAL (Defendant) on 1-12-06                                                           |       |
| 2/15/2006  | Affidavit of Service of Summons & Complaint<br>by mail on<br>WILLIAM S FRALIN (Defendant) on 1-12-06                                                                                             |       |
| 2/9/2006   | Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant);                                                                                                                      |       |
| 2/1/2006   | Order Granting Motion of Plaintiff for an<br>Enlargment of Time in Which to File the<br>Affidavits of Service for the Amended<br>Complaint Signed by J.Kravitz, Entered on<br>the Docket, and Copies Mailed from Chambers<br>2/1/06.nw |       |
| 1/30/2006  | Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant);                                                                                                                      |       |
| 1/27/2006  | Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant);                                                                                                                      |       |
| 1/18/2006  | Event Scheduled:<br>The following event: Mediation<br>Session(Civil 2) scheduled for 03/30/2006<br>at 11:00 am has been resulted as follows:<br><br>Result: Mediation Cancelled By Quality<br>Review Branch |       |
| 1/17/2006  | Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant);                                                                                                                      |       |
| 1/13/2006  | Motion of plaintiff for an Enlargement of<br>Time in Which to File the Affidavits of<br>Serve for the Amended Complaint<br>Attorney: PRO SE (999999)                                             | 20.00<br><br>20.00 |
| 1/13/2006  | Order Granting Consent Motion to Extend<br>Discovery and Motions Deadlines SIgned by<br>J.Kravitz, Entered on the Docket, and<br>Copies Mailed from Chambers 1/13/06.nw                          |       |
| 1/12/2006  | Motion to Extend the Discovery and Motions<br>Deadlines Filed<br>Attorney: HINERMAN, MICHELE B (485872)<br>GIANT FOOD STORES INC (Defendant);<br>Receipt: 24670  Date: 01/13/2006               | 20.00 |
| 1/9/2006   | ADR NOTICES ISSUED:<br>Event: Mediation Session(Civil 2)<br>Date: 03/30/2006    Time: 11:00 am<br>Judge: CIVIL 2 MEDIATOR    Location:<br>MEDIATION CENTER, 515 5th Street, N.W.,<br>Room 307<br><br>Result: Mediation Cancelled By Quality<br>Review Branch |       |
| 12/23/2005 | Certificate Regarding Discovery Filed<br>Attorney: HINERMAN, MICHELE B (485872)<br>GIANT FOOD STORES INC (Defendant);                                                                            |       |
| 11/21/2005 | Amended Complaint Filed<br>ELLEN L DELAINE (PLAINTIFF);                                                                                                                                          |       |
| 11/1/2005  | Order Granting in Part and Denying in Part<br>Motion of Plaintiff Ellen L. DeLaine to<br>Amend Complaint to Add Additional<br>Defendants, and Motion for Removal of a                           |       |

on the Docket, and Copies Mailed from
Chambers 11/1/05.nw
GIANT FOOD STORES INC (Defendant);

| | | |
|---|---|---|
| 10/21/2005 | Certificate Regarding Discovery Filed<br>ELLEN L DELAINE (PLAINTIFF); | |
| 10/17/2005 | Affidavit of Subpoena by Special Process<br>Server on Officer Raul Figueras on 10/3/05 | |
| 10/17/2005 | Affidavit of Subpoena by Special Process<br>Server on Officer Shan Thompson on 10/4/05 | |
| 10/8/2005 | Motion of Plaintiff, Ellen L. Delaine, to<br>Amend Complaint to Add Additional<br>Defendants, and Motion for Removal of a<br>Civil Action Filed:<br>Attorney: PRO SE (999999)<br>ELLEN L DELAINE (PLAINTIFF);<br>COST WAIVED IFP | 20.00<br><br>20.00 |
| 10/6/2005 | Witness List Filed<br>GIANT FOOD STORES INC (Defendant); | |
| 9/29/2005 | Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant); | |
| 9/29/2005 | Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant); | |
| 9/28/2005 | Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant); | |
| 9/12/2005 | Certificate Regarding Discovery Filed<br>ELLEN L DELAINE (PLAINTIFF); | |
| 9/7/2005 | Certificate Regarding Discovery Filed<br>ELLEN L DELAINE (PLAINTIFF); | |
| 8/27/2005 | Miscellaneous Docket:<br>Sur-Reply to Plaintiff's Motion for<br>Enlargement of Time<br>GIANT FOOD STORES INC (Defendant); | |
| 8/26/2005 | Order Granting Plaintiff's Motion for<br>Enlargement of Time to Respond to Deft.'s<br>1st Set of Requests for Documents Signed by<br>J.Kravitz 8/25/05. Entered on the Docket<br>and Copies Mailed from Chambers 8/26/05.nw<br>Image Scanned to Docket Entry for Order<br>Denying Deft.'s Motion to Deem as<br>Admitted....dcktd 8/26/05. | |
| 8/26/2005 | Order Granting Plaintiff's Motion for<br>Enlargement of Time to File Response to<br>Deft.'s 1st Set of Requests for Admissions<br>to Plaintiff and Deft.'s 1st Set of<br>Requests for Production of Documents Signed<br>by J.Kravitz 8/25/05. Entered on the<br>Docket and Copies Mailed from Chambers<br>8/26/05.nw Image Scanned to Docket EDntry<br>for Order Denying Deft.'s Motion to Deem<br>as Admitted....dcktd 8/26/05. | |
| 8/26/2005 | Order Denying Defendant's Motion to Deem as<br>Admitted Deft.'s 1st Set of Requests for<br>Admissions to Plaintiff and to Comple<br>Responses to Deft.'s 1st Set of Requests<br>for Production of Documents to Plaintiff,<br>and.... Signed by J.Kravitz 8/25/05.<br>Entered on the Docket and Copies Mailed<br>from Chambers 8/26/05.nw | |
| 8/22/2005 | Certificate Regarding Discovery Filed<br>ELLEN L DELAINE (PLAINTIFF); | |
| 8/22/2005 | Motion for Enlargement of Time to Respond<br>to Defendants First Set of Request for<br>Production of Documents to Plaintiff | 20.00 |

| 8/12/2005 | ELLEN L DELAINE (PLAINTIFF);<br>Enlargement of Time to File Response to<br>Defendant's Filed<br>Attorney: PRO SE (999999)<br>ELLEN L DELAINE (PLAINTIFF);<br>COST WAIVED IFP | 20.00<br><br>20.00 |
| 8/11/2005 | MOTION TO DEEM AS ADMITTED DEFENDANT'S<br>FIRST SET OF REQUEST FOR ADMISSIONS TO<br>PLAINTIFF AND TO COMPEL RESPONSES TO<br>DEFENDANT'S FIRST SET OF REQUEST FOR<br>PRODUCTION OF DOCUMENTS TO PLAINTIFF FILED:<br>Attorney: MCDONALD, BEENA M (484251)<br>Receipt: 9548  Date: 08/12/2005 | 20.00 |
| 7/8/2005 | Event Resulted:<br>The following event: Scheduling Conference<br>Hearing scheduled for 07/08/2005 at 9:30 am<br>has been resulted as follows: | |
| 7/8/2005 | Result: Scheduling Conference Hearing Held<br>Scheduling Order Entered on the Docket | |
| | Track 3 - Mediation<br>DEADLINE FOR DISCOVERY  10/06/2005<br>EXCHANGE WITNESS LISTS  10/06/2005<br>PROPONENT'S RULE 26(B) (4) STATEMENT<br>10/20/2005<br>OPPONENT'S RULE 26(B) (4) STATEMENT<br>11/25/2005<br>DISCOVERY CLOSED        01/04/2006<br>DEADLINE FOR FILING MOTIONS    01/19/2006<br>DISPOSITIVE MOTIONS DECIDED<br>02/21/2006<br>ADR   (MEDIATION/CASE EVALUATION)<br>03/06/2006-05/04/2006<br>PRETRIAL<br>   (TO BE SET UPON COMPLETION OF ADR) | |
| 7/8/2005 | Sent on:  07/08/2005  09:59:33<br>SCHEDULING conference @ 9:30am<br>LSDATE: 20050603ss cnt | |
| | TDMS TYPE: EVT<br>TDMS EVENT: 0298b2G<br>TDMS FLAG: ss | |
| | CREATED BY/ON: #T99 Young, C 05-12-2005<br>LAST MODIFIED BY/ON: #T99 Young, C<br>05-12-2005 | |
| 6/22/2005 | Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant); | |
| 6/3/2005 | Answer to Amended Complaint Filed<br>GIANT FOOD STORES INC (Defendant); | |
| 6/3/2005 | (rst) SCHEDULING conference @ 9:45am<br>NSDATE: 20050708ss cnt<br>LSDATE: 20050603ss cnj | |
| | TDMS TYPE: EVT<br>TDMS EVENT: 0298b2G | |
| | CREATED BY/ON: #EDD Hariss, 03-10-2005<br>LAST MODIFIED BY/ON: #T99 Young, C<br>05-12-2005 | |
| 6/3/2005 | (rst) Initial SCHEDULING conference @ 9:00am<br>NSDATE: 20050603ss cnj<br>FSDATE: 20050603ss | |
| | TDMS TYPE: EVT<br>TDMS EVENT: 0296b2G | |
| | CREATED BY/ON: #47W Wohl, Ar 03-04-2005<br>LAST MODIFIED BY/ON: #EDD Hariss, 03-10-2005 | |
| 6/1/2005 | (mot) MOTION to dismiss the amended<br>complaint | |

TDMS EVENT: 1076mot

```
              CREATED BY/ON: #47V Brent, M 05-12-2005
              LAST MODIFIED BY/ON: #47V Brent, M
              05-12-2005
5/31/2005     Order Denying Defendant's Motion to Dismiss
              the Amended Complaint and Granting
              Plaintiff's Motion to Oppose the Motion to
              Dismiss Signed by Judge Kravitz n 5/27/05,
              Entered on the Docket and Copies Mailed
              from Chambers 5/31/05.nw
5/24/2005  1  Opposition to Motion to Dismiss Filed
              Attorney: PRO SE (------)
              ELLEN L DELAINE (PLAINTIFF);
5/12/2005     Continued to 20050708ss @ 9:30am from
              20050603ss - Per transmittal form
              LSDATE: 20050603ss cnt

              TDMS TYPE: SCX
              TDMS EVENT: 0218cnt

              CREATED BY/ON: #T99 Young, C 05-12-2005
              LAST MODIFIED BY/ON: #T99 Young, C
              05-12-2005
5/10/2005     MOTION to dismiss the amended complaint

              ENTRY BY: Giant
              TDMS TYPE: MOT
              TDMS EVENT: 1076mot

              CREATED BY/ON: #47V Brent, M 05-12-2005
              LAST MODIFIED BY/ON: #47V Brent, M
              05-12-2005
4/30/2005     AMENDED complaint

              ENTRY BY: Delaine
              TDMS TYPE: CAC
              TDMS EVENT: 1142nac

              CREATED BY/ON: #47V Brent, M 05-02-2005
              LAST MODIFIED BY/ON: #47V Brent, M
              05-02-2005
4/30/2005     Opp to mot to dismiss the complaint

              ENTRY BY: Delaine
              TDMS TYPE: DOC
              TDMS EVENT: 0000opp

              CREATED BY/ON: #47V Brent, M 05-02-2005
              LAST MODIFIED BY/ON: #47V Brent, M
              05-02-2005
4/8/2005      (ORDER GRANTING) Motion to AMEND Cmpt.,
              seelg, fld 050411, mld 050412
              ORDERED:  The pltf shall have until April
              30, 2005 within which to file a
              n amended complaint

              ENTRY BY: J/Kravitz
              TDMS TYPE: MOT
              TDMS EVENT: 9201mot+

              CREATED BY/ON: #4AU Russell, 04-11-2005
              LAST MODIFIED BY/ON: #465 Jones, G
              04-12-2005
4/8/2005      (ORDER DENYING) Motion to EXTEND time to Of
              Time, fld 050411, mld 050412

              ENTRY BY: J/Kravitz
              TDMS TYPE: MOT
              TDMS EVENT: 9203mot*

              CREATED BY/ON: #4AU Russell, 04-11-2005
              LAST MODIFIED BY/ON: #465 Jones, G
```

...receipt informing the court that deft &
pltf consented to pltfs mot for enlargement
of time, fld cmb

ENTRY BY: Delaine
TDMS TYPE: DOC
TDMS EVENT: 9104pra*

CREATED BY/ON: #445 Terry, P 04-11-2005
LAST MODIFIED BY/ON: #445 Terry, P
04-11-2005

4/8/2005    ORDER DENYING W/OUT PREJ MOTION to dismiss,
SEE LG FLD 4/11/05,MLD 4/12/05
THE DEFT'S RIGHT TO FILE WHATEVER RESPONSE
IT DEEMS APPROPRIATE TO THE PL
TF'S AMENDED CMPT

ENTRY BY: J/KAVITZ
TDMS TYPE: MOT
TDMS EVENT: 1076mot+

CREATED BY/ON: #2DF Girtley- 03-30-2005
LAST MODIFIED BY/ON: #47E Smith, N
04-12-2005

4/7/2005    Motion to AMEND Cmpt

ENTRY BY: Delaine
TDMS TYPE: MOT
TDMS EVENT: 9201mot*

CREATED BY/ON: #4AU Russell, 04-11-2005
LAST MODIFIED BY/ON: #4AU Russell,
04-11-2005

4/7/2005    Motion to EXTEND time to Of Time

ENTRY BY: Delaine
TDMS TYPE: MOT
TDMS EVENT: 9203mot*

CREATED BY/ON: #4AU Russell, 04-11-2005
LAST MODIFIED BY/ON: #4AU Russell,
04-11-2005

3/28/2005   MOTION to dismiss

ENTRY BY: giant
TDMS TYPE: MOT
TDMS EVENT: 1076mot

CREATED BY/ON: #2DF Girtley- 03-30-2005
LAST MODIFIED BY/ON: #2DF Girtley-
03-30-2005

3/14/2005   AFFIDAVIT of service by mail on Corp Ser
Co. signed by R Rice on 3-8-05

ENTRY BY: (clerk)
TDMS TYPE: DOC
TDMS EVENT: 1185sml

CREATED BY/ON: #2DF Girtley- 03-17-2005
LAST MODIFIED BY/ON: #2DF Girtley-
03-17-2005

3/10/2005   Continued to 20050603ss @ 9:45am from
20050603ss - Judge/Courtroom not available
LSDATE: 20050603ss cnj

TDMS TYPE: SCX
TDMS EVENT: 0201cnj

CREATED BY/ON: #EDD Hariss, 03-10-2005
LAST MODIFIED BY/ON: #EDD Hariss, 03-10-2005

3/4/2005    (ORDER GRANTING) Motion to PROCEED in FORMA
PAUPERIS, fld 050304

ENTRY BY: J/Hess
TDMS TYPE: MOT

```
                    LAST MODIFIED BY/ON: #465 Jones, G
                    03-21-2005
3/4/2005            Motion to PROCEED in FORMA PAUPERIS

                    ENTRY BY: DeLaine
                    TDMS TYPE: MOT
                    TDMS EVENT: 1631mot

                    CREATED BY/ON: #465 Jones, G 03-21-2005
                    LAST MODIFIED BY/ON: #465 Jones, G
                    03-21-2005
3/4/2005            Complaint for assault and battery

                    TDMS TYPE: CAC
                    TDMS EVENT: 9101C03

                    CREATED BY/ON: #47W Wohl, Ar 03-04-2005
                    LAST MODIFIED BY/ON: #465 Jones, G
                    03-11-2005
```