UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELLEN DELAINE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1502 (RJL) |
| **GIANT FOOD STORES, <u>et. al.</u>** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

     **UPON CONSIDERATION** of Federal Defendant's Motion To Dismiss, the grounds stated therefor, any opposition and reply, and the entire record herein, and for the reasons set forth in that motion, it is on this _____ day of _____, 2006, hereby

     **ORDERED** that the said motion should be and hereby is granted; and it is

     **FURTHER ORDERED** that Plaintiff's complaint be and hereby is dismissed.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE