UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLEN DELAINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1502 (RJL) |
| GIANT FOOD STORES, <u>et. al.</u> | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ERRATA

Defendant hereby notifies the Court and Plaintiff that it is filing the attached Exhibit (No.1), which was cited to in its 10/25/2006 Motion to Dismiss [#2], but was inadvertently omitted when the motion was filed.

Dated: October 30, 2006

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
KATHLEEN KONOPKA, D.C. BAR # 495257
Assistant United States Attorney
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this **30th** day of, **October 2006**, I placed a copy of the foregoing **FEDERAL DEFENDANT'S ERRATA** in the first class United States mail, postage prepaid, marked for delivery to:

Ellen L. Delaine
5608 14th Street, NW
Washington, DC 20011
*Pro se Plaintiff*

Valerie Dawson
405 Rock Creek Church Road
Washignton DC 20011
*Pro Se Defendant* (non ECF)

William Fralin
c/o Jeffrey R DeCaro, esq.
4601 Forbes Blvd.
Suite 200
Lanham MD 20703
*Defendant* (non-ECF)

/s/
KATHLEEN KONOPKA
Assistant United States Attorney