UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA
CIVIL

Ellen L. Delaine,

  Plaintiff     Civil Action No. 06-1502 (RJL)

v.

Giant Food Stores, et al.,

  Defendants.

Plaintiff's Motion For Leave Of Court For An Enlargement Of Time To File Her Opposition To Federal Defendants Motion To Dismiss

  Plaintiff, Ellen L. Delaine, respectfully moves, pursuant to Federal Rules of Civil Procedures 6(b) to request this Court for an enlargement of time up to November 30, 2006 to file her Opposition To Federal Defendants Motion To Dismiss, and in support thereof, states reasons as follows.

  Plaintiff is currently involved with several other lawsuits which are related cases that are pending in the Superior Court for the District of Columbia, Civil; the District of Columbia Court Of Appeals; and the United States District Court for District of Columbia. Plaintiff is currently preparing responses to discovery requests for cases in the Superior Court for District of Columbia, and the United States District Court for District of Columbia, and Plaintiff

RECEIVED
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
OCT 30 2006

is also involved with other aspects relating to her pending lawsuits.

Plaintiff has just received in the mail the Federal Defendant's Motion To Dismiss and never received an official notice from the Superior Court for the District of Columbia regarding the removal of this action, and Plaintiff never received any official notice from the United States District Court for the District of Columbia, Civil, regarding the status of this case, who is the assigned judge, nor if or when an initial scheduling conference is to be held in this matter. Plaintiff requests that any correspondence regarding this action to be mailed to her at her address:

Ellen L. Defaine
5608-14th Street N.W.
Washington, D.C. 20011
202-829-1745

For these mentioned reasons, Plaintiff requests that this Court grant her Motion for an Enlargement of Time, up to November 30, 2006, to file her Opposition To Federal Defendant's Motion To Dismiss.

Respectfully submitted,

Ellen L. Defaine
Ellen L. Defaine
5608-14th Street N.W.
Washington, D.C. 20011
202-829-1745

## Certificate Of Service

I Hereby certify that a copy of the foregoing Plaintiff's Motion for Leave of Court for An Enlargement Of Time To File Her Opposition To Federal Defendants Motion To Dismiss was mailed first class, postage prepaid this 30th day of October, 2006 to:

Dana K. DeLorenzo
Assistant Attorney General
Office of Attorney General for D.C.
441 Fourth Street N.W., 6th Floor South
Washington, D.C. 20001

Joseph Gibson, Jr. Esquire
6811 Kenilworth Avenue
Suite 210
Riverdale, MD 20737

Valerie Dawson
405 Rock Creek Church Road N.W.
Washington, D.C. 20011-5941

Jeffrey R. DeCaro
4601 Forbes Boulevard
Suite 200
Lanham, MD. 20703-0040

Kathleen Konopka, Esquire
Assistant United States Attorney
555 4th Street N.W.
Washington, D.C. 20530

Michele Hinerman, Esquire
1100 Connecticut Avenue N.W.
Suite 600
Washington, D.C. 20036

Ellen L. Delaine
Ellen L. Delaine