UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLEN L. DELAINE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendants. )<br>) | Civil Action No.: 06-1502 (RJL) |

## NOTICE OF SUBSTITUTION OF APPEARANCE

The Clerk of Court will please withdraw the appearance of Assistant United States Attorney Kathleen Konopka, and enter the appearance of Assistant United States Attorney Alexander D. Shoaibi, as counsel for Defendants.

/s/
ALEXANDER D. SHOAIBI D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W. Room E4218
Washington, D.C.  20530
202-514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this __18th__ day of December, 2006, I caused the foregoing Notice of Appearance to be served on plaintiff, postage prepaid, addressed as follows:

>Ellen L. Delaine
>5608 14th Street, NW
>Washington, DC 20011

/s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney