UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELLEN L. DELAINE, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: **1:06-cv-01502 (RJL)** |
| GIANT FOOD STORES, INC., *et al.*, | * | |
| Defendants. | * | |

## P R A E C I P E

Please enter the appearance of the undersigned as counsel for the Defendant, Giant Food Stores, Inc.

        Respectfully submitted,

        JORDAN COYNE & SAVITS, L.L.P.

        By: _/s/ David P. Durbin_
        David P. Durbin
        Bar #928655
        1100 Connecticut Avenue, NW
        Suite 600
        Washington, DC  20036
        (202) 496-2804
        Fax:  (202) 496-2800
        E-mail:  d.durbin@jocs-law.com

        Counsel for Defendant, Giant Food Stores, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Praecipe was mailed, first class and postage prepaid, this \_\_\_23rd\_\_\_ day of January, 2007 to:

    Ms. Ellen L. Delaine
    5608 14th Street, NW
    Washington, DC  20011
     Pro Se Plaintiff

    Ms. Valerie Dawson
    405 Rock Creek Church Road
    Washington, DC  20011-5941
     Pro Se Defendant

    Dana K. DeLorenzo, Esquire
    OFFICE OF THE ATTORNEY GENERAL FOR D.C.
    6th Floor South
    441 4th Street, NW
    Washington, DC  20001
     Counsel for Sheryl Ellison and the District of
     Columbia

    Mr. William Fralin
    4525 Klingle Street, NW
    Washington, DC  20016-3580
     Pro Se Defendant

    Joseph L. Gibson, Jr., Esquire
    GIBSON JONES & ASSOCIATES, LLP
    Suite 210
    6811 Kenilworth Avenue
    Riverdale, MD  20737
     Counsel for Thomas H. Delaine and
     Franklin P. Delaine

Kathleen M. Konopka, Esquire
Alexander Daniel Shoaibi, Esquire
U.S. ATTORNEY'S OFFICE
Civil Division
555 4th Street, NW
Washington, DC  20530
  Counsel for the United States of America


_____
David P. Durbin

- 3 -