UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| ELLEN DELAINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06cv1502 (RJL) |
| | ) | |
| GIANT FOOD STORES, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 17th day of April 2007, hereby

**ORDERED** that [#2] the United States's motion to dismiss is **GRANTED** as to the United States.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge