UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLEN DELAINE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   Civil No. 06-1502 (RJL) |
| v. | ) |
| | ) |
| **GIANT FOOD STORES, INC.,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## PRAECIPE NOTING SEPTEMBER 27, 2006 ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS DISTRICT OF COLUMBIA AND SHERYL ELLISON

Will the Court please note:

On September 27, 2006, the Honorable Neal E. Kravitz granted summary judgment in favor of the defendants District of Columbia and its employee, Sheryl Ellison, on all claims brought against them in the Amended Complaint. The Order is attached.

              Respectfully submitted,

              LINDA SINGER
              Attorney General for the District of Columbia

              GEORGE C. VALENTINE
              Deputy Attorney General
              Civil Litigation Division

              _____/s/_____
              PHILLIP A. LATTIMORE, III [422968]
              Section Chief
              General Litigation Section III

              _____/s/_____
              DANA K. DELORENZO
              Assistant Attorney General
              Bar Number 468306
              Sixth Floor South

441 4th Street, N.W.<br>
Washington, D.C. 20001<br>
(202) 724-6515<br>
Email: dana.delorenzo@dc.gov

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 25, 2007, a copy of the foregoing Opposition to the plaintiff's Praecipe was mailed postage prepaid to:

Ellen Delaine
5608 14th Street, NW
Washington, DC 20011

                                                   /s/
                                        Dana K. DeLorenzo
                                        Assistant Attorney General