UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLEN L. DELAINE, | * |
| Plaintiff, | * |
| v. | *   Case No.: **1:06-cv-01502 (RJL)** |
| GIANT FOOD STORES, INC., *et al.*, | * |
| Defendants. | * |

## P R A E C I P E

The Clerk of Court will please withdraw the appearance of Michele B. Hinerman, and enter the appearance of Padraic K. Keane for the Defendant, Giant Food Stores, Inc.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By:/s/Padraic K. Keane
Padraic K. Keane
Bar # 486285
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 496-2846
Fax:  (202) 496-2800

Counsel for Defendant, Giant Food Stores, Inc.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing Praecipe was electronically filed and mailed, first class and postage prepaid, this 9th day of May, 2007 to:

>Ms. Ellen L. Delaine (mailed)
>5608 14th Street, NW
>Washington, DC  20011
>  Pro Se Plaintiff
>
>Ms. Valerie Dawson (mailed)
>405 Rock Creek Church Road
>Washington, DC  20011-5941
>  Pro Se Defendant
>
>Dana K. DeLorenzo, Esquire (electronically filed)
>OFFICE OF THE ATTORNEY GENERAL FOR D.C.
>6th Floor South
>441 4th Street, NW
>Washington, DC  20001
>  Counsel for Sheryl Ellison and the District of
>  Columbia
>
>Mr. William Fralin (electronically filed)
>4525 Klingle Street, NW
>Washington, DC  20016-3580
>  Pro Se Defendant
>
>Joseph L. Gibson, Jr., Esquire (electronically filed)
>GIBSON JONES & ASSOCIATES, LLP
>Suite 210
>6811 Kenilworth Avenue
>Riverdale, MD  20737
>  Counsel for Thomas H. Delaine and
>  Franklin P. Delaine

Kathleen M. Konopka, Esquire (electronically filed)
Alexander Daniel Shoaibi, Esquire
U.S. ATTORNEY'S OFFICE
Civil Division
555 4th Street, NW
Washington, DC  20530
  Counsel for the United States of America


/s/Padraic K. Keane
Padraic K. Keane