UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLEN DELAINE,** )<br>  )<br>  **Plaintiff,** )<br>  ) Civil No. 06-1502 (RJL)<br>  **v.** )<br>  )<br>  **GIANT FOOD STORES, INC.,** *et al.* )<br>  )<br>  **Defendants.** )<br>  _____) | |

## NOTICE OF SUBSTITUTION OF APPEARANCE

Will the Court please substitute the appearance of Assistant Attorney General Dana K. DeLorenzo on behalf of the District and Ms. Ellison with Section Chief Phillip A. Lattimore, III, who is now entering his appearance on behalf of these defendants.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 442-9874
(202) 727-3625 (fax)
E-Mail: Phillip.lattimore@dc.gov


_____/s/_____
DANA K. DELORENZO

        Assistant Attorney General
        Bar Number 468306
        Sixth Floor South
        441 4th Street, N.W.
        Washington, D.C. 20001
        (202) 727-7164
        (202) 727-3625 (fax)
        E-Mail: dana.delorenzo@dc.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 23, 2007, a copy of the foregoing Notice was mailed postage prepaid to:

Ellen Delaine
5608 14th Street, NW
Washington, DC 20011

                /s/
        Dana K. DeLorenzo
        Assistant Attorney General