UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLEN DELAINE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   Civil Action No. 06-1502 (RJL) |
| | : |
| GIANT FOOD STORES, INC., *et al.,* | : |
| | : |
| | : |
| | : |
| Defendants. | : |

## NOTICE OF ENTRY AND WITHDRAWAL OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Michael P. Bruckheim on behalf of the Defendants District of Columbia and Sheryl Ellison, and **withdraw** the appearances of **Phillip A. Lattimore, III**.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


__\s_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

__\s_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

\_\_\_\s\_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-727-6295
E-mail: Michael.bruckheim@dc.gov