UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLEN DELAINE | : |
| Plaintiff | : |
| v. | : Civil No.: 06-1502 (RJL) |
| GIANT FOOD STORES, INC., et al. | : |
| Defendants | : |

**MOTION OF DEFENDANT, WILLIAM S. FRALIN,
TO DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW the Defendant, William S. Fralin, by and through his attorneys, Jeffrey R. DeCaro, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to Fed. R. Civ. P. 12(b)(4), and 12(b)(5), moves herein to dismiss the Plaintiff's Complaint for insufficiency of process, and insufficiency of service of process, and as grounds therefor states as follows:

1. When this case was initially pending before Judge Neal Kravitz in D.C. Superior Court, Plaintiff filed a Motion for Default Judgment, alleging that she had properly served Mr. Fralin with the Summons and Complaint in this case.

2. On July 27, 2006, Judge Kravitz denied Plaintiff's Request for Entry of a Default against Mr. Fralin, stating that "the Plaintiff has once again failed to submit the certified mail receipt on which she relies for proof of service." (See the Order denying "Plaintiff's Motion for Judgment by Default against Defendant William S. Fralin", appended hereto as Exhibit A).

3. Following receipt of the July 27, 2006 Order issued by Judge Kravitz, Plaintiff filed a Motion to Vacate the Court's Order.

4.      Defendant, through counsel, filed an Opposition to Plaintiff's Motion to Vacate Order denying Motion for Judgment by Default.  (See Exhibit B).

5.      On September 27, 2006, Judge Kravitz issued an Order scheduling an evidentiary hearing on Plaintiff's Motion to Vacate the Court's Order of July 27, 2006, and that hearing was to take place on October 12, 2006.  (See Exhibit C).

6.      The evidentiary hearing was never held, however, as Judge Kravitz issued a subsequent Order on October 4, 2006, closing the Superior Court case in light of the removal of the action to the U.S. District Court for the District of Columbia.  (See Exhibit D.)

7.      Upon information and belief, no further motions have been filed regarding the issue of service as to Mr. Fralin, and no further action has been taken by this Court with respect to Defendant, William S. Fralin.

8.      Mr. Fralin respectfully submits that he has never been served with process in this case, either while it was pending in D.C. Superior Court, or since the case was removed to this Court in October 2006.

9.      As such, Defendant respectfully requests that this Honorable Court dismiss the Plaintiff's claims as against him under Fed.R.Civ.P. 12(b)(4), and 12(b)(5).

WHEREFORE, the premises considered, Defendant William S. Fralin respectfully requests that this Honorable Court enter a dismissal of all claims and/or causes of action involving Mr. Fralin.

        Respectfully submitted,

        DeCARO, DORAN, SICILIANO,
        GALLAGHER & DeBLASIS, LLP


        _____/s/_____
        Jeffrey R. DeCaro
        D.C. Bar No.: 350496
        4601 Forbes Boulevard
        Suite 200
        Lanham, MD 20706
        (301) 306-4300


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  8th  day of June  , 2007, I faxed and mailed, postage-prepaid, a copy of the foregoing Motion of Defendant, William S. Fralin, to Dismiss Plaintiff's Complaint to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

Padraic K. Keane, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Valerie Dawson
Pro Se
405 Rock Creek Church Road
Washington, D.C. 20011-5941

Dana K. DeLorenzo, Esquire
Michael P. Bruckheim, Esquire
Phillip A. Lattimore, III, Esquire
Office of the Attorney General
for the District of Columbia
441 Fourth Street, N.W.
6th Floor
Washington, D.C. 20001

Joseph L. Gibson, Jr., Esquire
Gibson, Jones & Associates
6811 Kenilworth Avenue
Suite 210
Riverdale, MD 20737

Kathleen M. Konopka, Esquire
Alexander Daniel Shoaibi, Esquire
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

             /s/
             Jeffrey R. DeCaro

I:\Common\WP\L4\JRD\DeLaine\MotiontoDismissPltsComplaint.wpd