## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | | |
|---|---|---|
| **ELLEN L. DeLAINE,**<br>**Plaintiff** | ) <br> ) <br> ) | |
| v. | ) <br> ) | Case No. 05CA1639<br>Calendar 7 |
| **GIANT FOOD STORES, INC.,**<br>**Defendant** | ) <br> ) <br> ) | Judge Kravitz |

### ORDER DENYING "PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT AGAINST DEFENDANT WILLIAM S. FRALIN"

This matter is before the Court on the plaintiff's motion for the entry of a default against defendant William S. Fralin. The plaintiff contends that she is entitled to the entry of a default pursuant to Rule 55(a) of the Superior Court Rules of Civil Procedure because the defendant has failed to file a response to the complaint despite having been served with process on January 12, 2006.

As the plaintiff has once again failed to submit the certified mail receipt on which she relies for proof service, it is this 27 day of July 2006

**ORDERED** that the plaintiff's motion is **DENIED**.

*Neale E. K[ravitz]*
Neal E. Kravitz, Associate Judge
(Signed in Chambers)

Copies mailed to:

Michele Hinerman, Esq.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Ellen L. DeLaine
5608 14th Street, NW
Washington, DC 20011

DOCKETED In Chambers    JUL 27 2006

MAILED From Chambers    JUL 27 2006


Case: 2005 CA 001639 B