SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| ELLEN L. DELAINE | : |
|     Plaintiff | : Case No.: 05 CA 1639 |
| | : Calendar 7 |
| v. | : |
| | : Judge Neal E. Kravitz |
| GIANT FOOD STORES, INC., et al. | : |
|     Defendants | : |

**OPPOSITION OF DEFENDANT, WILLIAM S. FRALIN, TO PLAINTIFF'S MOTION TO VACATE ORDER DENYING MOTION FOR JUDGMENT BY DEFAULT**

COMES NOW the Defendant, William S. Fralin, by and through his attorneys, Jeffrey R. DeCaro, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to Superior Court Rules 4, 12, and 55, files the within Opposition in response to Plaintiff's Motion to Vacate the July 27, 2006 Order Denying Plaintiff's Motion for Judgment by Default, and as grounds therefor states as follows:

1.    In her Motion to Vacate, Plaintiff alleges that Mr. Fralin signed a return receipt on or about January 12, 2006, acknowledging receipt of the Plaintiff's Complaint in the above-captioned matter. (Plaintiff's Motion to Vacate, with supporting affidavit, is appended hereto as Exhibit A).

2.    Contrary to the allegations set forth in the Plaintiff's motion, Mr. Fralin has never signed a return receipt acknowledging receipt of any pleadings in this case by certified mail, nor has he been served in person with the Summons and Complaint in this matter.

3. As a member in good standing of the District of Columbia Bar, and an officer of the Court, Mr. Fralin has prepared and signed an Affidavit denying receipt of process in this matter.

4. A copy of Mr. Fralin's duly executed and notarized Affidavit, along with a copy of his driver's license, are appended hereto as Exhibit B.

5. Pursuant to Superior Court Rule 4, service upon an individual defendant must be made in person, or by registered or certified mail, return receipt requested.

6. As set forth in the Affidavit appended hereto as Exhibit B, proper service has not been made on Mr. Fralin in this matter.

WHEREFORE, the premises considered, Defendant William S. Fralin respectfully requests that Plaintiff's Motion to Vacate the Order Denying Plaintiff's Motion for Judgment by Default be denied by the Court.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

_____
Jeffrey R. DeCaro
D.C. Bar No.: 350496
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706
(301) 306-4300

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of August, 2006, I mailed, postage-prepaid, a copy of the foregoing Opposition to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

Michele Hinerman, Esquire
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Valerie Dawson
405 Rock Creek Church Road, N.W.
Washington, D.C. 20011

Sheryl Ellison
913 Decatur Street, N.W.
Washington, D.C. 20011

United States Attorney's Office
501 3rd Street, N.W.
Civil Processing Clerk Division
Washington, D.C. 20001

Dana DeLorenzo, Esquire
Assistant Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

U.S. Department of Justice
950 Pennsylvania Avenue
Room B-103
Washington, D.C. 20530

_____
Jeffrey R. DeCaro

I:\Common\WP\L4\JRD\DeLaine\OppPltsMotVacOrderDenyMotJudgDefault.wpd

3

EXHIBIT A

In The Superior Court Of The District Of Columbia
Civil Division

Ellen L. Delaine,

        Plaintiff

Civil Action No. 05-CA 1639
Judge: Neal E. Kravitz

v.

Giant Food Stores, Inc., et al.,

        Defendants

RECEIVED
Civil Clerk's Office
AUG 0 7 2006
Superior Court of the
District of Columbia
Washington, D.C.

Plaintiff's Motion To Vacate July 27, 2006 Superior Court Order Denying "Plaintiff's Motion For Judgment By Default Against Defendant William S. Fralin"

    This Court denied "Plaintiff's Motion For Judgment By Default Against Defendant, William S. Fralin" pursuant to Rule 55(a) of the Superior Court Rules of Civil Procedure because defendant, William S. Fralin, failed to file a response to the complaint despite having been served with process on January 12, 2006. This Court's explanation for denying Plaintiff's "Judgment By Default Motion" was that the Plaintiff once again failed to submit the certified mail receipt on which she relies for proof of service.

    Plaintiff hereby moves this Court for a meritorious Motion to Vacate July 27, 2006 Superior Court Order Denying "Plaintiff Motion For Judgment By Default Against Defendant, William S. Fralin" because once again the Court failed to recognize the fact that the

Clerks Office refuses to allow an "Affidavit of Service by Registered/Certified Mail" to be filed in their office without the green card return receipt for proof of service attached to the "Affidavit." The "Affidavit of Service by Registered/Certified Mail" form requires being notarized by the Deputy Clerk, after the person filing it swears that the contained information is true, and then supplies their signature and the Deputy Clerk/Notary Public signs and dates the Affidavit. The "Affidavit of Service" form states therein, "That the return receipt attached hereto was signed by _____ ....; and the said receipt shows the date of delivery as _____."

    Attached to this document is Exhibit 1, the copy of the "Affidavit of Service" that Plaintiff filed in the Clerks Office along with a copy of the certified mail green card return receipt for proof of service that was attached to the "Affidavit of Service" that Plaintiff filed in the Clerks Office for proof of service upon defendant, William S. Fralin (See Exhibit 1).

    Whereby, for these mentioned reasons, Plaintiff once again request that this Court Vacate July 27, 2006 "Superior Court Order Denying "Plaintiff's Motion For Judgment By Default Against Defendant William S. Fralin" and grant Plaintiff's motion for the entry of a default pursuant to Rule 55(a) of the Superior Court Rules of Civil Procedure against defendant, William S. Fralin, for failing to file a response to the complaint despite having been served with process on January 12, 2006. Plaintiff submitted the certified mail receipt for proof of service upon defendant, William S. Fralin, and Plaintiff is entitled to the entry of default against defendant,

2

William S. Fralin.

Respectfully submitted,

*Ellen L. DeLaine*

Ellen L. DeLaine
5608-14th Street N·W
Washington, D.C. 20011
202-829-1745

Certificate Of Service

I Hereby Certify that a true copy of "Plaintiff's Motion To Vacate July 21, 2006 Superior Court Order Denying Plaintiff's Motion For Judgment By Default Against Defendant William S. Fralin" was mailed first class, postage prepaid, this 7th day of August, 2006 to:

Jordan, Coyne + Savits, LLP
Michele Hinerman
1100 Connecticut Avenue N·W
Suite 600
Washington, D.C. 20036

William S. Fralin
4525 Klingle Street N·W·
Washington, D.C. 20016

*Ellen L. DeLaine*
Ellen L. DeLaine

3

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

Ellen L. Delaine )
) 
Plaintiff(s) )   Civil Action No. 05-0001639
)
vs. )
)
Giant Food Stores, Inc., et al )
Defendant(s) )
)

### AFFIDAVIT OF SERVICE BY REGISTERED/CERTIFIED MAIL

I, Ellen L. Delaine, under oath do hereby state the following:

That my age and birth date are as follows: 51 05-29-1954

That my residential or business address is: 5608-14th Street N.W., Washington, D.C. 20011

That a copy of the Initial Order, Complaint and Summons was mailed by the affiant to the above named defendant William S. Fralin by registered/certified mail.

That the return receipt attached hereto was signed by William S. Fralin, the Defendant herein or _____, a person of suitable age and discretion residing therein at the Defendant's usual place of abode, and the said receipt show the date of delivery as Jan. 12, 2006.

If return receipt does not purport to be signed by the party named in the Summons, then state specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4(e)(2) and 4(c)(3).

**SPECIFIC FACTS**

_Ellen L. Delaine_
Signature

Subscribed and sworn to before me this 15th day of Feb 2006

_[signature]_
Deputy Clerk/Notary Public

Exhibit 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *William Fralin* ☐ Agent ☑ Addressee<br>B. Received by (Printed Name): William Fralin  C. Date of Delivery: 12 JAN 06 |
| 1. Article Addressed to:<br><br>William S. Fralin<br>4525 Klingle Street N.W.<br>Washington, D.C. | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0005 5251 5752 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

EXHIBIT B

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

Ellen L. DeLaine,            )
                             )
        Plaintiff,           )
                             )
    v.                       )
                             )
Giant Food Stores, Inc.,     )
        Defendant            )

### Affidavit of William S. Fralin

I, William S. Fralin, being over eighteen years of age hereby state the following facts:

in the above referenced case,

1.  I am attorney licensed in the District of Columbia (# 419937) and an officer of the Court.

2.  I have never received service either by certified mail or in person service as claimed by the plaintiff.

3.  I did not sign or authorize any one else to sign my signature to the signature on the certified mail receipt attached to "Plaintiff's Motion to vacate July 27, 2006 Superior court Order Denying Plaintiff's Motion for Judgment by Default Against Defendant, William S. Fralin'"

4.  I know that the signature is a forgery and bears no resemblance to my signature. I have attached a copy of my District of Columbia driver's license and have signed this affidavit.

I, William S. Fralin, being first duly sworn, on oath, depose and say I have read the foregoing affidavit by me subscribed and that the facts herein are true to the best of my knowledge, information and belief.

_____
William S. Fralin

SUBSCRIBED SWORN AND SIGNED before me this 11th day of August 2006.

_____
Notary Public                    My Commission expires: 12/31/06 .



SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| ELLEN L. DELAINE | : |
|     Plaintiff | :   Case No.:   05 CA 1639 |
| v. | :   Calendar 7 |
| GIANT FOOD STORES, INC., et al. | :   Judge Neal E. Kravitz |
|     Defendants | : |

**ORDER**

UPON CONSIDERATION of the Plaintiff's Motion to Vacate Order Denying Motion for Judgment by Default, the Opposition filed herein by William S. Fralin in response to Plaintiff's Motion to Vacate, and good cause having been shown, it is by the Superior Court of the District of Columbia this _____ day of _____, 2006,

ORDERED, that Plaintiff's Motion to Vacate the Court's Order of July 27, 2006 denying Plaintiff's Motion for Judgment by Default be and the same hereby is DENIED.


_____
Neal E. Kravitz, Associate Judge

Copies to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

Michele Hinerman, Esquire
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Valerie Dawson
405 Rock Creek Church Road, N.W.
Washington, D.C. 20011

Sheryl Ellison
913 Decatur Street, N.W.
Washington, D.C. 20011

United States Attorney's Office
501 3rd Street, N.W.
Civil Processing Clerk Division
Washington, D.C. 20001

Dana LeLorenzo, Esquire
Assistant Attorney General
441 4th Streeet, N.W.
Washington, D.C. 20001

U.S. Department of Justice
950 Pennsylvania Avenue
Room B-103
Washington, D.C. 20530

Jeffrey R. DeCaro, Esquire
DeCaro, Doran, Siciliano,
Gallagher & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

2