SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ELLEN L. DeLAINE,<br>Plaintiff | )<br>)<br>) |
| v. | ) Case No. 05CA1639 |
| | ) Calendar 7 |
| GIANT FOOD STORES, INC., | ) Judge Kravitz |
| Defendant | ) |

### ORDER

This matter is before the Court on the plaintiff's motion to vacate the Court's order of July 27, 2006 denying the plaintiff's motion for the entry of a default judgment against defendant William S. Fralin. The plaintiff contends that a certified mail receipt appended to her motion establishes that the defendant was served with the summons, complaint, and initial order on January 12, 2006. The defendant has filed an opposition to the plaintiff's motion, supported by his own affidavit, in which he contends that the signature on the certified mail receipt is not his own and that he has never been served with process in this case. The plaintiff has filed a reply to the defendant's opposition.

As it is necessary to hold an evidentiary hearing to determine whether or not the defendant was properly served as alleged by the plaintiff, it is this 27 day of September 2006

**ORDERED** that the plaintiff and defendant Fralin shall appear in courtroom 415 on October 12, 2006 at 11:00 a.m. for an evidentiary hearing on the plaintiff's motion. The parties shall be prepared to present competent evidence relating to the question of whether the defendant signed the certified mail receipt or was otherwise properly served with process in this case.



DOCKETED In Chambers SEP 27 2006

MAILED From Ch:

SEP 27 2006

_Neal E. Kravitz_
Neal E. Kravitz, Associate Judge
(Signed in Chambers)

Copies mailed to:

Michele Hinerman, Esq.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Ellen L. DeLaine
5608 14th Street, NW
Washington, DC 20011

Joseph L. Gibson, Esq.
6811 Kenilworth Avenue
Suite 210
Riverdale, MD 20737

Valerie Dawson
405 Rock Creek Church Road, NW
Washington, DC 20011

Sheryl Ellison
913 Decatur Street, NW
Washington, DC 20011

William S. Fralin
4525 Klingle Street, NW
Washington, DC 20016

Dana DeLorenzo, Esq.
Assistant Attorney General
441 4th Street, NW
Washington, DC 20001

US Department of Justice
950 Pennsylvania Avenue
Room B-103
Washington, DC 20530

United States Attorney's Office
501 3rd Street, NW
Civil Processing Clerk Division
Washington, DC 20001