SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

ELLEN L. DeLAINE,                )
                                 )
    Plaintiff                    )
                                 )
    v.                           )      Case No. 05CA1639
                                 )      Calendar 7
GIANT FOOD STORES, INC.,         )      Judge Kravitz
                                 )
    Defendant                    )
                                 )

## ORDER

It has come to the Court's attention within the past few days that the United States filed the attached "Notice of Filing Notice of Removal of a Civil Action" on August 25, 2006. However, despite the Civil Clerk's file stamp on the notice, the notice has not been docketed, and the Court became aware of the notice only when the plaintiff mentioned it in the course of a conversation with the Court's chambers staff.

It is this __4__ day of October 2006

**ORDERED** that the Clerk shall docket the attached "Notice of Filing Notice of Removal of a Civil Action" as of the date on which this order is docketed. It is further

**ORDERED** that this case is hereby closed in light of its removal to the United States District Court for the District of Columbia.[1] It is further

---

[1] Unaware that the United States had filed a notice of renewal, the Court issued orders on September 27, 2006 granting summary judgment in favor of defendants District of Columbia and Sheryl Ellison and denying the plaintiff's motion for reconsideration of the Court's order of July 7, 2006 denying the plaintiff's motion for the entry of a default judgment against defendant United States. The Court will leave it to the United States District Court to determine whether the Court's orders of September 27, 2006 should be enforced or whether they should be vacated in light of the United States' filing of the notice of renewal on August 25, 2006.

**ORDERED** that the motion hearing currently set for October 12, 2006 is hereby cancelled, as is the court-ordered mediation session currently set for January 16, 2007.

DOCKETED In Chambers OCT 5 2006
MAILED From Chambers OCT 5 2006

Neal E. Kravitz, Associate Judge
(Signed in Chambers)

Copies mailed to:

Michele Hinerman, Esq.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Ellen L. DeLaine
5608 14th Street, NW
Washington, DC 20011

Joseph L. Gibson, Esq.
6811 Kenilworth Avenue
Suite 210
Riverdale, MD 20737

Valerie Dawson
405 Rock Creek Church Road, NW
Washington, DC 20011

Sheryl Ellison
913 Decatur Street, NW
Washington, DC 20011

William S. Fralin
4525 Klingle Street, NW
Washington, DC 20016

Dana DeLorenzo, Esq.
Assistant Attorney General
441 4th Street, NW
Washington, DC 20001

Deborah M. Taylor-Godwin, Esq.
Director, Civil Division
Superior Court of the
District of Columbia
500 Indiana Avenue, NW
Room JM-120
Washington, DC 20001

Steven Conboy, U.S. Marshal
Superior Court of the
District of Columbia
500 Indiana Avenue, NW
Room C-250
Washington, DC 20001

Kathleen Konopka, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| ELLEN L. DELAINE | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05CA1639 |
| | ) Calendar 7 |
| GIANT FOOD STORES, INC. | ) Judge Kravitz |
| et al. | ) |
| Defendants. | ) |

**RECEIVED**
Civil Clerk's Office
AUG 2 5 2006
Superior Court of the
District of C[olumbia]
Washington[, D.C.]

### NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION

PLEASE TAKE NOTE that on August 25, 2006, Defendant United States of America filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned civil action, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446(b). Accordingly, the Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (with attachments) is attached hereto.

August 25, 2006

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC 20530
202-616-5309

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Notice of Removal of a Civil Action to be served by first class mail upon plaintiff at:

Ellen L. Delaine
5608 14th Street NW
Washington DC 20011
*Pro se Plaintiff*

and upon defendants at:

Giant Food Stores, Inc.
Jordan, Coyne & Savits
Attn: Michele B. Hinerman
1100 Connecticut Avenue NW
Suite 600
Washington DC 20006

Sheryl Ellison
c/o Dana K. DeLorenzo
Asst Attny General
441 4th Street NW
6th Floor South
Washington DC 20001

District of Columbia
c/o Dana K. DeLorenzo
Asst Attny General
441 4th Street NW
6th Floor South
Washington DC 20001

Valerie Dawson
405 Rock Creek Church Road
Washington DC
*Pro se Defendant*

William Fralin
4525 Klingle Street NW
Washington DC
*Pro se Defendant*

Thomas H. Delaine
c/o Joseph Gibson
6811 Kenilworth Avenue
Suite 210
Riverdale MD 20737

2

Franklin P. Delaine
c/o Joseph Gibson
6811 Kenilworth Avenue
Suite 210
Riverdale MD 20737

on this 25th day of August 2006.

_____
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC 20530
202-616-5309

3