UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLEN DELAINE : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil No.:   06-1502 (RJL) |
| : | |
| GIANT FOOD STORES, INC., et al. : | |
| : | |
| Defendants : | |

**<u>ORDER</u>**

UPON CONSIDERATION of the Motion of Defendant, William S. Fralin, to Dismiss Plaintiff's Complaint, any Opposition filed thereto by Plaintiff, and good cause having been shown, it is by the United States District Court for the District of Columbia this ____, day of _____, 2007,

ORDERED, that Plaintiff's claims and/or causes of action as against Defendant, William S. Fralin, be and are hereby dismissed under Fed.R.Civ.P. 12(b)(4), and 12(b)(5).

 

                                                                               Richard J. Leon
                                                                               United States District Judge

Copies to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

Padraic K. Keane, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Valerie Dawson
Pro Se
405 Rock Creek Church Road
Washington, D.C. 20011-5941

Dana K. DeLorenzo, Esquire
Michael P. Bruckheim, Esquire
Phillip A. Lattimore, III, Esquire
Office of the Attorney General
for the District of Columbia
441 Fourth Street, N.W.
6th Floor
Washington, D.C. 20001

Joseph L. Gibson, Jr., Esquire
Gibson, Jones & Associates
6811 Kenilworth Avenue
Suite 210
Riverdale, MD 20737

Kathleen M. Konopka, Esquire
Alexander Daniel Shoaibi, Esquire
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Jeffrey R. DeCaro, Esquire
DeCaro, Doran, Siciliano,
Gallagher & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706