Exhibit 1

... COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Ellen L. Delaine
5608 14th St. NW
Washington, DC 20011
202-629-1745

Plaintiff

RECEIVED
CIVIL CLERK'S OFFICE
APR 06 2004
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

vs.

CIVIL ACTION No. 04-0000377

District of Columbia
mayor Anthony Williams
350 Pennsylvania Ave NW
Wash. DC 20004

ed:
Office of Corporation Counsel
Janice Stokes
441-4th St. NW 6th Floor
Wash. DC 2001

Sheryl E. Ellison
913 Decatur St. NW
Wash. DC 2001

**Defendants**

William S. Fralin
4525 Kling le St. NW
Wash. DC

and

Thomas H. Delaine
P.O. Box 1074
Randallstown, Md. 21132

United States Assistant Attorney for DC
Serve: Roscoe Howard
555-4th St. NW
Washington, DC 20020

**Amended COMPLAINT**

U.S. Attorney for DC
Serve: Roscoe Howard
555-4th St. NW
Washington, DC 2002

Attorney General of U.S.
Dept of Justice Room
950 Pennsylvania Ave.
Wash. DC 20530-00

Franklin P Delaine
4377 South Dakota Ave. N
Washington, DC

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

From 1999 to 2003 my constitutional, civil, human and individual rights were violated, invasion of my privacy, I was being spied on and was continuously terrorized and under government surveillance while some acts of biological warfare were conducted on me and I was stalked by the government throughout the Washington DC metropolitan area and in any and every state within the United States. medical reports along with defamatory and slanderous statements were wrongfully disclosed and published to the media and throughout government and private agencies to be used against me personally in these agencies that I visited or had some contact with. This government funded project of crimes against humanity and violation of constitutional rights against me personally was their conspiracy to get me down to get me to break and loose my mind and to get me under control to the ultimate point which was to get me to commit suicide because to them this was a game that they decided to play for having me as practice and using me as a guinea pig and endangering my life created jobs and money for government, private and corporate industries. This scheme was desired by the government

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 500,000,000.00
with interest and costs.

202-829-1745
Phone: _____

DISTRICT OF COLUMBIA, SS

Ellen L. Delaine

_____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

Ellen L. Delaine
(Plaintiff)                                          Agent)

Subscribed and sworn to before me this _____ day of _____ Apr. _____ 2004

(Notary Public/Deputy Clerk)

to make a statement to the world that they could use me as an example to show them that I am "property" of the United States which they own and that they have the right to control me by violating any and all of my constitutional, civil, human and individual rights regardless to the fact that this governments laws and constitutions prohibits such violations. This government decided to control the "weather", the term that was slanderously used throughout the media to inject into the minds of the public regarding me and all and everything centeral around this scandalous scam against me which has been in full bloom motion since 1999 and is presently ongoing. The reason for the lengthy duration of this criminal government project was to allow Sheryl Ellison, the government agent in charge of this project, to not be rushed and allowed to take all the time she wanted to play and learn and to stay in practice of fraternity and sorority hazings and pledging activities or whatever games that she and William S. Fralin decided to play in gambling with my life. Regardless to how illegal these tactics they agreed to use to violate my civil, individual, human and constitutional rights, this government funded project of crimes against humanity on me was allowed to continue in order for them to exert all their powers necessary to getting the "weather" under control. Other co conspirators were Thomas H. Delaine and Franklin P. Delaine along with the assistance of the U.S. Government and its agencies and private and corporate sectre organizations. The conspiracy plan to control me by "getting me down" utilized the tactics of attacking my educational history, types of grades I made in

school, type of degree held, if any, exposing my medical records entirely, my financial records, social, public and private life, and along with their libels and slanders and defamatory statements, to project me by unreasonably placing me in a false light before the public and exposing me to public scorn, hatred and danger through publication continuously placed my life in danger with organizations who networked with them in this conspiracy and by those whomever these defamatory information was infiltrated to. This was the team who conspired together on the acts and actions of defamation and invasion of my privacy. Never had I given any consent to nor made any agreement with, nor had I any knowledge of their plans for using me to destroy my life for their means for financial profits. These physical and psychological acts of terrorism against me were designed to place me under constant fear in order for them to gain control of me and control over the protection of my life from danger, which I had none, that they placed me into. Metro Transit, Greyhound Bus Lines, Safeway and Giant Food Stores, Government and Private Corporate organizations networked with them on spying on me and keeping me under surveillence while in their facilities and I was slandered by representatives in these organizations by their publicly making defamatory statements about me while I was in their facilities. My privacy was constantly invaded as I was being observed while taking care of my personal hygeine, being observed while disposing

-3-

of my bodily wastes, being spied on when sleeping, dressing, walking, privately mourning over a family members death, and this information was published and became an amusing subject for their conversations. I also encountered violent physical attacks and threats from police, police security persons who made slanderous remarks to me, from persons who were set up to approach me to harrass me who made themselves apparent to me that they knew exactly where I was and that they were a team member who was paid to do their part in the conspiracy of "getting me down" These verbal and physical attacks along with the emotional trauma I suffered from these terrorists attacks against me affected my state of health well being to the extent that has left me disabled.

I am seeking relief for compensatory damages for medical bills, general damages for pain and suffering endured as a result of physical injuries, the discomforts and emotional injuries suffered from discriminatory conduct and damage done to personal reputation and business reputation because of libels and slander.

I am seeking relief for punitive damages because the defendants engaged in intentional and highly reckless misconduct and activity dangerous to public, plaintiff, fraud and invasion of privacy. The defendants engaged in a long pattern of conduct which violated laws that prohibit this type of discrimination. Defendants conspired to defame plaintiff to inflict emotional distress.

I demand relief in the amount of $10,000,000.00 from Thomas H. Delaine for conspiracy, compensatory damages and punitive damages.

I demand relief in the amount of $10,000,000.00 from Franklin P. Delaine for conspiracy, compensatory and punitive damages

I demand relief in the amount of $80,000,000.00 from William S. Fralin for conspiracy, terrorism, punitive damages and compensatory damages.

I demand relief in the amount of 400,000,000.00 from Sheryl K. Ellison and the District of Columbia Government and its agencies for conspiracy, terrorism, punitive damages and compensatory damages
I demand relief in the amount of
from Sheryl E. Ellison and the United States Government and its agencies for conspiracy, terrorism, punitive damages and compensatory damages.

Ellen L. Delaine
Ellen L. Delaine
5608 - 14th St. N.W.
Washington, D.C. 20011
202 - 829 - 1745

EXHIBIT 2

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

Ellen L. Delaine

               Plaintiff(s)          Civil Action No. 04 0000377

       vs.

William S. Fralin

               Defendant(s)

## AFFIDAVIT OF SERVICE BY REGISTERED/CERTIFIED MAIL

I, _Ellen L. Delaine_ , under oath do hereby state the following:

That my age and birth date are as follows: 05-29-54     45

That my residential or business address is: 5608-14th St. N.W. Wash, DC 2011

That a copy of the Initial Order, Complaint and Summons was mailed by the affiant to the above named defendant by (registered) certified mail.

That the return receipt attached hereto was signed by _William S. Fralin_ , the Defendant herein or _____, a person of suitable age and discretion residing therein at the Defendant's usual place of abode, and the said receipt show the date of delivery as _April 10, 2004_ .

If return receipt does not purport to be signed by the party named in the Summons, then state specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4(e)(2) and 4(c)(3).

## SPECIFIC FACTS

_Ellen L. Delaine_
Signature

Subscribed and sworn to before me this _16_ day of _April_ 15 _2004_

_____
Deputy Clerk/Notary Public

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William S. Fralin
4525 Klingle Street N.W.
Washington, D.C.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _William Fralin_  ☐ Agent  ☑ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

William Fralin   10 Apr 04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7003 3110 0002 8731 6491

PS Form 3811, August 2001    Domestic Return Receipt

102595-02-M-1540

EXHIBIT 3

# Superior Court of the District of Columbia

500 Indiana Ave N.W
Washington, D.C. 20001

19

6/08/04

CASE NUMBER:    04ca000377
DeLaine, E. vs District of Columbia,

DATE:         5/27/04

NOTICE: This case has been removed to
the U.S. District-Court for the District
of Columbia. Any unresolved motion
filed in this case prior to its removal
is moot as of the date of this notice.
Should the U.S. District-Court remand
the case back to this Court, moving
party may request reinstatement of a
motion filed prior to removal of the
case by filing a praecipe requesting
that the named motion(s) be reinstat-
ed. A certificate of service to all
parties must accompany the praecipe.

TO:

04ca000377  P001   PRV.1365fin
Ellen L. Delaine
5608 14th St NW
Wash DC
20011

NO FURTHER PLEADING WILL BE ACCEPTED
FOR FILING IN THE SUPERIOR COURT AT
THIS TIME.

EXHIBIT 4

stamps.com $0.37
JUN 24 2004
US POSTAGE
FIRST-CLASS MAIL
WASHINGTON DC 20036

0629000034425

STAMPS.COM

... & Associates
... Avenue, NW
Suite 600
Washington, DC 20005

Elaine Delaine
5608 14th St NW
Washington DC 20011-6334

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ELLEN L. DeLAINE                    :

        Plaintiff                    :

                            :

v.                    :

                            :    Civil No. 04ca0000377

THE DISTRICT OF COLUMBIA,          :    J. Terrell
et al.                                      Calendar No. 5
                            :    Next Event: ISC: 6/25/04 @ 9:15 a.m.

        Defendants                    :

## DEFENDANT WILLIAM S. FRALIN'S
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant, William S. Fralin, by and through counsel, Thomas R. Mooers, Esquire, files the following Motion to Dismiss for Failure to State a Claim and as grounds states as follows:

    1.    The Plaintiff was an employee of William Fralin, Esquire for a very brief period of time as a telemarketer. However, Mr. Fralin has not had any contact with the plaintiff since the termination of her employment in 2001.

    2.    The Plaintiff's Complaint should be dismissed because it does not state an actionable cause of action against Mr. Fralin. Plaintiff appears to allege that there was a vast conspiracy to control the weather in an effort to violate her civil rights. Mr. Fralin runs a small law firm in Northern Virginia and obviously has no ability to control the weather or for that matter any ability to convince the Federal Government to effect the weather.

    3.    A fair reading of the pleadings would not lead a reasonable person to conclude that the plaintiff can sustain a cause of action against Mr. Fralin. Dismissal of a complaint is proper where it appears beyond doubt that the plaintiff can prove no facts that would support the claim. Schiff v. American Ass'n of Retired Persons, 697 A.2d 1193 (D.C.App. 1997), Sup.Ct.

Rules of Civil Procedure, Rule 12.

      WHEREFORE, Defendant, William S. Fralin, respectfully requests that this Honorable Court grant the Motion to Dismiss for Failure to State a Claim.

                      Respectfully Submitted,

                      MOOERS & ASSOCIATES

                      Thomas R. Mooers, #429538
                      1029 Vermont Ave., N.W.
                      Suite 600
                      Washington, D.C. 20005
                      (202) 955-6227

## POINTS AND AUTHORITIES

1.    Schiff v. American Ass'n of Retired Persons, 697 A.2d 1193 (D.C.App. 1997).

2.    Sup.Ct. Rules of Civil Procedure, Rule 12.

                      Thomas R. Mooers

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June , 2004, I sent by first class mail, postage prepaid a copy of the foregoing document to:

Ellen Delaine
5608 14th Street, N.W.
Washington, D.C. 20011

Janice Stokes, Esquire
441 4th Street, N.W.
6th Floor
Washington, D.C. 20001

Sheryl E. Ellison
913 Decatur Street, N.W.
Washington, D.C. 20011

Thomas Delaine
P.O. Box 1074
Randallstown, Maryland 21132

Roscoe Howard, Esquire
U.S. Assistant Attorney for D.C.
555 4th Street, N.W.
Washington, D.C. 20020

Attorney General for the United States
Dept. Of Justice, Room B-103
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Franklin Delaine
4519 South Dakota Ave., N.E.
Washington, D.C.

Thomas R. Mooers

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ELLEN L. DeLAINE                          :

     Plaintiff                        :

                       :

v.                                                 Civil No. 04ca0000377
                                                   J. Terrell
THE DISTRICT OF COLUMBIA,                 :   Calendar No. 5
et al.                                             Next Event: ISC: 6/25/04 @ 9:15 a.m.
                                          :

     Defendants                       :

## **ORDER**

Upon consideration of Defendant, William Fralin's Motion to Dismiss for Failure to State A Claim Upon Which Relief May be Granted and any opposition thereto, it is this _____ day of 2004, hereby,

ORDERED, that the Motion is GRANTED.

EXHIBIT 5

TYPE-L, APPEAL

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00872-GK
### Internal Use Only

DELAINE v. UNITED STATES, ASSISTANT ATTORNEY
FOR THE DISTRICT OF COLUMBIA et al
Assigned to: Judge Gladys Kessler
Demand: $500000000
Cause: 42:1983 Civil Rights Act

Date Filed: 05/28/2004
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**
----------------------

**ELLEN L. DELAINE**

represented by **ELLEN L. DELAINE**
5608 14th Street, NW
Washington, DC 20011
(202) 829-1745
PRO SE

V.

**Defendant**
----------------------

**UNITED STATES, ASSISTANT
ATTORNEY FOR THE DISTRICT
OF COLUMBIA**

represented by **Carol Catherman**
U.S. ATTORNEY'S OFFICE
Public Corruption
555 Fourth Street, NW
Washington, DC 20001
(202) 307-0406
Fax: (202) 514-8780
Email: carol.catherman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DISTRICT OF COLUMBIA
MAYOR ANTHONY WILLIAMS**

**OFFICE OF THE ATTORNEY
GENERAL FOR THE DISTRICT
OF COLUMBIA**

**SHERYL E. ELLISON**

**WILLIAM S. FRALIN**

**THOMAS H. DELAINE**                    represented by **Joseph L. Gibson, Jr.**
                                         GIBSON, JONES & ASSOCIATES, LLP
                                         6811 Kenilworth Avenue
                                         Suite 210
                                         Riverdale, MD 20737
                                         (301) 277-0770
                                         Fax: 301-209-0458
                                         Email: jlgibsonlaw@aol.com
                                         *ATTORNEY TO BE NOTICED*

**UNITED STATES ASSISTANT**              represented by **Carol Catherman**
**ATTORNEY**                             U.S. ATTORNEY'S OFFICE
                                         555 Fourth Street, NW
                                         Washington, DC 20001
                                         (202) 307-0406
                                         Fax: (202) 514-8780
                                         Email: carol.catherman@usdoj.gov
                                         *ATTORNEY TO BE NOTICED*

**ATTORNEY FOR D.C.**

**ATTORNEY GENERAL OF**                  represented by **Carol Catherman**
**UNITED STATES**                        (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**FRANK P. DELAINE**                     represented by **Joseph L. Gibson, Jr.**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2004 | ◑ 1 | NOTICE OF REMOVAL from Superior Court for the District of Columbia, case number 04-0000377. ( Filing fee $ 0.00 ) (Attachments: # 1 Exhibit A)(rje, ) (Entered: 06/02/2004) |
| 05/28/2004 | ◑ | SUMMONS Not Issued as to ATTORNEY FOR D.C. ; ATTORNEY GENERAL OF UNITED STATES ; FRANK P. DELAINE ; THOMAS H. DELAINE ; DISTRICT OF COLUMBIA MAYOR ANTHONY WILLIAMS ; SHERYL E. ELLISON ; WILLIAM S. FRALIN ; OFFICE OF CORPORATION COUNSEL ; UNITED STATES ASSISTANT ATTORNEY ; UNITED STATES, ASSISTANT ATTORNEY FOR THE DISTRICT OF COLUMBIA (rje, ) (Entered: 06/02/2004) |
| 06/03/2004 | ◑ 2 | ORDER setting an Initial Scheduling Conference for June 24, 2004 at 9:30 a.m. in Courtroom 19 . Signed by Judge Gladys Kessler on 6/3/04. (CS, ) (Entered: 06/03/2004) |

EXHIBIT 6

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ELLEN L. DeLAINE

     Plaintiff

v.

THE DISTRICT OF COLUMBIA,
et al.

     Defendants

:
:
:
:
:
:
:
:

Civil No. 04ca0000377
J. Terrell
Calendar No. 5
Next Event: ISC: 6/25/04 @ 9:15 a.m.

### ORDER

Upon consideration of Defendant, William Fralin's Motion to Dismiss for Failure to State A Claim Upon Which Relief May ~~be Granted~~ and any opposition thereto, it is this _20th_ day of 2004, hereby,

ORDERED, that the Motion is ~~GRANTED~~ Denied as Moot because the case was removed to U.S. District Court on 5/27/04, and it is further

ORDERED that this case is now closed.

_Mary C Terrell_
Judge Mary A.G. Terrell

DOCKETED JUL 22 2004

EXHIBIT 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ELLEN L. DELAINE,                    :
                                     :
          Plaintiff,                 :
                                     :
     v.                              :      Civil Action No. 04-872
                                     :
UNITED STATES, ASSISTANT             :
ATTORNEY FOR THE DISTRICT OF         :
COLUMBIA, et al.,                    :
                                     :
          Defendants.                :
                                     :

### MEMORANDUM OPINION

Plaintiff Ellen L. Delaine brings this suit pro se against various federal,[1] state,[2] and individual[3] Defendants. She alleges that Defendants are conspiring to spy on and terrorize her in an attempt to bring the weather under control in violation of her "Constitutional, Civil, human and individual" rights.[4] Compl. at 1. This matter is now before the Court on the Motions to Dismiss filed by the federal and individual Defendants and Plaintiff's Motion for

---

[1] The federal Defendants are the United States Attorney for the District of Columbia; the Attorney General of the United States and the United States Assistant Attorney.

[2] The state Defendants are the District of Columbia; the Office of the Attorney General for the District of Columbia; the Attorney for the District of Columbia; District of Columbia Mayor Anthony Williams and Sheryl E. Ellison.

[3] The individual Defendants are William S. Fralin; Thomas H. Delaine and Frank P. Delaine.

[4] The Court notes that Plaintiff does not specify in her Complaint the violation of any particular constitutional provision or statute.

Reconsideration of the District of Columbia Superior Court's Dismissal of the State Defendants. Upon consideration of the Motions, Oppositions, and the entire record herein, and for the reasons stated below, Defendants' Motions to Dismiss are **granted** and Plaintiff's Motion for Reconsideration is **denied**.

## I.    BACKGROUND

Plaintiff alleges that since 1999, Defendants have been violating her "Constitutional, Civil, human and individual" rights by spying on her, terrorizing her, and placing her under government surveillance while using acts of biological warfare against her. Compl. at 1. She claims that she has been "stalked by the government throughout the Washington D.C. metropolitan area and in any and every state within the United States." Id. She also claims that government agencies have published her medical reports and scandalous information about her to the media.

Plaintiff maintains that these actions are part of a government-funded project, the purpose of which is to make a statement to the world that she is the "property" of the United States government. Id. at 2. She states that these activities are being carried out for the purpose of bringing the weather under control. Id. According to her, the government is permitting Defendant Ellison, the agent allegedly in charge of this "project," to "practice fraternity and sorority hazings," and other games on her. Id.

2

Plaintiff also claims that the metro transit system, the Greyhound bus lines, Safeway and Giant food stores and other organizations have assisted the government in spying on her, and keeping her under surveillance while she is in their facilities. Id.

In addition, Plaintiff alleges that she has "encountered violent physical attacks and threats from police [and] police security persons" who were "team member[s]" "paid to do their part in the conspiracy of 'getting me down.'"[5]  Id. at 4.

Plaintiff filed the instant action in the District of Columbia Superior Court seeking compensatory and punitive damages for medical bills and pain and suffering. On February 11, 2004, the District of Columbia Superior Court dismissed the state Defendants from this action.

On May 28, 2004, the federal Defendants removed to this Court. They filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on June 23, 2004. On July 9, 2004, William S. Fralin filed a Motion to Dismiss. On July 30, 2004, Frank P. Delaine and Thomas H. Delaine filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). On August 2, 2004, Plaintiff filed a Motion for Reconsideration of

---

[5] Notably, Plaintiff does not allege dates, locations, or provide any additional details about these attacks in the Complaint.

3

the District of Columbia Superior Court's Dismissal of the State Defendants.

## II.  ANALYSIS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), "a court [in its discretion] may dismiss a patently frivolous claim for lack of subject-matter jurisdiction." Hilska v. Jones, 297 F.Supp.2d 82, 87 (D.D.C. 2003). See Hagans v. Lavine, 415 U.S. 528, 536 (1974) ("federal courts are without power to entertain claims otherwise within their jurisdiction if they are so attenuated and unsubstantial as to be absolutely devoid of merit") (internal quotation omitted). "Patently frivolous" claims include those premised on "bizarre conspiracy theories," "fantastic government manipulations of the[] will or mind," or "any sort of supernatural intervention." Best v. Kelly, 39 F.3d 328, 330-31 (D.C. Cir. 1994) (describing as frivolous a complaint which alleged that "a Secret Branch of the Federal Government" took the plaintiff's face off his head, went into his skull, and placed a computer chip and camera system there to project images in front of him). "Under settled law, the [d]istrict [c]ourt may in appropriate cases dispose of a motion to dismiss for lack of subject matter jurisdiction under [Rule] 12(b)(1) on the complaint standing alone." Herbert v. Nat'l Acad. Of Sciences, 974 F.2d 192, 197 (D.C. Cir. 1992).

In the instant case, it is clear that Plaintiff's Complaint is the very type of "bizarre conspiracy theory" or "fantastic

4

government manipulation" that our Circuit has said warrants dismissal under Rule 12(b)(1).[6]  Accordingly, the Complaint is dismissed under Rule 12(b)(1) for lack of subject-matter jurisdiction.[7]

## IV.  CONCLUSION

For the foregoing reasons, Defendants' Motions to Dismiss are **granted** and Plaintiff's Motion for Reconsideration of the District of Columbia Superior Court's Dismissal of the State Defendants is **denied**.

An Order will issue with this Opinion.

September 23, 2004                              /s/
                                        _____
                                        Gladys Kessler
                                        U.S. District Judge

---

[6] Plaintiff alleges that she has "encountered violent physical attacks and threats from police [and] police security persons" who were "team member[s]" "paid to do their part in the conspiracy of 'getting me down.'" Compl. at 4. To the extent that Plaintiff is asserting a claim under the Fourth or Fifth Amendments, U.S. CONST. amend. IV, V, such claim must be dismissed under Federal Rule of Civil Procedure 12(b)(6). The Complaint contains no specific allegations of the incidents involving the police, i.e., date, location, name, etc.. Accordingly, it fails to "give the defendant fair notice of the plaintiff's claim and the grounds upon which it rests." Fed. R. Civ. P. 8(a)(2).

[7] Since the Court is dismissing the Complaint for lack of subject-matter jurisdiction under Rule 12(b)(1), it need not address the alternate defenses raised by Defendants in their Motions to Dismiss or Plaintiff's arguments in her Motion for Reconsideration of the District of Columbia Superior Court's Dismissal of the State Defendants.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ELLEN L. DELAINE,                    :
                                     :
          Plaintiff,                 :
                                     :
     v.                              :   **Civil Action No. 04-872**
                                     :
UNITED STATES, ASSISTANT             :
ATTORNEY FOR THE DISTRICT OF         :
COLUMBIA, et al.,                    :
                                     :
          Defendants.                :
                                     :

## O R D E R

Plaintiff Ellen L. DeLaine brings this suit pro se against various federal,[1] state,[2] and individual[3] Defendants.  She alleges that Defendants are conspiring to spy on and terrorize her in an attempt to bring the weather under control in violation of her "Constitutional, Civil, human and individual" rights.[4]  Compl. at 1.  This matter is now before the Court on the Motions to Dismiss filed by the federal and individual Defendants and Plaintiff's

---

[1] The federal Defendants are the United States Attorney for the District of Columbia; the Attorney General of the United States and the United States Assistant Attorney.

[2] The state Defendants are the District of Columbia; the Office of the Attorney General for the District of Columbia; the Attorney for the District of Columbia; District of Columbia Mayor Anthony Williams and Sheryl E. Ellison.

[3] The individual Defendants are William S. Fralin; Thomas H. DeLaine and Frank P. DeLaine.

[4] The Court notes that Plaintiff does not specify in her Complaint the violation of any particular constitutional provision or statute.

Motion for Reconsideration of the District of Columbia Superior Court's Dismissal of the State Defendants. Upon consideration of the Motions, Oppositions, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the federal Defendants' Motion to Dismiss is **granted**; it is further

**ORDERED** that William S. Fralin's Motion to Dismiss is **granted**; it is further

**ORDERED** that the Motion to Dismiss filed by Thomas H. DeLaine and Frank P. DeLaine is **granted**; it is further

**ORDERED** that Plaintiff's Motion for Reconsideration is **denied**; it is further

**ORDERED** that the above-captioned case is **dismissed**.


September 23, 2004                         /s/
                                          Gladys Kessler
                                          U.S. District Judge


**Copies to: attorneys on record via ECF**

2

EXHIBIT 8

TYPE-L, APPEAL

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00872-GK
#### Internal Use Only

DELAINE v. UNITED STATES, ASSISTANT ATTORNEY FOR THE DISTRICT OF COLUMBIA et al

Assigned to: Judge Gladys Kessler
Demand: $500000000
Cause: 42:1983 Civil Rights Act

Date Filed: 05/28/2004
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**
-----------------------

**ELLEN L. DELAINE**

represented by **ELLEN L. DELAINE**
5608 14th Street, NW
Washington, DC 20011
(202) 829-1745
PRO SE

V.

**Defendant**
-----------------------

**UNITED STATES, ASSISTANT ATTORNEY FOR THE DISTRICT OF COLUMBIA**

represented by **Carol Catherman**
U.S. ATTORNEY'S OFFICE
Public Corruption
555 Fourth Street, NW
Washington, DC 20001
(202) 307-0406
Fax: (202) 514-8780
Email: carol.catherman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DISTRICT OF COLUMBIA
MAYOR ANTHONY WILLIAMS**

**OFFICE OF THE ATTORNEY
GENERAL FOR THE DISTRICT
OF COLUMBIA**

**SHERYL E. ELLISON**

**WILLIAM S. FRALIN**

**THOMAS H. DELAINE**                    represented by **Joseph L. Gibson, Jr.**
                                                        GIBSON, JONES & ASSOCIATES, LLP
                                                        6811 Kenilworth Avenue
                                                        Suite 210
                                                        Riverdale, MD 20737
                                                        (301) 277-0770
                                                        Fax: 301-209-0458
                                                        Email: jlgibsonlaw@aol.com
                                                        *ATTORNEY TO BE NOTICED*

**UNITED STATES ASSISTANT**              represented by **Carol Catherman**
**ATTORNEY**                                            U.S. ATTORNEY'S OFFICE
                                                        555 Fourth Street, NW
                                                        Washington, DC 20001
                                                        (202) 307-0406
                                                        Fax: (202) 514-8780
                                                        Email: carol.catherman@usdoj.gov
                                                        *ATTORNEY TO BE NOTICED*

**ATTORNEY FOR D.C.**

**ATTORNEY GENERAL OF**                  represented by **Carol Catherman**
**UNITED STATES**                                       (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**FRANK P. DELAINE**                     represented by **Joseph L. Gibson, Jr.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2004 | 1 | NOTICE OF REMOVAL from Superior Court for the District of Columbia, case number 04-0000377. ( Filing fee $ 0.00 ) (Attachments: # 1 Exhibit A)(rje, ) (Entered: 06/02/2004) |
| 05/28/2004 |  | SUMMONS Not Issued as to ATTORNEY FOR D.C. ; ATTORNEY GENERAL OF UNITED STATES ; FRANK P. DELAINE ; THOMAS H. DELAINE ; DISTRICT OF COLUMBIA MAYOR ANTHONY WILLIAMS ; SHERYL E. ELLISON ; WILLIAM S. FRALIN ; OFFICE OF CORPORATION COUNSEL ; UNITED STATES ASSISTANT ATTORNEY ; UNITED STATES, ASSISTANT ATTORNEY FOR THE DISTRICT OF COLUMBIA (rje, ) (Entered: 06/02/2004) |
| 06/03/2004 | 2 | ORDER setting an Initial Scheduling Conference for June 24, 2004 at 9:30 a.m. in Courtroom 19 . Signed by Judge Gladys Kessler on 6/3/04. (CS, ) (Entered: 06/03/2004) |

| 06/03/2004 | ○ | 3 | STANDING ORDER on Electronic Case Filing . Signed by Judge Gladys Kessler on 6/3/04. (CS, ) (Entered: 06/03/2004) |
|---|---|---|---|
| 06/03/2004 | ○ | 4 | MOTION for Extension of Time to File Answer re 1 Notice of Removal *(Complaint)* by ATTORNEY GENERAL OF UNITED STATES, UNITED STATES ASSISTANT ATTORNEY, UNITED STATES, ASSISTANT ATTORNEY FOR THE DISTRICT OF COLUMBIA. (Attachments: # 1 Text of Proposed Order Proposed Order)(Catherman, Carol) (Entered: 06/03/2004) |
| 06/04/2004 | ○ | | MINUTE ENTRY -- ORDER granting 4 Federal Defendants' Motion for Extension of Time to Answer; Defendants may have up to and including Wednesday, June 23, 2004 in which to answer or otherwise plead . Signed by Judge Gladys Kessler on 6/4/04. (CS, ) (Entered: 06/04/2004) |
| 06/23/2004 | ○ | 5 | MOTION to Dismiss by ATTORNEY GENERAL OF UNITED STATES, UNITED STATES ASSISTANT ATTORNEY, UNITED STATES, ASSISTANT ATTORNEY FOR THE DISTRICT OF COLUMBIA. (Attachments: # 1 Text of Proposed Order Proposed Order)(Catherman, Carol) (Entered: 06/23/2004) |
| 06/23/2004 | ○ | | Set/Reset Hearings: Initial Conference set for 6/24/2004 09:30 AM in Courtroom 19 before Judge Gladys Kessler. (tth, ) (Entered: 06/23/2004) |
| 06/24/2004 | ○ | 6 | ORDER that Plaintiff respond to the Government's Motion to Dismiss no later than August 1, 2004 or the Court will treat the Government's Motion to Dismiss as granted and dismiss Plaintiff's Complaint; the Government shall, by August 15, 2004, file its reply to Plaintiff's Opposition; the Plaintiff shall by, July 31, 2004, file any motion to reconsider the dismissal of the District of Columbia from the case, the District of Columbia shall, by August 20, 2004, file an opposition thereto and Plaintiff shall, by August 25, 2004, file a reply to the District of Columbia's opposition . Signed by Judge Gladys Kessler on 6/24/04. (CS, ) (Entered: 06/24/2004) |
| 06/24/2004 | ○ | | Minute Entry for proceedings held before Judge Gladys Kessler : Meet and Confer Hearing held on 6/24/2004 before Judge Gladys Kessler. (Court Reporter Susan Tyner.) (tth, ) (Entered: 07/07/2004) |
| 06/25/2004 | ○ | 7 | ORIGINAL FILE, certified copy of transfer order and docket sheet received from Superior Court of the District of Columbia Case Number 04ca377. (rje, ) (Entered: 06/28/2004) |
| 07/08/2004 | ○ | 8 | Memorandum in opposition to motion to dismiss 5 filed by ELLEN L. DELAINE. (jf, ) (Entered: 07/09/2004) |
| 07/30/2004 | ○ | 9 | MOTION to Dismiss by FRANK P. DELAINE, THOMAS H. DELAINE. (Gibson, Joseph) (Entered: 07/30/2004) |

| 08/02/2004 | 11 | MOTION for Reconsideration re 5 MOTION to Dismiss by ELLEN L. DELAINE. (rje, ) (Entered: 08/04/2004) |
| 08/02/2004 | 12 | Memorandum in opposition to motion re 5 MOTION to Dismiss ;(See Document No. 11 for the image of the pleading) filed by ELLEN L. DELAINE. (rje, ) (Entered: 08/04/2004) |
| 08/03/2004 | 10 | ORDER that Plaintiff respond to the Motion by Defendants Frank P. Delaine and Thomas H. Delaine to Dismiss no later than September 1, 2004 or the Court will treat the Motion as granted and dismiss Plaintiff's Complaint . Signed by Judge Gladys Kessler on 8/2/04. (CS, ) (Entered: 08/03/2004) |
| 08/31/2004 | 13 | ORDERED that the District of Columbia shall, by September 13, 2004, file a response/opposition to Plaintiff's Motion to Reconsider; Plaintiff shall, by September 20, 2004, file a reply thereto . Signed by Judge Gladys Kessler on 8/30/04. (CS, ) (Entered: 08/31/2004) |
| 09/01/2004 | 14 | Memorandum in opposition to motion re 9 to dismiss complaint filed by ELLEN L. DELAINE. (rje, ) (Entered: 09/09/2004) |
| 09/13/2004 | 15 | Memorandum in opposition to motion re 11 filed by ATTORNEY FOR D.C., DISTRICT OF COLUMBIA MAYOR ANTHONY WILLIAMS, SHERYL E. ELLISON, OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA. (Attachments: # 1 Exhibit)(Birnbaum, Lauren) (Entered: 09/13/2004) |
| 09/20/2004 | 16 | Plaintiff's REPLY to 11 Memorandum in opposition to motion re filed by ATTORNEY FOR D.C., DISTRICT OF COLUMBIA MAYOR ANTHONY WILLIAMS, SHERYL E. ELLISON, OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA. 15 filed by ELLEN L. DELAINE. (Attachments: # 1 Attachment A)(lc, ) (Entered: 09/21/2004) |
| 09/24/2004 | 17 | ORDER granting 5 9 Defendants' Motions to Dismiss and denying 11 Plaintiff's Motion for Reconsideration; this case is hereby dismissed . Signed by Judge Gladys Kessler on 9/23/04. (CS, ) (Entered: 09/24/2004) |
| 09/24/2004 | 18 | MEMORANDUM OPINION on Defendants' Motions to Dismiss and Plaintiff's Motion for Reconsideration. Signed by Judge Gladys Kessler on 9/23/04. (CS, ) (Entered: 09/24/2004) |
| 09/28/2004 | | ***Civil Case Terminated. (tth, ) (Entered: 09/28/2004) |
| 10/07/2004 | 19 | MOTION for a new Trial, MOTION to Amend 17 Judgment on Motion to Dismiss,, Order on Motion for Reconsideration, MOTION Relief |

|  |  |  | from Judgment re <u>17</u> Order on Motion to Dismiss,, Order on Motion for Reconsideration, by ELLEN L. DELAINE. (rje, ) (Entered: 10/08/2004) |
|---|---|---|---|
| 10/18/2004 | ᑍ | <u>20</u> | Memorandum in opposition to motion re <u>19</u> filed by DISTRICT OF COLUMBIA MAYOR ANTHONY WILLIAMS, SHERYL E. ELLISON, OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA. (Birnbaum, Lauren) (Entered: 10/18/2004) |
| 11/04/2004 | ᑍ | <u>21</u> | ORDER denying Plaintiff's Motion for a New Trial, Amendment of Judgment and Relief from Judgment . Signed by Judge Gladys Kessler on 11/4/04. (CS, ) (Entered: 11/04/2004) |
| 11/16/2004 | ᑍ | <u>22</u> | NOTICE OF APPEAL as to <u>17</u> Order on Motion to Dismiss,, Order on Motion for Reconsideration, <u>21</u> Order by ELLEN L. DELAINE. Filing fee $ 0.00. (rje, ) (Entered: 11/17/2004) |
| 11/16/2004 | ᑍ | <u>23</u> | MOTION for Leave to Proceed in forma pauperis by ELLEN L. DELAINE. (rje, ) (Entered: 11/17/2004) |
| 11/17/2004 | ᑍ |  | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re <u>22</u> Notice of Appeal (rje, ) (Entered: 11/17/2004) |

EXHIBIT 9

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ellen L. DeLaine, Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

United States Of America
United States Postal Service
District of Columbia
William S. Fralin
Thomas H. DeLaine
Franklin P. DeLaine
Sheryl E. Ellison,

      Defendants.

CASE NUMBER: 05 1751 EGS

TO: (Name and address of Defendant)

William S. Fralin
4525 Klingle Street, N.W.
Washington, D.C.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~███████~~ Pro SE (name and address)

Ellen L. DeLaine
5608 - 14th Street N.W.
Washington, D.C.

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK

T. Davis

(By) DEPUTY CLERK

DATE    FEB 1 2 2005

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William S. Fralin
4525 Klingle Street N.W.
Washington, D.C. b
                    20 001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
William Fralin                          25 Nov 05

C. Signature
X William Fralin          ☐ Agent
                          ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7005 1160 0005 2542 1979   9

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789

EXHIBIT 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLEN L. DELAINE,                          )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )        Civil Action No.  05-1751 (EGS)
                                           )        Document Nos.   6, 12
                                           )
UNITED STATES POSTAL                       )
SERVICE, *et al.*,                         )
                                           )
            Defendants.                    )
_____)


## MEMORANDUM OPINION

Pending before the Court are the federal defendants' motion to dismiss pursuant to Fed.

R. Civ. P. 12(b)(1) and (b)(6) and the District of Columbia and Sheryl E. Ellison's motion to

dismiss pursuant to Fed. R. Civ. P. 12(b)(5) and (b)(6).  Upon consideration of the parties'

submissions and the complaint, the Court will grant both motions and will dismiss the case.[1]

## I. BACKGROUND

The complaint arises from an encounter plaintiff had with U.S. Postal Service customer

service employee Iris Mitchell on September 1, 2004.  Plaintiff alleges that while seeking

service at the U.S. Postal Service branch on Massachusetts Avenue, N.W. in the District of

Columbia, Mitchell "made a rude, slanderous comment" to her and accompanied her comment

with "negative facial, hand, and head gestures."  Complaint at 3.  She claims that this caused

---

[1] In addition to the movants, plaintiff has named as defendants William S. Fralin,
Thomas H. Delaine and Franklin P. Delaine.  Although the docket reflects service of the
summons and complaint upon these defendants, neither has appeared in the case.  Based on the
discussion *infra* at 3, the claim against these defendants will be dismissed pursuant to Fed. R.
Civ. P. 12(b)(1), for lack of subject matter jurisdiction.

2

her extreme emotional distress. Plaintiff also alleges that the Postal Service has engaged in unlawful surveillance of her and has conspired with others against her since 1999. She seeks $1 million in compensatory and punitive damages.

The Postal Service moves to dismiss for lack of subject matter jurisdiction and for failure to state a claim of intentional infliction of emotional distress ("IIED"). The District of Columbia defendants move to dismiss for improper service and failure to state a claim upon which relief may be granted.

## II. DISCUSSION

"Whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action." Fed. R. Civ. P. 12(h)(3). In addition, a court may dismiss a complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted if it appears, assuming the alleged facts to be true and drawing all inference in plaintiff's favor, that the plaintiff can prove no set of facts in support of her claim that would entitle her to relief. *Harris v. Ladner*, 127 F.3d 1121, 1123 (D.C. Cir. 1997), *cert. denied*, 531 U.S. 1147 (2001); *Kowal v. MCI Communications Corp.*, 16 F.3d 1271, 1276 (D.C. Cir. 1994). In ruling on a motion to dismiss, the Court must liberally construe the complaint. It need not, however, "accept inferences drawn by plaintiffs if such inferences are unsupported by the facts set out in the complaint. Nor must the court accept legal conclusions cast in the form of factual allegations." *Kowal,*, 16 F.3d at 1276.

### A. Subject Matter Jurisdiction

Plaintiff sues the Postal Service for Mitchell's alleged slander. Absent a specific waiver by the government, sovereign immunity bars lawsuits for damages against the United States, its

3

agencies and government employees acting in their official capacity. *FDIC v. Meyer*, 510 U.S. 471, 475 (1994); *Clark v. Library of Congress*, 750 F.2d 89, 102-03 (D.C. Cir. 1984). "[A] waiver of sovereign immunity must be 'unequivocally expressed' and its conditions must be 'strictly observed and exceptions thereto are not to be implied.'" *Blackmon-Malloy v. U.S. Capitol Police Bd.*, 338 F. Supp.2d 97, 103 (D.D.C. 2004) (quoting *Lehman v. Nakshian*, 453 U.S. 156, 160-61 (1981)). The Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671 *et seq.*, waives the United States' immunity, but only as to certain common law torts. *See* 28 U.S.C. §§ 1346(b)(1), 2679(b). The FTCA explicitly prohibits a claim for slander. *See* 28 U.S.C. § 2680(h). The Court therefore lacks subject matter jurisdiction over this claim.

Plaintiff also alleges, *inter alia*, that since 1999, Compl. at 7, the Postal Service has "been keeping plaintiff under surveillance by unauthorized use of electronic devices of wire for audio and oral communication while plaintiff was in their facilities." *Id*. at 4. Her sole allegation against the non-federal defendants, two of whom have her surname, seems to be that they engaged in some sort of conspiracy with the Postal Service. *Id*. Plaintiff has stated no supporting facts. "[F]ederal courts are without power to entertain claims otherwise within their jurisdiction if they are 'so attenuated and unsubstantial as to be absolutely devoid of merit.'" *Hagans v. Lavine*, 415 U.S. 528, 536 (1974) (quoting *Newburyport Water Co. v. Newburyport*, 193 U.S. 561, 579 (1904)) (citing cases); accord *Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994) ("jurisdiction is lacking when the complaint is patently insubstantial presenting no federal question suitable for decision" or, *inter alia*, "essentially fictitious") (citing cases) (internal quotation marks omitted). This claim presents the type of "bizarre conspiracy theories" warranting dismissal for lack of subject matter jurisdiction. *Best*, 39 F.3d at 330.

4

### B. Failure to State a Claim

With respect to the IIED claim, District of Columbia law "requires the plaintiff to show (1) extreme and outrageous conduct by the defendant which (2) intentionally or recklessly (3) cause[d] the plaintiff severe emotional distress." *Ben-Kotel v. Howard University*, 156 F. Supp.2d 8, 14 (D.D.C. 2001) (quotations and citations omitted)). "Liability will be imposed only for conduct so outrageous in character, and so extreme in degree, as to go beyond all possible bounds of decency, and to be regarded as atrocious, and utterly intolerable in a civilized community." *Thompson v. Jasas Corp.*, 212 F. Supp.2d 21, 27-28 (D.D.C. 2002) (citing *Homan v. Goyal*, 711 A.2d 812, 818 (D.C. 1998)) (internal quotation marks omitted).

Plaintiff alleges that "while frowning and with a squenched [*sic*] nose as her hand waved back and forth in front of her nose," Mitchell said "'[c]ould you step to the next counter to look through [a zip code directory] because you're wearing cologne and I smell you.'" Compl. at 3. At plaintiff's request to "be sure of [the] exact words," Mitchell repeated the words. *Id.* The Postal Service rightly asserts that plaintiff's conclusory assertions and use of "buzzwords" fail to provide any factual support for an IIED claim. *See* Def.'s Mem. at 7-8. Even if proven, Mitchell's comment "does not approach the high extreme and outrageous" conduct required to support an IIED claim. *Steele v. Isikoff*, 130 F. Supp.2d 23, 36 (D.D.C. 2000) (citing cases) (internal quotation marks omitted). The IIED claim therefore will be dismissed for failure to state a claim upon which relief may be granted.

For the foregoing reasons, the defendants' respective motions to dismiss are granted and the claims against the remaining individual defendants are dismissed for want of subject matter jurisdiction. A separate Order of dismissal accompanies this Memorandum Opinion.

SIGNED: EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: September 19, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLEN L. DELAINE,                    )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )        Civil Action No.  05-1751 (EGS)
                                     )        Document Nos.  6, 12
UNITED STATES POSTAL                 )
SERVICE, *et al.*,                   )
                                     )
        Defendants.                  )
_____)

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the Federal Defendants' motion to dismiss [Dkt. No. 6] is

GRANTED; it is

FURTHER ORDERED that the District of Columbia and Sheryl Ellison's motion to

dismiss [Dkt. No. 12] is GRANTED; it is

FURTHER ORDERED, *sua sponte*, that the claims against defendants William S. Fralin,

Thomas H. Delaine and Franklin P. Delaine are DISMISSED; and it is

FURTHER ORDERED that this case is DISMISSED.  This is a final appealable Order.


                                   SIGNED: EMMET G. SULLIVAN
                                   UNITED STATES DISTRICT JUDGE
DATE: September 19,  2006

EXHIBIT 11

In The Superior Court For The District Of
Columbia, Civil Division

Ellen L. Delaine,

      Plaintiff,       Civil Action No. 2006 CA 003352 B
                        Judge Gerald I. Fisher

v,

Wings 'N' Things, et al.,

      Defendants,


Plaintiff's Motion For Judgment by Default against
Defendant, William S. Fralin

     Plaintiff hereby moves for a Motion For
Judgment by Default and pursuant to Superior
Court Rules of Civil Procedure 55 (a), (b)(a), entry
of a judgment for affirmative relief against a
party who failed to plead or otherwise defend
as provided by these rules; and Plaintiff respect-
fully requests that the Court will grant her
motion against defendant, William S. Fralin,
for the following reasons:

      1. Plaintiff filed her Complaint on May
2, 2006, in the above referenced matter against
defendant, William S. Fralin, and the Service

of process of the Complaint and Summons was effected by the United States Marshalls on May 3, 2006.

2. Superior Court Rules for Civil Procedures 12(a)(1) states: "Unless a different time is prescribed in an applicable statue a defendant shall serve an answer within twenty (20) days after being served with the summons and Complaint. Plaintiff never received an answer or a Motion to Dismiss complaint from defendant, William S. Fralin.

3. Plaintiff appeared in person in this Courts Clerk office to Amend her complaint and informed the Clerk that she had not received a responsive pleading from the defendant, William S. Fralin, or any of the other defendants named in complaint; whereby the Clerk consoled her computer and observed that no responsive pleadings to Plaintiffs Complaint from any involved defendants were filed, whereby entitling Plaintiff a right by law to Amend her pleading, but the Court denied Plaintiff right to do so. The Court Clerk informed Plaintiff that she had to file a motion for leave of Court to Amend her complaint and had to wait until after the Judge's ruling on her motion. Plaintiff then filed a Motion to Amend Complaint and attached her Amended Complaint to her motion and filed it that same day of May 17, 2006 in the Clerks Office.

4. Superior Court Rules for Civil Procedure 55(a) states: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default;

5. Plaintiff's Amended Complaint demanded judgment for punitive damages in the sum amount of $500,000.00, and demanded judgment for compensatory damages in the sum amount of $500,000.00 whereby making the demand for judgment in the total sum of $1,000,000.00 against defendant William S. Fralin.

6. Attached is Exhibit 1, the Affidavit of Plaintiff Ellen L. Delaine, for her Amended Complaint's total sum amount due in judgment by default, and pursuant to Superior Court Rules for Civil Procedure 55(a), (b)(1), for affirmative relief against a party who failed to plead or otherwise defend as provided by these rules, against defendant, William S. Fralin (See Exhibit 1).

Whereby, for all of the aforementioned reasons, Plaintiff respectfully requests that this honorable Court will grant her motion for Judgment by Default against defendant, William S. Fralin.

3

Respectfully submitted,

*Ellen L. Delaine*

Ellen L. Delaine
5608-14th Street N.W.
Washington, D.C. 20011
202-829-1745

## Certificate of Service

I Hereby Certify that a true copy of Plaintiffs Motion For Judgment by Default against defendant William S. Fralin, in this document was mailed first class, postage prepaid this 24th day of June, 2006 to:

William S. Fralin
4525 Klingle Street N.W.
Washington, D.C. 20016

*Ellen L. Delaine*

Ellen L. Delaine

4

In The Superior Court For The District Of Columbia
Civil Division

Ellen L. Delaine,

        Plaintiff

        Civil Action No. 2006CA003352B
        Judge: Gerald I. Fisher

v.

Wings' N' Things, et al.,

        Defendants

Affidavit Of Plaintiff, Ellen L. Delaine

    I, Ellen L. Delaine, having personal knowledge of the facts contained herein, being over the age of eighteen (18) years and otherwise being competent to testify in this matter, states as follows:

    1. Plaintiff demands judgment by default and pursuant to Superior Court Rules of Civil Procedure 55(a), (b)(1), against defendant William S. Fralin, for punitive damages in the sum amount of $500,000.00

    2. Plaintiff demands judgment by default and pursuant to Superior Court (Exhibit 1)

Rules of Civil Procedures 55(a), (b)(1), against
defendant, William S. Fralin, for compensatory
damages in the sum amount of $500,000.00

Plaintiff demands judgment by default
and Pursuant to Superior Court Rules of Civil
Procedures 55(a), (b)(1), against defendant,
William S. Fralin, in the total sum of
$1,000,000.00,

Ellen L. Delaine

Ellen L. Delaine (Seal)

Date                    06/26/06

The District of Columbia: ss
subscribed and sworn to before me,
this 26 day of June 2006

Lisa Renee Johnson

Exhibit 1

EXHIBIT 12

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### Civil Division

ELLEN L. DELAINE                    :

    Plaintiff                    :         Civil Action No.:    2006 CA 003352  B

    v.                                 :         Calendar 1

WINGS 'N THINGS, et al.         :         Judge Gerald I. Fisher

    Defendants                   :

## OPPOSITION OF DEFENDANT, WILLIAM S. FRALIN, TO PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT

COMES NOW the Defendant, William S. Fralin,  by and through his attorneys, Jeffrey R. DeCaro, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to Superior Court Rules 4, 12, and 55, files the within Opposition in response to Plaintiff's Motion for Judgment by Default, and as grounds therefor states as follows:

1.      In her Motion for Judgment by Default, Plaintiff alleges, without providing any support whatsoever, that service of the original Summons and Complaint was made upon Mr. Fralin on some unspecified date after suit was filed in this matter on or about May 2, 2006.

2.      Apparently, Plaintiff is under the mistaken impression that sending pleadings to an individual defendant by ordinary mail is sufficient for purposes of conferring personal jurisdiction over that defendant.

3.      Contrary to the unsupported assertions set forth in the Plaintiff's Motion, Mr. Fralin has never signed a return receipt acknowledging receipt of any pleadings in this case by certified mail, nor has he been served in person with the Summons and Complaint in this matter.

4.    As service has never been made on Mr. Fralin in this matter, Plaintiff has no factual or legal basis for obtaining a default judgment against Mr. Fralin.

WHEREFORE, the premises considered, Defendant William S. Fralin respectfully requests that Plaintiff's Motion for Judgment by Default be denied by the Court.

Respectfully submitted,

DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP


Jeffrey R. DeCaro
D.C. Bar No.: 350496
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706
(301) 306-4300

2

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

ELLEN L. DELAINE                    :
                                    :     Civil Action No.:    2006 CA 003352 B
        Plaintiff                   :
                                    :
    v.                              :     Calendar 1
                                    :
WINGS 'N THINGS, et al.             :     Judge Gerald I. Fisher
                                    :
        Defendants                  :
                                    :

## **ORDER**

UPON CONSIDERATION of the Plaintiff's Motion for Judgment by Default, the Opposition filed herein by William S. Fralin in response to Plaintiff's Motion, and good cause having been shown, it is by the Superior Court of the District of Columbia this _____ day of _____, 2006,

ORDERED, that Plaintiff's Motion for Judgment by Default be and the same hereby is DENIED.

_____
Gerald I. Fisher, Associate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _1st_ day of August, 2006, I mailed, postage-prepaid, a copy of the foregoing Opposition to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

Dana DeLorenzo, Esquire
Assistant Attorney General
441 4th Street, N.W.
6S61
Washington, D.C. 20001

Thomas H. Delaine
P.O. Box 1074
Randallstown, MD 21132

Franklin P. Delaine
4519 South Dakota Avenue, N.E.
Washington, D.C. 20017

Wings 'N Things
c/o Sterling Godfrey
5501 Georgia Avenue, N.W.
Washington, D.C. 20011

Jeffrey R. DeCaro

I:\Common\WP\L4\JRD\DeLaine\OppWingsnThings.wpd

3

Copies to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

Dana DeLorenzo, Esquire
Assistant Attorney General
441 4th Street, N.W.
6S61
Washington, D.C. 20001

Thomas H. Delaine
P.O. Box 1074
Randallstown, MD 21132

Franklin P. Delaine
4519 South Dakota Avenue, N.E.
Washington, D.C. 20017

Wings 'N Things
c/o Sterling Godfrey
5501 Georgia Avenue, N.W.
Washington, D.C. 20011

Jeffrey R. DeCaro, Esquire
DeCaro, Doran, Siciliano,
Gallagher & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

2

EXHIBIT B

Superior Court Of The District Of Columbia
Civil Division

Ellen L. Delaine

    Plaintiff,

               Civil Action No.: 2006 CA 3352 B

V.                Judge: Gerald I. Fisher

Wings 'N' Things, et al.,

    Defendants.

Plaintiff's Reply To "Opposition Of Defendant, William S. Fralin, To Plaintiff's Motion For Judgment By Default.

    Plaintiff hereby files the within Reply Memorandum contrary to the allegations in "Opposition Of Defendant, William S. Fralin, To Plaintiff's Motion For Judgment By Default", and in support of grounds therefor states as follows:

    1. Court Clerk Docket Entry Sheets on the date of May 3, 2006 shows that Plaintiff's Motion To Proceed in forma Pauperis was entered on the Docket on May 3, 2006 and that the Complaint, summons, initial order with Acknowledgement form mailed to defendant, William S. Fralin, by the Clerk pursuant to SCR 54-II was issued on May 3, 2006 to the address of 4525 Klingle Street N.W., Washing-

ton, D.C. 20016, with clerk tracking number: 50000 16834 showing sufficient service of process properly effected for conferring personal jurisdiction over defendant, William S. Fralin, and showing that Plaintiff did not send the pleading by ordinary mail or certified mail with return receipt to defendant, William S. Fralin.

2. Superior Court Rule Civil Form 1-A, Notice and Acknowledgement for service by mail states that it must be signed and dated and that the Complaint must be answered within twenty days after being mailed, and then returned along with the signed Acknowledgement Form to the sender, or if you fail to do so a judgment by default may be taken against you for the relief demanded in Complaint. On May 3, 2006 the Notice and Acknowledgement Form was mailed by the Clerk to defendant, William S. Fralin, who did not comply with the rules stated therein as he was obligated to do after having received it (see Exhibit 2).

3. On June 24, 2006 "Plaintiff's Motion for Judgment By Default against defendant, William S. Fralin" was mailed out to him at the same address of 4525-Klingle Street N.W., Washington, D.C. 20016, where the Clerk pursuant to SCR 54 II, mailed the summons, complaint, initial order with Acknowledgement Form upon him on the issue date of May 3, 2006. On August 15, 2006 the "Opposition Of Defendant, William S. Fralin, To Plaintiff's Motion for Judgment By Default" was pled after the expiration period for filing a responsive pleading to "Plaintiff's June 24, 2006 Motion for Judgment By Default Against Defendant, William S. Fralin," without his filing a Motion for Leave of Court for An Extension of Time to File his

2

"Opposition" which he was to have done before the end of the expiration period when his responsive pleading was due for filing, whereby he was to show good cause and excusable neglect why he failed to respond to Plaintiff June 24, 2006 motion for Judgment by Default against him within the Courts prescribed time. Again, defendant William S. Fralin failed to comply with Court rules after receiving the mentioned documents that were mailed to him, whereby his inexcusable neglect and nonwilful compliance with Court rules entitles Plaintiff to a judgment by default against him for the relief demanded.

Wherefore, Plaintiff requests that this Court grant her motion for Judgment by Default Against Defendant, William S. Fralin, as service of process by the Clerk pursuant to SCR 54-II was properly effected and he also received Plaintiff's June 24, 2006 Motion for Judgment By Default Against him mailed out to the same address where the Clerk issued the Complaint, summons, initial order with Acknowledgement Form upon him on May 3, 2006, which obligated him to file an answer to Complaint within the prescribed time which he failed to comply with; thus giving Plaintiff a factual or legal basis for obtaining a default judgment against him.

3

Respectfully submitted,

*Ellen L. Delaine*

Ellen L. Delaine
5608-14th Street N.W
Washington, D.C. 20011
202-829-1745

Certificate Of Service

I Hereby Certify that a true copy of the foregoing Plaintiff's Reply To "Opposition Of Defendant, William S. Fralin, To Plaintiff's Motion For Judgment By Default" was mailed first class, postage prepaid, this 21st day of August, 2006 to:

DeCaro, Doran, Siciliano, Gallagher & DeBlasis LLP
Attn: Jeffrey R. DeCaro
4601 Forbes Boulevard
Suite 200
Lanham, MD. 20706

*Ellen L. Delaine*
Ellen L. Delaine

4

2006 CA 003352 B     DELAINE, ELLEN L   Vs.   WINGS 'N' THINGS et al     GIF

Search Criteria
Docket Entry
Images     All Dockets        Begin Date
Participant                End Date            Sort Descending
Display Option Exclude Non Display Dockets

Search Results

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 7/15/2006 | | Opposition to Defendant Wings N Thing's Motion for Extension of Time to Plead or Otherwise Defend   Filed ELLEN L DELAINE (PLAINTIFF); | | |
| 7/15/2006 | | Reply to Opposition To Pltf's Motion For Judgment By Default Filed Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); | | |
| 7/11/2006 | | Wings & Things Opposition to Plaintiff's Motion for Judgment by Default Filed WINGS 'N' THINGS (Defendant); | | |
| 7/11/2006 | | Sterling Godfrey's Opposition to Plaintiff's Motion for Judgment by Default Filed WINGS 'N' THINGS (Defendant); | | |
| 7/11/2006 | | Defendant Wings N Things' Motion to Extension of Time to Plead or otherwise Defend Attorney: JOHNSON, Mr RICARDO V (431734) Receipt: 43373  Date: 07/11/2006 | 20.00 | |
| 7/5/2006 | | Plaintiff's Opposition to Defendants, Thomas H Delaine and Franklin P Delaine's Motion to Dismiss Complaint Filed Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); | | |
| 7/5/2006 | | Pltf's Motion for Judgment by Default against defts District of Columbia and Sheryl E. Ellison Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); ; PRO SE (Attorney) on behalf of ELLEN L DELAINE (PLAINTIFF) | 20.00 20.00 | |
| 6/24/2006 | | Plaintiff's Motion for an Enlargement of Time to File an Opposition to the Delaine Defendant's Motion to Dismiss Complaint Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); | 20.00 | |
| 6/24/2006 | | Plaintiff's Motion for Judgment by Default against Defendant William S. Fralin Attorney: PRO SE (999999) | 20.00 20.00 | |
| 6/24/2006 | | Plaintiff's Motion for Judgment by Default against defendant Sterling Godfrey/Wings 'n' Things Attorney: PRO SE (999999) | 20.00 20.00 | |
| 5/18/2006 | | Deft's Thomas H. Delaine and Franklin P. Delaine's  Motion to Dismiss Complaint Filed Attorney: GIBSON Jr, Mr JOSEPH L (139477) THOMAS H DELAINE (Defendant); FRANKLIN P DELAINE (Defendant); ; Mr JOSEPH L GIBSON Jr (Attorney) on behalf of THOMAS H DELAINE, FRANKLIN P DELAINE (Defendant) | 20.00 | |

_EX . 1

Plaintiffs McDonald America Complaint Filed
Attorney: PRO SE (999999)
ELLEN L DELAINE (PLAINTIFF);                                          20.00

5/3/2006                                                              20.00

5/3/2006          Complaint Summons and I.O. with
                  Acknowledgment Form mailed to Defendant,
                  Franklin P. Delaine by the Clerk Pursuant
                  to SCR 54-II this date: 05/03/06. ab

5/3/2006          FRANKLIN P DELAINE (Defendant);
                  Complaint Summons and I.O. with
                  Acknowledgment Form mailed to Defendant,
                  Thomas H. Delaine by the Clerk Pursuant to
                  SCR 54-II this date: 05/03/06. ab

5/3/2006          THOMAS H DELAINE (Defendant);
                  Complaint Summons and I.O. with
                  Acknowledgment Form mailed to Defendant,
                  William S. Fralin by the Clerk Pursuant to
                  SCR 54-II this date: 05/03/06. ab

5/3/2006          WILLIAMS S FRALIN (Defendant);
                  Complaint Summons and I.O. with
                  Acknowledgment Form mailed to Defendant,
                  Sheryl E. Ellison by the Clerk Pursuant to
                  SCR 54-II this date: 05/03/06. ab

5/3/2006          SHERYL E ELLISON (Defendant);
                  Complaint Summons and I.O. with
                  Acknowledgment Form mailed to Defendant,
                  District of Columbia, service on Office of
                  the Attorney General by the Clerk Pursuant
                  to SCR 54-II this date: 05/03/06. ab

5/3/2006          DISTRICT OF COLUMBIA (Defendant);
                  Complaint Summons and I.O. with
                  Acknowledgment Form mailed to Defendant,
                  District of Columbia, service on Office of
                  the Mayor by the Clerk Pursuant to SCR
                  54-II this date: 05/03/06. ab

5/3/2006          DISTRICT OF COLUMBIA (Defendant);
                  Issue Date:  05/03/2006
                  Service:  Summons Issued
                  Method:   Service Issued
                  Cost Per:  $


                  DISTRICT OF COLUMBIA
                  441 4th Street, NW
                  Suite 600
                  WASHINGTON, DC   20001
                  Tracking No: 5000016832


                  ELLISON, SHERYLE
                  913 Decatur Street, NW
                  WASHINGTON, DC   20011
                  Tracking No: 5000016833


                  FRALIN, WILLIAMS S
                  4525 Klingle Street, NW
                  WASHINGTON, DC   20016
                  Tracking No: 5000016834


                  DELAINE, THOMAS H
                  PO BOX 1074
                  RANDALLSTOWN, MD   21133
                  Tracking No: 5000016835


                  DELAINE, FRANKLIN P
                  4519 South Dakota Avenue, NW
                  WASHINGTON, DC   20001

Complaint Summons and I 9o with

Wings "N" Things c/o Sterling Godfrey by
the Clerk Pursuant to SCR 54-II this date:
05/03/06. ab

5/3/2006    WINGS 'N' THINGS (Defendant);
Order Granting Motion to Proceed In Forma
Pauperis Entered on the Docket on 05/02/06
sign by J/Mencher

5/3/2006    Motion to Proceed In Forma Pauperis Filed
Attorney: PRO SE (999999)
ELLEN L DELAINE (PLAINTIFF); ; PRO SE
(Attorney) on behalf of ELLEN L DELAINE
(PLAINTIFF)

5/3/2006    Issue Date: 05/03/2006
Service:  Summons Issued
Method:  Service Issued
Cost Per:  $

WINGS 'N' THINGS
5501 Georgia Avenue, NW
WASHINGTON, DC  20011
Tracking No: 5000016789

5/2/2006    Event Scheduled
Event: Initial Scheduling Conference-60
Date: 08/25/2006    Time: 9:30 am
Judge: FISHER, GERALD I    Location:
Courtroom A-50

5/2/2006    Complaint for Negligence Filed

120.00

120.00

SCR CIV FORM 1-A
Notice and Acknowledgment for Service by Mail

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

Elkin L. Dolume

_____ **Plaintiff**

V.

Wings 'N' Things, et al.

_____ **Defendant**

Civil Action Number 2006 CA 003352 B

## NOTICE

To:  Name  Wings 'N' Things,
Sterling Godfrey

Address  5501 Georgia Avenue N.W.
Washington, D.C. 20011

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) 5/3/06

_____
**Signature**

5/3/06
_____
**Date of Signature**

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____
**Signature**

_____
**Relationship to Defendant/Authority To Receive Service of Process**

_____
**Date of Signature**

Form CV(6)-1590/Mar 97

Exhibit 2

EXHIBIT 14

# Superior Court of the District of Columbia

## CIVIL DIVISION

### PRAECIPE

☒ CIVIL ACTION JM-170
☐ LANDLORD AND TENANT JM-255
☐ SMALL CLAIMS JM

The _25th_ Day of _August_ , 20 _06_

_Ellen L. DeLoria_
Plaintiff

**RECEIVED**
**Civil Clerk's Office**

AUG 2 5 2006

**Superior Court of the**
**District of Columbia**
**Washington, D.C.**

_Wings 'N Things, et al_
Defendant

_2006 CA 3552 B_
Case Number

The Clerk of said Court will _kindly accept the attached Notice and Acknowledgement Form in this matter addressed to defendant William S. Fralin as the correct Exhibit 2 of Plaintiff's Reply to "Opposition to Defendant William S. Fralin, to thwart, of Motion for Judgment By Default" filed in the Clerk's Office on August 24, 2006. The Exhibit 2 attached previously was ... Notice form for the wrong defendant in this case. ... attached had been sent to the correct one for defendant William S. Fralin for Exhibit 2 ... Plaintiff's Reply_

| Attorney for Defendant | | Attorney for Plaintiff | |
|---|---|---|---|
| Address | | Address | |
| | | | |
| Phone No. | Bar No. | Phone No. | Bar No. |

Form CV-358/Jul. 00

_Exhibit 14_

## SCR CIV FORM 1-A
### Notice and Acknowledgment for Service by Mail
### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

_____  *Plaintiff*

**V.**

Civil Action Number _____

_____  *Defendant*

## NOTICE

To:  Name _____

Address _____

_____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement.  If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity.  If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form.  If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) ___5/3/a___ .

_____        ___5/3/a___
*Signature*                                                     *Date of Signature*

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____        _____        _____
*Signature*                              *Relationship to Defendant/Authority*        *Date of Signature*
                                            *To Receive Service of Process*

Form CV(6)-1590/Mar 97

EXHIBIT 15

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

ELLEN L. DELAINE,

    Plaintiff,

    v.

WINGS 'N' THINGS, et al.,

    Defendants.



**FILED
CIVIL ACTIONS BRANCH

AUG ~0 2006

Superior Court
of the District of Columbia
Washington, D.C.**

:
:
:
:
:
:
:
:
:
:

**Civil Action No. 06 CA 3352
Calendar 1
Judge Fisher**

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Amend the Complaint, Defendants Thomas and Franklin Delaine's Motion to Dismiss, Plaintiff's Motion for an Enlargement of Time to File an Opposition to Motion to Dismiss, Plaintiff's Motion for Judgment by Default Against Defendant Fralin, Plaintiff's Motion for Judgment by Default Against Defendants D.C. and Ellison, Plaintiff's Motion for Judgment by Default Against Defendant Sterling Godfrey/Wings 'N' Things, Defendants D.C. and Ellison's Motion to Dismiss or for Summary Judgment, Defendants D.C. and Ellison's Motion to File a Reply to Plaintiff's Opposition, and Defendant Wings 'N' Things Motion for an Extension of Time to Plead or Otherwise Defend, it is this _25 TH_ day of _August_ 2006, hereby

ORDERED that Plaintiff's Motion to Amend the Complaint is **DENIED**; and it is

FURTHER ORDERED that Defendants Thomas and Franklin Delaine's Motion to Dismiss is **GRANTED** for the reasons stated in the Motion; and it is

FURTHER ORDERED that Plaintiff's Motion for an Enlargement of Time to File an Opposition to Motion to Dismiss is **DENIED AS MOOT**; and it is



MAILED From Chambers   AUG 3 0 2006

DOCKETED in Chambers   Aug 3 0 2006

1584396 VANCES 08/31/2006 3:17:04 PM

**FURTHER ORDERED** that Plaintiff's Motion for Judgment by Default Against Defendant Fralin is **DENIED**; and it is

**FURTHER ORDERED** that Defendant Fralin is dismissed from this lawsuit because, as stated in Defendant Fralin's Opposition to Plaintiff's Motion for Judgment by Default against him, Plaintiff has alleged no conduct by Fralin in her Complaint; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Judgment by Default Against Defendants D.C. and Ellison is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Judgment by Default Against Sterling Godfrey/Wings 'N' Things is **DENIED**; and it is

**FURTHER ORDERED** that Defendants D.C. and Ellison's Motion to Dismiss or for Summary Judgment is **GRANTED** for the reasons stated in the Motion; and it is

**FURTHER ORDERED** that Defendants D.C. and Ellison's Motion to File a Reply to Plaintiff's Opposition is **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that Defendant Wings 'N' Things Motion for an Extension of Time to Plead or Otherwise Defend is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Wings 'N' Things shall have **twenty (20)** days to file an Answer or other responsive pleading.

JUDGE GERALD I. FISHER

Copies To:

Ellen Delaine
5608 14th Street, NW
Washington, DC 20011

Ricardo Johnson
PO Box 90562
Washington, DC 20009-0562

Dana DeLorenzo
Assistant Attorney General
441 4th Street, NW, 6S61
Washington, DC 20001

Joseph Gibson
6811 Kenilworth Ave.
Suite 210
Riverdale, MD 20737

Jeffrey DeCaro
4601 Forbes Blvd.
Suite 200
Lanham, MD 20706

EXHIBIT 16

In The Superior Court For The District
Of Columbia, Civil Division

Ellen L. Delaine,

Plaintiff,

Civil Action No. 06-ca3597B
Calendar 1 - Judge Fisher

V.

Greyhound Bus Lines Inc, et al,

Defendants.

RECEIVED
Civil Clerk's Office
JUN 2 4 200...
Superior Court of the
District of Columbia
Washington, D.C.

Plaintiff's Motion For Judgment by Default
against defendant, William S. Fralin.

Plaintiff hereby moves Pursuant to
Superior Court Rules of Civil Procedure
55 (a), (b)(1), and respectfully requests that
this Court grant her motion for judgment
by default against defendant, William S.
Fralin, for the following reasons:

1. Plaintiff filed a Complaint on May 3, 2006, in the following matter against defendant, William S. Fralin, and the United States Marshalls effected the service of process of the Complaint and summons upon him.

2. Superior Court Rules of Civil Procedures 12(a)(1) states: "Unless a different time is prescribed in an applicable statute, a defendant shall serve an answer within (20) twenty days after being served with the summons and Complaint. Plaintiff never received a motion to dismiss complaint nor an answer to the Complaint from defendant, William S. Fralin, in the following matter.

3. Plaintiff filed a Motion to Amend Complaint on May 17, 2006, and informed the Court Clerk that she had not received a responsive pleading from defendant, William S. Fralin, whereby Plaintiff had a right by law to Amend her pleading but was informed by the Court Clerk that she had to file a motion for leave of court to Amend her pleading, whereby Plaintiff was not allowed by the Court

2

Clerk to serve her Amended Complaint upon
the defendants named in the complaint until
after the Judge made a ruling on her motion.

4. The Courts Docket Entry Information Sheet
shows that on May 18, 2006, Mr. Joseph L.
Gibson, the attorney for defendants Thomas H.
Delaine and Franklin P. Delaine, filed a motion
to dismiss and that he was the attorney on
behalf of defendant William S. Fralin in his motion
to dismiss (see attachment)

5. Superior Court Rules of Civil Procedure
55(a) states; "When a party against whom
a judgment for affirmative relief is sought
has failed to plead or otherwise defend as
provided by these rules and that fact is
made to appear by affidavit or otherwise,
the clerk shall enter the partys default"

6. The May 18, 2006 Defendants Thomas
H. Delaine and Franklin P. Delaine's Motion
to Dismiss Complaint filed by Attorney, Mr.
Joseph L. Gibson, Jr. never mentions within
that motion that he filed on behalf of Defendant
William S. Fralin, nor is defendant, William,
S. Fralin's name mentioned within that Motion

7. The Courts Case files of the above
mentioned case shows no Motion to Dismiss
for defendant, William S. Fralin, nor does
the Courts computer in the clerks office
show any images of a Motion To Dismiss

3

Complaint by defendant, William S. Fralin, nor is there a Motion to Dismiss Complaint for defendant, William S. Fralin, by attorney Joseph L. Gibson Jr, whose name is mentioned on the May 18, 2006 Docket Entry sheet as the attorney on behalf of defendant, William S. Fralin's Motion To Dismiss Complaint.

8. Attached is Exhibit 1, the Affidavit of Plaintiff, Ellen L Delaine, for the total sum amount due in judgment by default and pursuant to Superior Court Rules of Civil Procedure 55(a), (b)(1), against defendant, William S. Fralin. (See Exhibit 1) in the case of Greyhound Bus Lines, Inc., et al.

Wherefore, for the afore mentioned reason, Plaintiff respectfully requests that this honorable Court will grant her Motion for Judgment by Default against defendant, William S. Fralin

Respectfully submitted,

Ellen L. Delaine

Ellen L. Delaine
5608 14th Street, NW
Washington, DC 20011
202-829-1745

4

Certificate Of Service

I Hereby Certify that a true copy of this document, "Plaintiff's Motion For Judgment by Default against William S. Fralin, in this case of Greyhound Bus Lines, Inc., etal., was mailed first class, postage prepaid, this 24th day of June, 2006 to;

William S. Fralin
4525 Klingle Street, N.W.
Washington, D.C. 20016

Ellen L. Delaine
Ellen L. Delaine

5

DELAIN, ELLEN L    Vs.    GRAYHOUND BUS LINES, INC et al    GIF

Search Criteria
Docket Entry
Images
Participant    All Dockets
Display Option Exclude Non Display Dockets

Begin Date
End Date

Sort Descending

Search Results

*See refilage*

| Docket Date | Reference | Description | Amt Owed/ Dism/Credit | Amount Due |
|---|---|---|---|---|
| 6/12/2006 | | Opposition to answer of deft Greyhound Bus Lines, Inc Attorney: PRO SE (999999) ELLEN L DELAIN (PLAINTIFF); | | |
| 6/1/2006 | | Certificate Regarding Discovery Filed GRAYHOUND BUS LINES, INC (Defendant); | | |
| 6/1/2006 | | Answer to Complaint Filed GRAYHOUND BUS LINES, INC (Defendant); | | |
| 5/18/2006 | | Defts Thomas H. Delaine and Franklin P. Delaine's Motion to Dismiss Complaint Filed Attorney: GIBSON Jr, Mr JOSEPH L (139477) WILLIAM S FRALIN (Defendant); THOMAS H DELAINE (Defendant); ; Mr JOSEPH L GIBSON Jr (Attorney) on behalf of WILLIAM S FRALIN, THOMAS H DELAINE (Defendant); THOMAS H DELAINE (Defendant); FRANKLIN P DELAINE (Defendant); ; Mr JOSEPH L GIBSON Jr (Attorney) on behalf of THOMAS H DELAINE (Defendant) Receipt: 37986 Date: 05/18/2006 | 20.00 | |
| 5/17/2006 | | Complaint Summons and I.O. with Acknowledgment Form mailed to Greyhound Buslines, Inc., GLI Corporate Risk Solutions 15110 N. Dallas Place, 5th Floor, Dallas Texas 75248 by the Clerk Pursuant to SCR 54-II this date: Attorney: PRO SE (999999) ELLEN L DELAIN (PLAINTIFF); | | |
| 5/17/2006 | | Plaintiffs Motion to Amend Complaint Filed Attorney: PRO SE (999999) ELLEN L DELAIN (PLAINTIFF); | 20.00 20.00 | |
| 5/4/2006 | | COST WAIVED IFP Complaint Summons and I.O. with Acknowledgment Form mailed to Defendant, District of Columbia c/o Office of the Attorney General by the Clerk Pursuant to SCR 54-II this date: 05/04/06. ab DISTRICT OF COLUMBIA (Defendant); | | |
| /4/2006 | | Complaint Summons and I.O. with Acknowledgment Form mailed to Defendant, District of Columbia c/o Office of the Mayor by the Clerk Pursuant to SCR 54-II this date: 05/04/06. ab DISTRICT OF COLUMBIA (Defendant); | | |
| | | Complaint Summons and I.O. with Acknowledgment Form mailed to Defendant, Sheryl E. Ellison by the Clerk Pursuant to SCR 54-II this date: 05/04/06. ab SHERYLE ELLISON (Defendant); | | |
| /2006 | | Complaint Summons and I.O. with | | |

*Attachment A*

Complaint Summons and I.O. (Defendant);
Acknowledgment Form mailed to Defendant,
Franklin P. Delaine by the Clerk Pursuant
to SCR 54-II this date: 05/04/06. ab

5/4/2006  FRANKLIN P DELAINE (Defendant).
Complaint Summons and I.O. with
Acknowledgment Form mailed to Defendant,
Thomas H. Delaine by the Clerk Pursuant to
SCR 54-II this date: 05/04/06. ab

5/4/2006  THOMAS H DELAINE (Defendant);
Complaint Summons and I.O. with
Acknowledgment Form mailed to Defendant,
William S. Fralin by the Clerk Pursuant to
SCR 54-II this date: 05/04/06. ab

5/4/2006  WILLIAM S FRALIN (Defendant);
Issue Date: 05/04/2006
Service:  Summons Issued
Method:  Service Issued
Cost Per:  $

GRAYHOUND BUS LINES, INC
1015 15th Street, NW
Suite 1000
WASHINGTON, DC   20005
Tracking No: 5000016873

DISTRICT OF COLUMBIA
441 4th Street, N.W.
Suite 600 South
Washington, DC   20001
Tracking No: 5000016874

ELLISON, SHERYLE
913 Decatur Street, NW
WASHINGTON, DC   20011
Tracking No: 5000016875

FRALIN, WILLIAM S
4525 Klingle Street, NW
Washington, DC,
Tracking No: 5000016876

DELAINE, THOMAS H
PO BOX 1074
RANDALLSTOWN, MD   21133
Tracking No: 5000016877

DELAINE, FRANKLIN P
4519 South Dakota Avenue, NW
WASHINGTON, DC   20001
Tracking No: 5000016878

/3/2006  Order Granting Motion to Proceed In Forma
Pauperis Entered on the Docket on 05/03/06
/3/2006  Sign by J/Mencher
Motion to Proceed In Forma Pauperis Filed
Attorney: PRO SE (999999)
ELLEN L DELAIN (PLAINTIFF); ; PRO SE
(Attorney) on behalf of ELLEN L DELAIN
(PLAINTIFF)

Event Scheduled
Event: Initial Scheduling Conference-60

In The Superior Court For The District Of
Columbia, Civil Division

Ellen L Delaine,

        Plaintiff,      Civil Action No.: 06 CA 3397B
                             Calendar 1 - Judge Fisher

V.

Greyhound Bus Lines, Inc., et al.,

               Defendants.

Affidavit of Plaintiff, Ellen L Delaine

    I, Ellen L Delaine, having personal knowledge of the facts contained herein, being over the age of eighteen (18) years and otherwise being competent to testify in this matter, states as follows:

    1. Plaintiff demands judgment by default and pursuant to Superior Court

                         Exhibit 1

Rules of Civil Procedures 55(9),(b)(I), against defendant, William S. Fralin, for punitive damages in the sum amount of: $1,000,000.00,

2. Plaintiff demands judgment by default and pursuant to Superior Court Rules of Civil Procedures 55(9), (b)(I), against defendant, William S. Fralin, for compensatory damages in the sum amount of: $1,000,000.00,

3. Plaintiff demands judgment by default and pursuant to Superior Court Rules of Civil Procedures 55(9)(b)(I), against defendant, William S. Fralin, in the total sum of: $2,000,000.00

_Ellen L. Delaine_
Ellen L. Delaine (Seal)

_06/26/06_
Date

The District of Columbia: ss
subscribed and sworn to before me
this ___ day of ___ 2006

Lisa Renee Johnson

*Exhibit 1*

EXHIBIT 17

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### Civil Division

ELLEN L. DELAINE                        :

    Plaintiff                        :        Civil Action No.:    2006 CA 3397 B

    v.                                :        Calendar 1

                                      :        Judge Gerald I. Fisher

GREYHOUND BUS LINES, INC., et al.  :

    Defendants                        :
                                      :

## OPPOSITION OF DEFENDANT, WILLIAM S. FRALIN, TO PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT

COMES NOW the Defendant, William S. Fralin, by and through his attorneys, Jeffrey R. DeCaro, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to Superior Court Rules 4, 12, and 55, files the within Opposition in response to Plaintiff's Motion for Judgment by Default, and as grounds therefor states as follows:

1.    In her Mot... ... Judgment by Default, Plaintiff alleges, without providing any support whatsoever, that service of the original Summons and Complaint was made upon Mr. Fralin by a United States Marshal on some unspecified date after suit was filed in this matter on or about May 3, 2006.

2.    As there is no indication in the record that Plaintiff ever requested service on Mr. Fralin by the U.S. Marshal Service, or that an Order was issued by the Court directing service by a United States Marshal under Rule 4(c)(2), there would be no reason for the United States Marshal's Office to effect service on any of the Defendants named herein, including William S. Fralin.

3.    Contrary to the unsupported assertions set forth in the Plaintiff's Motion, Mr. Fralin has never signed a return receipt acknowledging receipt of any pleadings in this case by certified mail, nor has he been served in person with the Summons and Complaint in this matter.

4.    As service has never been made on Mr. Fralin in this matter, Plaintiff has no factual or legal basis for obtaining a default judgment against Mr. Fralin.

WHEREFORE, the premises considered, Defendant William S. Fralin respectfully requests that Plaintiff's Motion for Judgment by Default be denied by the Court.

Respectfully submitted,

DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP

Jeffrey R. DeCaro
D.C. Bar No.: 350496
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706
(301) 306-4300

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2006, I mailed, postage-prepaid, a copy of the foregoing Opposition to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

David Gramaldi, Esquire
Martell, Donnelly, Grimaldi & Gallagher
1900 L Street, N.W.
Suite 401
Washington, D.C. 20036

Dana DeLorenzo, Esquire
Assistant Attorney General
441 4th Street, N.W.
6S61
Washington, D.C. 20001

Thomas H. Delaine
P.O. Box 1074
Randallstown, MD 21132

Franklin P. Delaine
4519 South Dakota Avenue, N.E.
Washington, D.C. 20017

Jeffrey R. DeCaro

I:\Common\WP\L4\JRD\DeLaine\OppPltsMotionforJudgmentbyDefault.wpd

3

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### Civil Division

ELLEN L. DELAINE                    :

    Plaintiff                    :    Civil Action No.:    2006 CA 3397 B

                       :

    v.                    :    Calendar 1

                       :    Judge Gerald I. Fisher

GREYHOUND BUS LINES, INC., et al.  :

                       :

    Defendants                    :

### <u>ORDER</u>

UPON CONSIDERATION of the Plaintiff's Motion for Judgment by Default, the

Opposition filed herein by William S. Fralin in response to Plaintiff's Motion, and good cause

having been shown, it is by the Superior Court of the District of Columbia this

_____ day of _____, 2006,

ORDERED, that Plaintiff's Motion for Judgment by Default be and the same hereby is

DENIED.


                              _____

                              Gerald I. Fisher, Associate Judge

Copies to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

David Gramaldi, Esquire
Martell, Donnelly, Grimaldi & Gallagher
1900 L Street, N.W.
Suite 401
Washington, D.C. 20036

Dana DeLorenzo, Esquire
Assistant Attorney General
441 4th Street, N.W.
6S61
Washington, D.C. 20001

Thomas H. Delaine
P.O. Box 1074
Randallstown, MD 21132

Franklin P. Delaine
4519 South Dakota Avenue, N.E.
Washington, D.C. 20017

Jeffrey R. DeCaro, Esquire
DeCaro, Doran, Siciliano,
Gallagher & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

EXHIBIT 18

Superior Court Of The District Of Columbia
Civil Division


Ellen L. Delaine

        Plaintiff,                    Civil Action No.: 2006 CA 3397 B
                                      Judge: Gerald I. Fisher

V.

Greyhound Bus Lines, Inc., et al.,

        Defendants.

RECEIVED
Civil Clerk's Office

AUG 21 2006

Superior Court of the
District of Columbia
Washington, D.C.

Plaintiff's Reply To "Opposition Of Defendant, William S.
Fralin, To Plaintiff's Motion For Judgment By Default"


        Plaintiff hereby files the within Reply Memorandum
Contrary to the allegations in "Defendant, William S. Fralin's,
Opposition To Plaintiff's Motion For Judgment By Default,"
and as grounds in support thereof states as
follows:


        1. "Plaintiff's Motion For Judgment By Default
Against Defendant, William S. Fralin" stated in reason
number one (1) that her Complaint regarding this matter
was filed on May 3, 2006 and that the United States
Marshalls effected service of process upon defendant
William S. Fralin. Plaintiff's Attachment A of her
Motion For Judgment by Default Against Defendant, William
S. Fralin, is a copy of the Docket Entry Sheets in this
case showing that on May 3, 2006 Plaintiff was granted

the motion to Proceed In Forma Pauperis and that
the complaint, summons, initial order with Acknowledge-
ment form was mailed to defendant William S. Fralin,
by the Clerk Pursuant to SCR 54 II on issue date
of May 4, 2006 to the address of 4525 Klingle
Street N.W., Washington, D.C., Clerks tracking number:
5000016876, whereby service of process was
properly effected. Plaintiff was under the wrong
assumption that the Clerk used the U.S. marshalls to
effect service of process whose proceeding in forma pauperis.

2. "Plaintiff's Motion For Judgment By Default
Against Defendant William S. Fralin" never stated
therein that he signed a certified mail return
receipt acknowledging receipt of any pleadings in
this case. However, Plaintiff's Attachment, the
Clerks Docket sheet in this matter, clearly shows that
the Complaint, summons, initial order with Acknowledge-
ment form was mailed to defendant, William S. Fralin,
by the Clerk Pursuant to SCR 54 II on the issue date
of May 4, 2006, whereby showing that service of process
was properly effected upon him at the same address
thats shown in Plaintiff's Certificate of Service that
states on June 24, 2006, a true copy of "Plaintiff's
motion for Judgment by Default against defendant,
William S. Fralin was mailed first class, postage pre-
Paid to him;".

3. Superior Court Rule Civil Form 1-A, Notice
and Acknowledgement for Service by mail, states that
it must be signed, dated, and that the Complaint must
be answered and returned, with the Acknowledgemail
form, to the sender within twenty days after it has

2

been mailed, or if you fail to do so, judgment by default may be taken against you for the relief demanded in Complaint. Attached is the Notice and Acknowledgement Form in this matter mailed by the Clerk on May 4, 2006 to defendant, William S. Fralin (See Exhibit 1).

4. "Plaintiff's Motion For Judgment by Default Against Defendant, William S. Fralin," Attachment A, Docket Entry Sheets, shows that on the date of May 18, 2006, Attorney Joseph L. Gibson, Jr. (# 139477) filed a Motion To Dismiss on behalf of Defendants, Thomas H. Delaine and Franklin P. Delaine; and that he was also the attorney on behalf of Defendant, William S. Fralin. Plaintiff stated in her "Motion For Judgment By Default Against Defendant, William S. Fralin, that the Delaine Defendants Motion To Dismiss filed by Attorney Joseph L. Gibson, Jr., on May 18, 2006, never mentioned therein the name of defendant, William S. Fralin, and Plaintiff also stated that the Courts View Computer showed no image of a Motion To Dismiss for Defendant William S. Fralin filed in this Court, nor was there an actual document, Motion To Dismiss on behalf of defendant, William S. Fralin, in the case file of the referenced matter.

5. Plaintiff stated within her "Motion For Judgment By Default Against Defendant, William S. Fralin" that on May 17, 2006 she filed a "Motion To Amend Complaint" before any responsive pleadings had been filed, and since that date up to June 24, 2006 when she filed her "Motion For Judgment By Default Against Defendant, William S. Fralin"; that he never filed a responsive pleading to

3

the Complaint after the Clerk pursuant to SCR 54-II properly effected the service of Process upon him (See attached Exhibit 2.)

6. "Plaintiff Motion for Judgment By Default Against Defendant, Williams Fralin, was filed in the Clerks office on June 24, 2006 and a copy was mailed to him on that same date. On August 15, 2006 Defendant, William S. Fralin, filed his Opposition To Plaintiff Motion For Judgment By Default, after the expiration period for filing a response. Superior Court Rules for Civil Procedure states that prior to the expiration date for filing a responsive pleading, a party may file a motion for leave of Court for an Extension of Time to file their pleading, with good cause shown and excusable neglect, why they did not respond in the Prescribed time. Defendant, William S. Fralin did not comply with these court rules and for inexcusable neglect, after having received by mail, "Plaintiffs Motion for Judgment By Default Against Defendant, William S. Fralin, Plaintiff has a factual and legal basis for obtaining a default judgment against defendant William S. Fralin; for the relief demanded.

Wherefore, Plaintiff requests that this Court grant her Motion For Judgment By Default against Defendant, William S. Fralin, as the service of Process of the Complaint, Summons, initial order with acknowledgement form) was properly effected by the Clerk pursuant to SCR 54 II, and that defendant, William S. Fralin was obligated to file an answer within the Courts prescribed time. Defendant, William S. Fralin, also received by mail "Plaintiffs Motion For Judgment by Default" against him and again, he failed to comply with Court rules in

4

filing a responsive pleading within the prescribed time whereby his inexcusable neglect, and non wilful compliance with court Rules entitles Plaintiff to a judgment by default against him for the relief demanded.

Respectfully submitted

Ellen L. Delaine
5608-14th Street N.W.
Washington D.C. 2024
202-829-1745

Certificate of Service

I Hereby Certify that a true copy of Plaintiff's Reply To "Opposition Of Defendant, William S. Fralin To Plaintiff's Motion for Judgment By Default" was mailed first class, postage prepaid, this 21st day of August, 2006, to:

DeCaro, Doran, Siciliano, Gallagher & DeBlasis LLP
attn: Jeffrey R. DeCaro
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

Ellen L. Delaine
Ellen L Delaine

5

SCR CIV FORM 1-A
**Notice and Acknowledgment for Service by Mail**
## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

_Ellen L. Dolanie_ _____ *Plaintiff*

v.

_Greyhound Bus Lines, Inc. et al_ _____ *Defendant*

Civil Action Number _2006CA0n3397B_

## NOTICE

To:   Name _William S. Fin lin_ _____

Address _4805 Khagle Street N.W._ _____

_Washington, D.C. 2016_ _____

"   The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _5/4/06_

_____
Signature

_5/4/06_ _____
Date of Signature

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____
Signature

_____
*Relationship to Defendant/Authority*
*To Receive Service of Process*

_____
*Date of Signature*

Form CV(6)-1590/Mar 97

*Exhibit 1 -*

2006 CA 003397 B          DELAIN, ELLEN L   Vs.   GRAYHOUND BUS LINES, INC et al          GIF

Search Criteria
Docket Entry
Images          All Dockets
Participant
Display Option  Exclude Non Display Dockets

Begin Date
End Date                                    Sort Descending

Search Results

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 7/5/2006 | | Plaintiff's Opposition to Defendants Thomas H Delaine and Franklin P Delaine's Motion to Dismiss Complaint Filed Attorney: PRO SE (999999) ELLEN L DELAIN (PLAINTIFF); | | |
| 7/5/2006 | | Pltf's Motion for Judgment by Default against Deft's District of Columbia and Sheryl E. Ellison | 20.00 | |
| | | Attorney: PRO SE (999999) ELLEN L DELAIN (PLAINTIFF); ; PRO SE (Attorney) on behalf of ELLEN L DELAIN (PLAINTIFF) | 20.00 | |
| 6/26/2006 | | Plaintiff's Motion for Judgment by Default Against Defendant William S. Fralin Attorney: PRO SE (999999) | 20.00 | |
| 6/24/2006 | | Plaintiff's Motion for an Enlargement of Time to File an Opposition to the Defendants Motion to Dismiss Complaint Attorney: PRO SE (999999) | 20.00 | |
| 6/12/2006 | | Opposition to answer of deft Greyhound Bus Lines,Inc Attorney: PRO SE (999999) ELLEN L DELAIN (PLAINTIFF); | 20.00 | |
| 6/1/2006 | | Certificate Regarding Discovery Filed GRAYHOUND BUS LINES, INC (Defendant); | | |
| 6/1/2006 | | Answer to Complaint Filed GRAYHOUND BUS LINES, INC (Defendant); | | |
| 5/18/2006 | | Defts Thomas H. Delaine and Franklin P. Delaine's Motion to Dismiss Complaint Filed Attorney: GIBSON Jr, Mr JOSEPH L (139477) WILLIAM S FRALIN (Defendant); THOMAS H DELAINE (Defendant); ; Mr JOSEPH L GIBSON Jr (Attorney) on behalf of WILLIAM S FRALIN, THOMAS H DELAINE (Defendant) THOMAS H DELAINE (Defendant); FRANKLIN P DELAINE (Defendant); ; Mr JOSEPH L GIBSON Jr (Attorney) on behalf of THOMAS H DELAINE (Defendant)   Receipt: 37986  Date: 05/18/2006 | 20.00 | |
| 5/17/2006 | | Complaint Summons and I.O. with Acknowledgment Form mailed to Greyhound Buslines, Inc., GLI Corporate Risk Solutions 15110 N. Dallas Place, 5th Floor, Dallas Texas 75248 by the Clerk Pursuant to SCR 54-II this date: | | |

*Exhibit 2*

Attorney: PRO SE (999999)
ELLEN L DELAINE Complaint Filed

| | | |
|---|---|---|
| 5/4/2006 | COST WAIVED IFP<br>Complaint Summons and I.O. with<br>Acknowledgment Form mailed to Defendant,<br>District of Columbia c/o Office of the<br>Attorney General by the Clerk Pursuant to<br>SCR 54-II this date: 05/04/06. ab | 20.00 |
| 5/4/2006 | DISTRICT OF COLUMBIA (Defendant);<br>Complaint Summons and I.O. with<br>Acknowledgment Form mailed to Defendant,<br>District of Columbia c/o Office of the<br>Mayor by the Clerk Pursuant to SCR 54-II<br>this date: 05/04/06. ab | |
| 5/4/2006 | DISTRICT OF COLUMBIA (Defendant);<br>Complaint Summons and I.O. with<br>Acknowledgment Form mailed to Defendant,<br>Sheryl E. Ellison by the Clerk Pursuant to<br>SCR 54-II this date: 05/04/06. ab | |
| 5/4/2006 | SHERYLE ELLISON (Defendant);<br>Complaint Summons and I.O. with<br>Acknowledgment Form mailed to Defendant,<br>Greyhound Bus Lines, Inc. c/o CT<br>Corporation Systems by the Clerk Pursuant<br>to SCR 54-II this date: 05/04/06. ab | |
| 5/4/2006 | GRAYHOUND BUS LINES, INC (Defendant);<br>Complaint Summons and I.O. with<br>Acknowledgment Form mailed to Defendant,<br>Franklin P. Delaine by the Clerk Pursuant<br>to SCR 54-II this date: 05/04/06. ab | |
| 5/4/2006 | FRANKLIN P DELAINE (Defendant);<br>Complaint Summons and I.O. with<br>Acknowledgment Form mailed to Defendant,<br>Thomas H. Delaine by the Clerk Pursuant to<br>SCR 54-II this date: 05/04/06. ab | |
| 5/4/2006 | THOMAS H DELAINE (Defendant);<br>Complaint Summons and I.O. with<br>Acknowledgment Form mailed to Defendant,<br>William S. Fralin by the Clerk Pursuant to<br>SCR 54-II this date: 05/04/06. ab | |
| 5/4/2006 | WILLIAM S FRALIN (Defendant);<br>Issue Date: 05/04/2006<br>Service: Summons Issued<br>Method: Service Issued<br>Cost Per: $ | |

GRAYHOUND BUS LINES, INC
1015 15th Street, NW
Suite 1000
WASHINGTON, DC    20005
Tracking No: 5000016873


DISTRICT OF COLUMBIA
441 4th Street, N.W.
Suite 600 South
Washington, DC    20001
Tracking No: 5000016874


ELLISON, SHERYLE
913 Decatur Street, NW
WASHINGTON, DC    20011
Tracking No: 5000016875


FRALIN, WILLIAM S
4525 Klingle Street, NW
Washington, DC,
Tracking No: 5000016876

PO BOX 1074
RANDALLSTOWN, MD   21133
Tracking No: 5000016877

DELAINE, FRANKLIN P
4519 South Dakota Avenue, NW
WASHINGTON, DC   20001
Tracking No: 5000016878

| | |
|---|---|
| 5/3/2006 | Order Granting Motion to Proceed In Forma Pauperis Entered on the Docket on 05/03/06 Sign by J/Mencher |
| 5/3/2006 | Motion to Proceed In Forma Pauperis Filed Attorney: PRO SE (999999) ELLEN L DELAIN (PLAINTIFF); ; PRO SE (Attorney) on behalf of ELLEN L DELAIN (PLAINTIFF) |
| 5/3/2006 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 08/25/2006   Time: 9:30 am Judge: FISHER, GERALD I   Location: Courtroom A-50 |
| 5/3/2006 | Complaint for Invasion of Privacy Filed |

120.00

120.00

EXHIBIT 19

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ELLEN L. DELAINE,

        **Plaintiff,**

      **v.**

GREYHOUND LINES, INC, et al.
      **Defendants.**



: 
:
:
:
:
:
:
:

**Civil Action No. 06 CA 3397**
**Calendar 1**
**Judge Fisher**

### ORDER

**UPON CONSIDERATION** of Plaintiff's Motion to Amend the Complaint,

Defendants Thomas and Franklin Delaine's Motion to Dismiss, Plaintiff's Motion for an

Enlargement of Time to File an Opposition to Motion to Dismiss, Plaintiff's Motion for

Judgment by Default Against Defendant Fralin, Plaintiff's Motion for Judgment by

Default Against Defendants D.C. and Ellison, Defendants D.C. and Ellison's Motion to

Dismiss or for Summary Judgment, and Defendants D.C. and Ellison's Motion to File a

Reply to Plaintiff's Opposition, it is this ___25TH___ day of ___August___

2006, hereby

    **ORDERED** that Plaintiff's Motion to Amend the Complaint is **GRANTED IN**

**PART** and that Plaintiff may amend her complaint to correct the name of Defendant

Greyhound, but may not add the United States as a party; and it is

    **FURTHER ORDERED** that Defendants Thomas and Franklin Delaine's Motion to

Dismiss is **GRANTED** for the reasons stated in the Motion; and it is

    **FURTHER ORDERED** that Plaintiff's Motion for an Enlargement of Time to File

an Opposition to Motion to Dismiss is **DENIED AS MOOT**; and it is



DOCKETED in Chambers      2006

MAILED From Chambers    2006

**FURTHER ORDERED** that Plaintiff's Motion for Judgment by Default Against Defendant Fralin is **DENIED**; and it is

**FURTHER ORDERED** that Defendant Fralin is dismissed from this lawsuit because, as stated in Defendant Fralin's Opposition to Plaintiff's Motion for Judgment by Default against him, Plaintiff has alleged no conduct by Fralin in her Complaint; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Judgment by Default Against Defendants D.C. and Ellison is **DENIED**; and it is

**FURTHER ORDERED** that Defendants D.C. and Ellison's Motion to Dismiss or for Summary Judgment is **GRANTED** for the reasons stated in the Motion; and it is

**FURTHER ORDERED** that Defendants D.C. and Ellison's Motion to File a Reply to Plaintiff's Opposition is **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that Plaintiff provide Defendant Greyhound's counsel, Mr. Grimaldi, with a copy of the Amended Complaint within **ten (10) days**.

JUDGE GERALD I. FISHER

Copies To:

Ellen Delaine
5608 14th Street, NW
Washington, DC 20011

David Grimaldi
1900 L Street, NW
Suite 401
Washington, DC 20036

Dana DeLorenzo
Assistant Attorney General
441 4th Street, NW, 6S61
Washington, DC 20001

Joseph Gibson
6811 Kenilworth Ave., Suite 210
Riverdale, MD 20737

Jeffrey DeCaro
4601 Forbes Blvd., Suite 200
Lanham, MD 20706

EXHIBIT 20

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ELLEN L DELAINE
Vs.
NEW HOPE HOUSING INC.

C.A. No.    2005 CA 007204 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Case Assigned to: Judge JOHN M CAMPBELL
Date: September 8, 2005
Initial Conference: 9:30 am, Friday, December 16, 2005
Location:  Courtroom 517
          500 Indiana Avenue N.W.
          WASHINGTON, DC  20001

Chief Judge Rufus G. King, III

Caio.doc



SCR CIV FORM 1-A

## Notice and Acknowledgment for Service by Mail
## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

_Elbert Bruce_

V. _____ Plaintiff

Civil Action Number  05-0007204

_____
_____ Defendant

# NOTICE

To:    Name _____

Address _____

_____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _____

Signature _____    Date of Signature  9/8/05

## Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

Signature _____

Relationship to Defendant/Authority
To Receive Service of Process _____

Date of Signature _____

Form CV(6)-1590/Mar 97

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001  Telephone: 879-1133

*Plaintiff*

05-0007201

vs.

*Defendant*

Civil Action No. _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_____
Name of Plaintiff's Attorney

_____
Address

_____
Telephone

*Clerk of the Court*

By _____
                        Deputy Clerk

Date    SEP 08 2005

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

2005 CA 007204 B          DELAINE, ELLEN L   Vs.   NEW HOPE HOUSING INC. et al       JMC

Search Criteria
Docket Entry
Images          All Dockets
Participant
Display OptionExclude Non Display Dockets                    Begin Date
                                                            End Date              SortDescending

Search Results

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 12/7/2005 | | Case Jacket Received From Branch on 12/2/05, Notice of Appeal Filed on 11/30/05, Notice Mailed To Parties on 12/7/05, Preliminary Package sent to DCCA on 12/7/05. | | |
| 11/30/2005 | | Notice of Appeal Filed by Ellen L. Delaine from order entered November 7,2005 | | |
| | | Notice of Appeal mailed to interested parties | 100.00 | |
| 11/8/2005 | | Attorney: PRO SE (999999) Dismissed by Court | 100.00 | |
| 11/8/2005 | | Event Resulted: The following event: Initial Scheduling Conference-60 scheduled for 12/16/2005 at 9:30 am has been resulted as follows: | | |
| 11/8/2005 | | Result: Event Cancelled Order Denying motion to Amend and Supplement Pleading and oppose motion to dismiss * Entered on Docket.  Ord signed by J. Campbell 11/7/05 and copies mailed to the parties from chambers.    ded | | |
| 11/8/2005 | | Order Granting Motion to Dismiss Entered on Docket.  Ord signed by J. Campbell 11/7/05 and copies mailed to the parties from chambers.    ded | | |
| 10/26/2005 | | Pltf Ellen L. Delaine reply motion to deft New Hope Housing Inc reply memorandum in support of ith motion to dismiss filed in superior court on 10/18/05  Opposition Filed: | | |
| | | ELLEN L DELAINE (PLAINTIFF); ; PRO SE (Attorney) on behalf of ELLEN L DELAINE (PLAINTIFF) | | |
| 10/18/2005 | | Miscellaneous Docket: New Hope Housing, Inc's reply memorandum in support of its motion to dismiss | | |
| | | NEW HOPE HOUSING INC. (Defendant); | | |
| 10/11/2005 | | Praecipe Filed: Corrected Certificate of Service | | |
| | | ELLEN L DELAINE (PLAINTIFF); | | |
| 11/7/2 15 | | Motion of Plaintiff, Ellen L. DeLaine to Amend Complaint and Supplement Pleading Pursuant to Superior Court Rule 15 (a) (b) (c) (d) and Plaintiff's Motion for Notice of Removal of a Civil Action and Plaintiffs to Oppose Defendant's Motion to Dismiss Complaint | 60.00 | |
| | | Attorney: PRO SE (999999) | 60.00 | |
| 9/30/2005 | | New Hope Housing Inc., Motion to Dismiss Filed | | |
| | | Attorney: KEATING, Miss KIRSTEN E (453500) NEW HOPE HOUSING INC. (Defendant); ; Miss | 20.00 | |

14738   Date: 09/30/2005   (Defendant)   Receipt:

9/9/2005

Issue Date: 09/09/2005
Service: Summons Issued
Method: Service Issued
Cost Per: $

NEW HOPE HOUSING INC.
11350 Randon Hills Road
Suite 400
FAIRFAX, VA   22030
Tracking No: 5000006646

OFFICE OF THE ATTORNEY GENERAL
441 4th Street, NW
6th Floor South
Washington, DC   20001
Tracking No: 5000006647

DISTRICT OF COLUMBIA
1350 Pennsylvania Avenue NW
Suite 419
WASHINGTON, DC   20004
Tracking No: 5000006648

ELLISON, Miss SHERYL E
913 Decatur Street, NW
WASHINGTON, DC   20011
Tracking No: 5000006649

FRALIN, WILLIAM S
4525 Klingle Street, NW
Washington, DC,
Tracking No: 5000006650

9/8/2005    Order Granting Motion to Proceed In Forma
            Pauperis Entered on the Docket
            Attorney: PRO SE (999999)
9/8/2005    Motion to Proceed In Forma Pauperis Filed
            Attorney: PRO SE (999999)

9/8/2005    Event Scheduled
            Event: Initial Scheduling Conference-60
            Date: 12/16/2005      Time: 9:30 am
            Judge: CAMPBELL, JOHN M    Location:
            Courtroom 517

9/8/2005    Result: Event Cancelled
            Complaint for Personal Injury Filed

                                        120.00

                                        120.00

EXHIBIT 21

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### Washington, D.C. 20001

_Ellen L. Delaine_
_____
_Plaintiff_

vs.

Civil Action No. _05 000 7204 B_

_New Hope Housing, Inc / Eleanor Kennedy Shelter_
_____
_Defendant_

## ORDER

Upon consideration of the motion _of Plaintiff to Amend and Supplement Pleadings, Motion for Notice of Removal of a Civil Action, Motion to Oppose Defendant's Motion to Dismiss Complaint_
filed by _Plaintiff Ellen L. Delaine_
and after hearing argument on behalf of all parties concerned, it is, by the Court, this _8th_
day of _November_, 20 _05_,

ORDERED:

(1)  That the motion be, and it is hereby,

☐ GRANTED    ☒ DENIED

(2)  That _The underlying complaint has been dismissed._
_Any action against other parties must be pursued_
_separately._

_____
_____
_____
_____

opies to:

_____
JUDGE

DOCKETED In Chambers   NOV 7 - 2005
MAILED From Chambers   NOV / - 2005

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

ELLEN DELAINE,               )
          Plaintiff.         )
                             )
     v.                      )
                             )     Civil Action No. 05-0007204 B
                             )     Judge Campbell
NEW HOPE HOUSING, INC./      )     Next Event:   Initial Conference
ELEANOR KENNEDY SHELTER,     )                   12/16/05
          Defendant.         )
                             )

## PROPOSED ORDER

Upon consideration of defendant New Hope Housing's motion to dismiss, any opposition thereto, and the record in this case, it is this 7ᵗʰ day of _November_ 2005 hereby,

ORDERED, that New Hope Housing's motion to dismiss is GRANTED and plaintiff's complaint against New Hope Housing, Inc. is dismissed.

JUDGE _____



MAILED From Chambers   NOV 7 - 2005

DOCKETED In Chambers   NOV 7 - 2005

DMEAST #8878821 v1

Exhibit 3

cc:    Ellen L. DeLaine
       5608 14th Street, NW
       Washington, DC 20011

       Jeffrey W. Larroca
       Kirsten E. Keating
       Ballard Spahr Andrews & Ingersoll, LLP
       601 13th Street, N.W., Suite 1000 South
       Washington, D.C. 20005

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

OFFICIAL BUSINESS
PENALTY FOR MISUSE

20011+6804-08 C011

Ellen L. DeLaine
5608 14th Street, NW
Washington, DC 20011



UNITED STATES POSTAGE
PITNEY BOWES

02 1A
0004359762
MAILED FROM ZIP CODE 20001

$ 00.37°
NOV 08 2005

EXHIBIT 22

In The Superior Court For The District Of Columbia
Civil Division

Ellen L. Delaine,

                                    Civil Action No.: 0509 7804 B
            Plaintiff,                Judge: John M. Campbell

v.

New Hope Housing, Inc., Eleanor
Krinsky Shaffer, et al.,

                    Defendants.

Plaintiff's First Motion For Super Remedies Judgment
By Default against Defendant William S. Crahin.

        Plaintiff hereby moves this Honorable Court for
a Motion or Demand For Judgment By Default, and
pursuant to Superior Court Rules for Civil Procedures
54(c), Demand for Judgment, and Rule 55(a), (b)(1)
Entry of Judgment by Default against defendant William
S. Crahin, for the following reasons and states as follows:

        1.  Plaintiff filed a Complaint in this matter on
September 8, 2005 and had this Court to effect the
service of process of the complaint and summons on
defendants named in complaint on September 8, 2005
which Plaintiff is entitled to as she is proceeding

in this case informa pauperis.

2. Superior Court Rules for Civil Procedures 12(a)(1) states, "Unless a different time is prescribed in an applicable statue, a defendant shall serve an answer within (20) twenty days after being served with the summons and complaint, defendant, William S. Frahn, did not comply with this rule.

3. On October 7, 2005, Plaintiff filed in this Court Clerks Office, "Motion of Plaintiff, Ellen L. Delaine, to Amend Complaint and Supplemental Pleading pursuant to Superior Court Rule 15(B)(D)(C)(A), and Plaintiff's motion for Notice of Removal of a Civil Action, and Plaintiff's Motion To Oppose Defendants Motion To Dismiss Complaint", and on October 8, 2005, Plaintiff filed in this Court a Praecipe for a corrected certificate of service on her October 7, 2005 "Motion", whereby she mailed copies to all named defendants in complaint (See Exhibit 1).

4. On November 7, 2005, Superior Court Order denied Plaintiff's October 7, 2005 "Motion" and dismissed Plaintiff's complaint and further ordered that any action against other parties must be pursued separately (See Exhibit 2).

5. On November 7, 2005, Superior Court's "Proposed Order" granted defendant, New Hope Housing, Inc.'s Motion to Dismiss complaint and Plaintiff's complaint against defendant, New Hope Housing, Inc., is dismissed (See Exhibit 3).

6. Superior Court Rules for Civil Procedures 12(a)(5) states, "Except where the time to respond to the complaint

2

has been e tended as provided in Rule 55(a), failure
to comply with the requirements of this Rule shall result
in the entry of a default by the Clerk or the Court sua
sponte unless otherwise ordered by the Court.

7. Defendant, William S. Fralin, never filed a
response pleading to Plaintiff's Complaint and failed
to comply with Superior Court Rules for Civil Procedures
(9), whereby entitling Plaintiff to a Demand for
Judgment by Default and pursuant to Superior Court
Rules for Civil Procedures 54(c) and 55(a).

8. Attached is the Affidavit of Plaintiff, Ellen
L. Delaine, of the total sum amount due in Demand
for Judgment by Default and pursuant to Superior
Court Rules for Civil Procedures 54(c), and 55(a)(b)(1)
(See Exhibit 4).

Whereby, for the aforementioned reasons, Plaintiff
respectfully requests that this Honorable Court grants
her "Motion of Demand For Judgment By Default" against
defendant, William S. Fralin.

Respectfully submitted,

Ellen L. Delaine

Ellen L. Delaine
5608 - 14th Street NW
Washington, D.C. 20011
202-829-1785

3

Certificate of Service

I Hereby certify that a true copy of the foregoing "Plaintiffs Motion of Demand for Judgment By Default against defendant, William S. Freelin" was mailed first class, Postage Prepaid, this 20th day of July, 2006 to:

William S. Freelin
4525 Klingle Street NW
Washington DC 20016

Ellen L Delaine
Ellen L Delaine

4

In The Superior Court Of The District Of Columbia
Civil Division

Ellen L. Delaine,
5608-14th Street N.W.
Washington, D.C. 20011
                          Plaintiff

RECEIVED
CIVIL CLERK'S OFFICE
OCT 0 7 2005
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

Civil Action No. 05ca07204 B

V.                                    and  Sheryl E. Ellison
                                           913 Decatur Street N.W.
                                           Washington, D.C. 20011

New Hope Housing, Inc./Eleanor Kennedy Shelter,
11850 Kingdom Hill Road, Suite 400       and  William S. Frazier
Fairfax, VA 23030                             5333 Kansas Street N.W.
                                              Washington, D.C.
and  District of Columbia, Office of Attorney General for D.C.
     441 4th Street N.W., Suite 600 South
     Washington, D.C. 2000

and  District of Columbia Office of the Mayor
     1350 Pennsylvania Avenue N.W., Room 419
     Washington, D.C. 20004

                                    Defendants.


Motion of Plaintiff, Ellen L. Delaine, to Amend Complaint and Supplement
Pleading pursuant to Superior Court Rule 15(a)(b)(c)(d), and
Plaintiff's Motion for Notice of Removal of a Civil Action;
and Plaintiff's Motion to Oppose Defendant's Motion To Dismiss Complaint.


        Plaintiff filed a civil action in the Superior Court of
the District of Columbia on Wednesday, September 7, 2005 against
defendant New Hope Housing, Inc./Eleanor Kennedy Shelter, alleging
intentional torts of assault, battery, invasion of privacy, intentional
infliction of emotional distress, defamation, fraud, and alleged
particular constitutional violations of selected statutes of United
States Code Title 18 Chapter 13- Civil Rights, Section 245-
(a)(1), (2)(b)(B)(E), (2)(B)- Federally protected activities; Chapter
19- Conspiracy, Section 373(a)(c)- Solicitation to commit
a crime of violence; Chapter 119- Statutes on Electronic   Exhibit 1;

Surveillance and Wiretaps, Section 2511(1) Interception and disclosure of wire or oral communications prohibited; and United States Code 42 §1985 - Chapter 21 - Civil Rights, and seeks Compensatory and punitive damages.

Plaintiff stated within her complaint that the cause of action for the Constitutional and Intentional Torts of unlawful violations complained of was because defendant, New Hope Housing, Inc/Eleanor Kennedy Shelter participated as a member in concerted actions in a civil conspiracy of a Continuing Intentional Tort Doctrine and Continuing Intentional Infliction of Emotional Distress with the named Conspirator defendants against Plaintiff whereby Plaintiff was injured.

Plaintiff further states in Complaint that the named defendant conspirators who defendant New Hope Housing Inc/Eleanor Kennedy Shelter participated in concerted actions with include the District of Columbia, Sheryl E. Ellison, and William S. Fralin. Plaintiff's motion is to include the United States as a defendant, and to also include as defendants Thomas H. Delaine and Franklin R. Delaine, and requests this case be removed from the Superior Court for the District of Columbia, civil, to the United States District Court for the District of Columbia, in as much as a federal defendant is involved, and that this case is a related case to Plaintiff's pending case in the United States Court of Appeals, Circuit. Plaintiff also requests that this Court allow her Complaint to be amended in order to include in addition to defendant New Hope Housing Inc/Eleanor Kennedy Shelter, Valerie Kathleen Larson.

Plaintiff, Ellen L. Delaine, filed in the Superior Court for the District of Columbia a civil action which addressed a civil conspiracy of a Continuing Intentional Tort Doctrine for a Continuing Intentional Infliction of Emotional Distress by concerted actions. The defendants Plaintiff has named to be included in the Amended Complaint together

Comprise the named conspirator defendants on Plaintiffs Complaint filed in the Superior Court for the District of Columbia in January, 2004, and was removed to the United States District Court for District of Columbia in May 29, 2004 and is currently Pending in the United States Courts of Appeals for the District of Columbia, Circuit, whereby New Hope Housing, Inc./Eleanor Kennedy Shelter with Valerie Kathleen Larson, is a related case.

Plaintiff stated within her Complaint against defendant, New Hope Housing, Inc./Eleanor Kennedy Shelter, that she was continuously under surveillance by unauthorized use of wire and electronic devices for audio and oral communication, and that her privacy was intentionally invaded as she was being observed taking care of her personal hygiene, disposing of her bodily waste, sleeping, etc., when she resided there, and that the photographs and pictures taken of her falsely projected her to the public while the pictures of her were to illustrate a certain type of story, and that Plaintiffs name and likeness was being used with the photographs of her for commercial purposes by defendant whereby Plaintiff did not give her consent. The defendant wrongfully disclosed and published private facts about Plaintiff, and the staff and residents made defamatory and slanderous remarks to her and violated the shelter rules by verbally and physically abusing her, whereby she became injured.

Plaintiff stated that on September 8th or 9th, 2004, at approximately one thirty in the morning, that she was assaulted and battered by a resident named Valerie Kathleen Larson, who slept in the bed next to hers. On September 23, 2005 Plaintiff filed a 'Relief from Judgment' Motion, pursuant to Federal Rule of Civil Procedure Rule 60, in the United States Court of Appeals for District of Columbia, Circuit, which gives additional facts and findings of evidence relating to her case, whereby Plaintiff's Complaint against defendant New Hope Housing, Inc.

an assault and battery on Sunday, September 19, 2004, whereby she alleged that the defendant, Giant Food Store, Inc., at 3460-14th Street NW, Washington, D.C. was intentionally negligent whereby Plaintiff was injured. Plaintiff further states that the attack at the Giant Food Store was an asserted estoppel to prevent Plaintiff from filing a court document which was due on September 20, 2004 in the United States District Court for District of Columbia, which was a Reply to oppose the District of Columbia and Sheryl E. Ellixen, defendants from being dismissed by a May 24, 2004 Superior Court Order as a party defendant from Plaintiff's pending appeal case related. The person who assaulted and battered Plaintiff in the Giant Food Store, Inc, in Washington, DC on Sunday, September 19, 2004, gave her name as being Valerie Dawson. Plaintiff's court trial with the Giant Food Store is pending. Plaintiff also stated within the September 23, 2005 Relief from Judgment motion that the September 8, 2004 assault and battery at the New Hope Housing, Inc. / Eleanor Kennedy Shelter in Fairfax, Virginia, was the result of a solicitation to commit a crime of violence by the conspirators who defendant New Hope Housing, Inc participated as a member in concerted actions in the civil conspiracy of Invasion of Plaintiff's Rights, whereby Plaintiff was injured, and that the offenses and injuries on Plaintiff are continuing, still in the process of being committed.

On September 30, 2005, defendant New Hope Housing, Inc. / Eleanor Kennedy Shelter, filed a motion to dismiss Complaint stating that they are not subject to personal jurisdiction in the District of Columbia. Plaintiff requests that her reasons in this motion would give this Court a reason to exercise personal jurisdiction over them and to grant Plaintiff's motion to remove this civil action

in as much as a federal defendant is involved and that this case is a related case to Plaintiffs pending appeal.

Plaintiff requests that the newly provided information regarding the assault and battery at the Giant Food Store, Inc. on September 19, 2004 be regarded as additional, new facts and evidence and grant Plaintiffs motion to use this as a supplemental pleading pursuant to Superior Court Rule 15(b) and an amendment to conform to evidence, pursuant to Superior Court Rule 15(b) and allow granted Plaintiffs Motion to Amend Complaint to add defendants and to be removed to United States District Court, who would have jurisdiction over this case, and to not grant defendant, New Hope Housing, Inc./Eleanor Kennedy Shelters, Motion To Dismiss Complaint.

For all of the above mentioned reasons, Plaintiff Opposes defendant New Hope Housing, Inc./Eleanor Kennedy Shelters Motion To Dismiss Complaint as they participated as a member in concerted actions in a civil conspiracy of invasion of Plaintiffs rights for a Continuing Intentional Tort Doctrine for a continuing Intentional Infliction of Emotional Distress, which is the cause of action for the injuries Plaintiff suffered in which she seeks Compensatory and Punitive damages against them.

Respectfully submitted

Ellen J. Offutt

Ellen L. Delaine
5608 - 14th Street N.W.
Washington, D.C. 2011
202-829-1745

## Certificate Of service

I Hereby Certify that a true copy of the foregoing Motion of Plaintiff, Ellen L. Delaine, to Amend Complaint and Supplement Pleading pursuant to Superior Court Rule 15 (a)(b)(c)(d); and Plaintiff's Motion for Notice of Removal of a Civil Action; and Plaintiff's Motion To Oppose Defendant's Motion To Dismiss Complaint, was mailed first class, postage prepaid, on Friday, October 7, 2005 to:

Ballard Spahr Andrews & Ingersoll, LLP
Attn: Jeffrey W. Larroca / Kirsten E. Keating
601 - 13th Street N.W., Suite 1000 South
Washington, D.C. 20005

Ellen L. Delaine
Ellen L. Delaine

# Superior Court of the District of Columbia

## CIVIL DIVISION

### PRAECIPE

☐ CIVIL ACTION JM-170
☐ LANDLORD AND TENANT  JM-255
☐ SMALL CLAIMS  JM

The ___8th___ Day of ___October___, 20 _05_

_Ellen L. Delane_
Plaintiff

**RECEIVED**
CIVIL CLERK'S OFFICE
OCT 08 2005
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

_New Hope Housing Inc./Eleanor Kennedy Shelter_
Defendant

_05-000 7204 B_
Case Number

The Clerk of said Court will _Please accept this as the corrected Certificate of Service_
_to the Motion filed on October 7, 2005, "Motion of Plaintiff, Ellen L. Delane_
_to Amend Complaint and Supplement Pleading pursuant to Superior Court Rule 15(a)(b)(c)(d),_
_on Plaintiff's Motion for Notice of Removal of Civil Action, and Plaintiff's Motion to Oppose_
_defendants Motion to Dismiss Complaint"_

| Attorney for Defendant | | Attorney for Plaintiff | |
|---|---|---|---|
| Address | | _Ellen L. Delane_ | |
| | | Address | |
| | | _5608 - 14th Street, N.W._ | |
| | | _Washington, D.C. 20011_ | |
| Phone No. | Bar No. | Phone No. | Bar No. |
| | | _202-829-1745_ | |

Form CV-358 Jul. 00

Ellen L. Delaine
5608 - 14th Street N.W.
Washington, D.C. 20011
202-829-1745

## Certificate Of Service

I Hereby Certify that a true copy of the foregoing Motion of Plaintiff, Ellen L. Delaine, to Amend Complaint and Supplement Pleading pursuant to Superior Court Rule 15 (a)(b)(c)(d); and Plaintiff's Motion for Notice of Removal of a Civil Action; and Plaintiff's Motion To Oppose Defendant's Motion To Dismiss Complaint, was mailed first class, postage prepaid, on Friday, October 7, 2005 to:

Ballard Spahr Andrews & Ingersoll, LLP
Attn: Jeffrey W. Larroca / Kirsten E. Keating
601 - 13th Street N.W., Suite 1000 South
Washington, D.C. 20005-

ict of Columbia, Office of Attorney General for D.C.
arlene Fields
4th Street N.W, Suite 600 South
ington, D.C. 20001

Sheryl E. Ellison
913 Decatur street N.W
Washington, D.C. 20011

ct of Columbia, Office of the Mayor
Pennsylvania Avenue N.W, Room 419
Tabitha Braxton, Office of Secretary
ington, D.C. 20004

William S. Frahn
4525 Klingle street N.W
Washington, D.C.

Ellen L. Delaine
Ellen L. Delaine

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### Washington, D.C. 20001

_Ellen L. Delaine_
_____
Plaintiff

vs.                                    Civil Action No. _05 000 7204 B_

_New Hope Housing, Inc./Eleanor Kennedy Shelter_
_____
Defendant

## ORDER

Upon consideration of the motion _of Plaintiff to Amend and Supplement Pleading; motion for Notice of Review of a_
_Civil action; motion to oppose Defendants motion to Dismiss complaint_
filed by _Plaintiff Ellen L. Delaine_ _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _8n_

day of _November_ , 20 _05_ ,

ORDERED:

(1)  That the motion be, and it is hereby,   ☐ GRANTED   ☒ DENIED

(2)  That _The underlying complaint has been dismissed._
_Any action against other parties must be pursued_
_separately._
_____
_____
_____
_____

Copies to:

_____
JUDGE

DOCKETED In Chambers   NOV 7 – 2005
MAILED From Chambers   NOV 7 – 2005

_Exhibit 2_

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

OFFICIAL BUSINESS
PENALTY FOR MISUSE

Ellen L. DeLaine
5608 14th Street, NW
Washington, DC 20011



UNITED STATES POSTAGE
$ 00.37°
MAILED FROM ZIP CODE 20001

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

ELLEN DELAINE,             )
         Plaintiff.    )
                   )
                   )
                   )
NEW HOPE HOUSING, INC./  )
ELEANOR KENNEDY SHELTER,  )
        Defendant.    )
                   )

Civil Action No. 05-0007204 B
Judge Campbell
Next Event:  Initial Conference
              12/16/05

### PROPOSED ORDER

Upon consideration of defendant New Hope Housing's motion to dismiss, any opposition thereto, and the record in this case, it is this 7ᵗʰ day of *November* 2005 hereby,

ORDERED, that New Hope Housing's motion to dismiss is GRANTED and plaintiff's complaint against New Hope Housing, Inc. is dismissed.

JUDGE



DMEAST #8878821 v1

...ED From Chambers  NOV 7 - 2005

...CKETED In Chambers  NOV 7 - 2005

Exhibit 3

cc:   Ellen L. DeLaine
5608 14th Street, NW
Washington, DC 20011

Jeffrey W. Larroca
Kirsten E. Keating
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W., Suite 1000 South
Washington, D.C. 20005

In The Superior Court Of The District Of Columbia
Civil Division

Ellen L. Delaine,

        Plaintiff,      Civil Action No. 05ca 7304B
                      Judge: John M. Campbell

v.

New Hope Housing, Inc. / Eleanor
Kennedy Shelter, et al.,

           Defendants

Affidavit of Plaintiff, Ellen L. Delaine

I, Plaintiff Ellen L. Delaine, having personal knowledge of the facts contained herein, being over the age of (18) eighteen years and otherwise being competent to testify in this matter, states as follows:

1. Plaintiff had the service of process of the Complaint and summons effected by this Court's process server on defendant, William S. Fralin, on September 5, 2005, whereby, defendant, William S. Fralin, never filed a responsive pleading to Plaintiffs Complaint within the (20) twenty days after receiving the summons and complaint as prescribed by Superior

Court Rules for Civil Procedures 12(a)

2. Plaintiff, Ellen L. Delaine, demands Judgment By Default and Pursuant to Superior Court Rules for Civil Procedures 54(c), and 55(a),(b)(1), for compensatory damages against defendant, William S. Frealin in the sum amount with interests and costs of:

$ 1,000,000.⁰⁰

3. Plaintiff, Ellen L. Delaine, demands Judgment By Default and Pursuant to Superior Court Rules for Civil Procedures 54(c) and 55(a),(b)(1), for punitive damages against defendant, William S. Frealin, in the sum amount with interests and costs of:

$ 1,000,000.⁰⁰

4. Plaintiff, Ellen L. Delaine, Demands Judgment By Default and Pursuant to Superior Court Rules for Civil Procedures 55(c) and 55(a),(b)(1), for compensatory and punitive damages against defendant, William S. Frealin, in the total sum with interests and costs in the amount of:

$ 2,000,000.⁰⁰

Ellen L. Delaine
Ellen L. Delaine (Seal)

the District of Columbia: ss
Subscribed and sworn to before me
this _____ day of _____ 2006
Lisa Renee Johnson
Notary Public, DC
My commission expires 10/14/2006

07/00/06
Date

2

EXHIBIT 23

# DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP

### Attorneys at Law

Alan R. Siciliano*▾
Jeffrey R. DeCaro*▾
Thomas L. Doran*
Charles E. Gallagher, Jr.*▾
Samuel J. DeBlasis II*
Christopher R. Dunn*
Warren D. Stephens*
Jeffrey T. Brown*
Anne Marie McGinley*
Erik H. Nyce*▾

*Of Counsel*
Richard A. Yeagley■

4601 Forbes Boulevard
Suite 200
P.O. Box 40
Lanham, Maryland 20703-0040
(301) 306-4300
FAX - (301) 306-4988

Lynne J. Kinney*
Jennifer R. Albany*
Samantha D. Vanterpool▾
Kathryn C. Buettner
Robert A. Richards
Elizabeth B. Fisher▾

**VIRGINIA OFFICE**
2565 Chain Bridge Road
Vienna, Virginia 22181
(703) 255-6667
FAX (703) 299-8548

**EASTERN SHORE OFFICE**
740 Stagwell Road
Mail: P.O. Box 338
Queenstown, Maryland 21658
(410) 827-5013
FAX (410) 827-4323

* Also member of DC Bar
▾ Also member of Virginia Bar
■ Member of D.C. and Virginia Bars

☐ Reply to Virginia Office
☑ Reply to Lanham Office

E-mail address: jdecaro@decarodoran.com

August 15, 2006

Honorable John M. Campbell
Associate Judge
Superior Court of the
District of Columbia
500 Indiana Avenue, N.W.
Washington, D.C. 20001-2131

Re:  **Ellen L. DeLaine v. New Hope Housing, Inc., et al.**
     **Civil Action No.:    05000 7204B**

Dear Judge Campbell:

Enclosed herewith is a courtesy copy of the Opposition which I am filing on behalf of William S. Fralin in response to Plaintiff's Motion for Judgment by Default, along with a proposed Order.

Thank you for your kind attention to this matter.

Sincerely,

Jeffrey R. DeCaro

JRD/pkm

    Enclosure

cc w/enclosure: Ellen L. DeLaine

I:\Common\WP\L4\JRD\DeLaine\Campbellltr8.15.06.wpd

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

ELLEN L. DELAINE

     Plaintiff

     v.

NEW HOPE HOUSING, INC./
ELEANOR KENNEDY SHELTER, et al.

     Defendants

Civil Action No.:    05000 7204B

Judge John M. Campbell

## OPPOSITION OF DEFENDANT, WILLIAM S. FRALIN, TO PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT

COMES NOW the Defendant, William S. Fralin, by and through his attorneys, Jeffrey R. DeCaro, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to Superior Court Rules 4, 12, and 55, files the within Opposition in response to Plaintiff's Motion for Judgment by Default, and as grounds therefor states as follows:

1.    In her Motion for Judgment by Default, Plaintiff alleges, without providing any support whatsoever, that service of the original Summons and Complaint was made upon Mr. Fralin on some unspecified date after suit was filed in this matter in September 2005.

2.    Apparently, Plaintiff is under the mistaken impression that sending pleadings to an individual defendant by ordinary mail is sufficient for purposes of conferring personal jurisdiction over that defendant.

3.    Contrary to the unsupported assertions set forth in the Plaintiff's Motion, Mr. Fralin has never signed a return receipt acknowledging receipt of any pleadings in this case by certified mail, nor has he been served in person with the Summons and Complaint in this matter.

4.     As service has never been made on Mr. Fralin in this matter, Plaintiff has no factual or legal basis for obtaining a default judgment against Mr. Fralin.

WHEREFORE, the premises considered, Defendant William S. Fralin respectfully requests that Plaintiff's Motion for Judgment by Default be denied by the Court.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

Jeffrey R. DeCaro
D.C. Bar No.: 350496
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706
(301) 306-4300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2006, I mailed, postage-prepaid, a copy of the foregoing Opposition to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

Jeffrey R. DeCaro

J:\Common\WP\L4\JRD\DeLaine\OppPltsMotforJudgmentbyDefault.wpd

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### Civil Division

ELLEN L. DELAINE          :

     Plaintiff          :       Civil Action No.:     05000 7204B

                         :       Judge John M. Campbell

     v.                   :

                         :

NEW HOPE HOUSING, INC./      :

ELEANOR KENNEDY SHELTER, et al. :

                         :

     Defendants         :

### ORDER

UPON CONSIDERATION of the Plaintiff's Motion for Judgment by Default, the Opposition filed herein by William S. Fralin in response to Plaintiff's Motion, and good cause having been shown, it is by the Superior Court of the District of Columbia this

_____ day of _____, 2006,

ORDERED, that Plaintiff's Motion for Judgment by Default be and the same hereby is DENIED.

                              _____

                              John M. Campbell, Associate Judge

Copies to:
Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

Jeffrey R. DeCaro, Esquire
DeCaro, Doran, Siciliano,
Gallagher & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

EXHIBIT 24

August 21, 2006

Jeffrey R. DeCaro
DeCaro, Doran, Siciliano,
Gallagher & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

Re: Ellen L. Delaine v. New Hope Housing, Inc., et al.
   Civil Action No.:   05 CA 7204 B

Jeffrey R. DeCaro:

   On July 20, 2006 Plaintiff, Ellen L. Delaine was in the Superior Court for the District of Columbia Clerks Office and filed her document "Plaintiff Ellen L. Delaine's Motion Of Demand For Judgment by Default Against Defendant, William S. Fralin" whereby the Clerk accepted her filing and date stamped them as being filed on July 20, 2006. Plaintiff stated in the Certificate of Service that a copy of that "Motion For Demand For Judgment By Default Against Defendant, William S. Fralin" was mailed to him on July 20, 2006, whereby Plaintiff sent it by first class mail, postage prepaid.
   On July 28, 2006, Plaintiff again was in the Clerks Office attending other matters, when the Court Clerk who had accepted Plaintiff's July 20, 2006 "Motion For Demand For Judgment By Default Against Defendant, William S. Fralin" confronted Plaintiff and handed back to Plaintiff the original and copy of

that "Motion" that was filed with them and told Plaintiff that she could not accept it to be filed because the case was closed. The Clerk should have mailed the documents back to Plaintiff with an explanation for the return instead of waiting until Plaintiff returned to the office which they had no prior knowledge I would return on the date that I did.

Unfortunately, due to the clerical error of the Clerk in accepting Plaintiffs documents to be filed with them without consorting their computer to know of the disposition of the case when Plaintiff filed with them, Plaintiff preworded a copy of that document to you whereby it was not formally accepted, filed, and docketed in the Clerks office.

Therefore, Plaintiff Ellen L. Delaine, request that you would ignore her July 20, 2006 (a Plaintiff Ellen L. Delaine's Motion or Demand for Judgment By Default Against Defendant, William S. Fralin civil action number, 05 CA 7204 B, as it was mailed to you in error and Plaintiff is not responsible for the Clerks error that they could have avoided and should have contacted Plaintiff immediately after they were aware of their mistake.

I received your August 15, 2006 "Opposition Of Defendant, William S. Fralin, To Plaintiff's Motion For Judgment By Default" which also is not officially filed in Superior Court because of the Clerks error in accepting my document in this matter to be filed with them after the case was closed in Superior Court.

Thank you for your understanding in this matter that the Superior Court Clerks error has caused us.

Sincerely,

Ellen L. Delaine

EXHIBIT 25

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ELLEN L. DELAINE
Vs.

DISTRICT OF COLUMBIA

C.A. No.    2006 CA 006600 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to:  Judge NATALIA COMBS GREENE
Date:  August 25, 2006
Initial Conference: 9:00 am, Friday, December 22, 2006
Location:  Courtroom 312
            500 Indiana Avenue N.W.
            WASHINGTON, DC  20001

*Exhibit*

Caio.doc

**SCR CIV FORM 1-A**
**Notice and Acknowledgment for Service by Mail**
**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

_____
_Plaintiff_

v.

_____
_Defendant_

Civil Action Number _____

**0006600-06**

## NOTICE

To:    Name _____

Address _____

_____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _____ .

_____          _____
_Signature_                                              _Date of Signature_

**Acknowledgment of Receipt of Summons, Complaint and Initial Order**

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____          _____          _____
_Signature_                    _Relationship to Defendant/Authority_          _Date of Signature_
                                    _To Receive Service of Process_

Form CV(6)-1590/Mar 97

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

*Ellen L. Deraine*

*Plaintiff*

0006600-06

vs.

*William S. Fralin*

Civil Action No. _____

*Defendant*

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

*Ellen L. Deraine*
Name of Plaintiff's Attorney

*5608 14th St. N.W.*
Address

*Washington D.C. 20011*

*202.829.1795*
Telephone

By _____

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

EXHIBIT 26

# Superior Court of the District of Columbia

## CIVIL DIVISION

Ellen L. Delaine

Plaintiff

vs.

District of Columbia, et al.

Defendant

RECEIVED
Civil Clerk's Office
OCT 17 2006
Superior Court of the
District of Columbia
Washington, D.C.

No. 2006 CH0066008

## MOTION - (Pro-Se)

**MOTION OF:** Plaintiff Ellen L. Delaine **for** service of Complaint+Summons by U.S. Marm

**(State briefly what you want the Court to do)** Have the U.S. Marshalls to effect service of Process of Complaint and Summons upon the named defendants per complaint.

| Printed name: Ellen L. Delaine | Signature: Ellen L Delaine |
|---|---|
| Address: 5008-14th street NW Washington, DC 20011 | Home phone no. 202-829-1745 |
| | Business phone no. |

## CERTIFICATE OF SERVICE (also see attached list)

On October 17 20 06, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: Ellen L. Delaine | Name: |
|---|---|
| Address: 5008-14th street NW Washington, DC 20011 | Address: |

Ellen L Delaine
**Signature**

## POINTS AND AUTHORITIES

**(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)**

Plaintiff is proceeding in insane forma pauperis and needs to be certain that the Service of Process is properly effected. The Clerk pursuant to SCR 54-II issued the Complaint and Summons for processes including those same defendants, who shall effect the service of process was not properly effected.

Ellen L Delaine
**Signature**

Form CV-391/Dec 00

Exhibit 2b

Copies to:

District of Columbia Office of
Attorney General for D.C.
serve: Darlene Fields
441-4th Street N.W.
Suite 600 South
Washington, D.C. 12000,

District of Columbia Office of Mayor
serve: Tabitha Braxton
1350 Pennsylvania Avenue N.W.
Room 419
Washington, D.C. 20004

Sheryl F. Ellison
913 Decatur Street N.W.
Washington, D.C. 20011

William S. Fralin
4525 Klingle Street N.W.
Washington, D.C. 20016

Thomas H. Delaine
P.O. Box 1074
Randallstown M.D. 21133

Franklin P. Delaine
4519 South Dakota Avenue N.E.
Washington, D.C. 20017

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### Washington, D.C.  20001

_Ellen L. Delanie_
                                        *Plaintiff*

vs.                                     Civil Action No. _2006CA CC6CCCR_

_District of Columbia, etal_
                                        *Defendant*

## ORDER

Upon consideration of the motion _for Service of Complaint and Summons by U.S. Marshalls_

filed by _Plaintiff, Ellen L. Delanie_

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _18_

day of _October_ , 20 _06_ ,

ORDERED:

(1)  That the motion be, and it is hereby,    ☐ GRANTED   ☒ DENIED _without prejudice_

(2)  That _plaintiff has failed to provide sufficient reason for the Court to order service by a United States Marshall pursuant to Rule 4(e)(2). Plaintiff does not state what if any other efforts have been made._

Copies to:

_Ellen L. Delanie_
_5608 14th Street N.W._
_Washington, D.C. 20011_

_[signature]_
JUDGE

Form CV-515A(h-98)
DOCKETED in Chambers    OCT 1 9 2006

MAILED From Chambers    OCT 1 9 2006

Case: 2006 CA 006608 B

EXHIBIT 27

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION


Ellen L. Delaine,

      Plaintiff,           Civil Action No. 2006CA006600B

Vs.                          Judge Natalia Combs Greene

District of Columbia, et al.,

          Defendants

RECEIVED
Civil Clerk's Office
OCT 2 3 2006
Superior Court of the
District of Columbia
Washington, D.C.

Plaintiff's Motion To Vacate October 18, 2006 Superior Court Order Denying Plaintiff's October 17, 2006 Motion For Service Of Complaint And Summons By United States Marshalls

    Plaintiff now files the within Motion To Vacate October 18, 2006 Superior Court Order denying her Motion For service Of Complaint And Summons by U.S. Marshalls for reason stated that Plaintiff failed to provide sufficient reason for the Court to Order service by a United States Marshall pursuant to Rule 4(C)(2).

    Plaintiff requests this Court to grant her Motion For Service of Complaint and Summons by U.S. Marshalls and pursuant to Rule 4(C)(2) and in support thereof Plaintiff states reasons as follows:


    1. Plaintiff filed her Complaint in this instant matter on August 25, 2006 and was granted her motion to proceed

Exhibit

in forma pauperis On or about August 29, 2006, the Clerk, pursuant to SCR 54 II issued the Complaint, summons, initial order with acknowledgement form to all named defendant on Complaint. As of today's date Plaintiff has not received a responsive pleading to her Complaint from any of the named defendants who were mailed a copy of the Complaint and summons by the Clerk on August 29, 2006.

2. Plaintiff alleges that her Complaint is a related case to her 2004 lawsuit that was filed in the Superior Court of the District of Columbia, civil action number 04-377, and was removed on May 28, 2006 to the United States District Court for the District of Columbia, civil action number 04-872, and later was appealed in the United States Court of Appeals for District of Columbia, appeal number 04-5420, and involves the same defendants and same subject matters. On September 23, 2005 Plaintiff filed a "Relief from Judgment Motion" in the United States Court of Appeals for District of Columbia, Appeal number 04-5420, and alleged therein new evidence of additional facts and findings of the alleged continuing offenses and overt acts in furtherance of the conspiracy whereby Plaintiff was injured which includes Plaintiffs attack of assault and battery at the Superior Court for District of Columbia on August 26, 2005 by Civil Assignment Branch Chief, Mr. Edward Jenkins. Plaintiffs Complaint in this instant matter is a related case to her 2004 lawsuit as it involves the same defendants and same subject matters of continuing offenses and overt acts in furtherance of the alleged conspiracy whereby Plaintiff was injured.

3. Plaintiff has filed other related cases Complaints involving the same defendants and same subject matters

2

in the Superior Court for District of Columbia, civil action numbers 06-3397B; 06-3352B; 05-7204B; 05-1639; and 05-562B. In each of these cases, the Clerk, pursuant to SCR 54 II, issued the named defendants with the complaint, summons, initial order with acknowledgement form at the same addresses that the Clerk, pursuant to SCR-54I, issued the complaint, summons, initial order with acknowledgement forms, in this instant matter; and these defendants, after Plaintiff filed a Default Judgment against them, stated that the service of process was not properly effected. Plaintiff also filed a related case complaint in the United States District Court for District of Columbia, civil action number 05-1751, whereby these same named defendants did not comply with court rules, in answering the complaint, and/or stated that service of process was not properly effected.

4. Plaintiff's complaint, civil action number 05-1639, filed in Superior Court for District of Columbia, first used certified mail with return receipts to effect service of process upon defendants, District of Columbia and Sheryl Ellison; United States; and William S. Fralin, who all stated that the service of process was not properly effected for the below mentioned reasons;

a) Defendants District of Columbia and Sheryl Ellison argued in their Motion To Dismiss that the signature on the certified mail return receipts were not the authorized designees for service of process. Plaintiff properly addressed the certified mail to the authorized designees for District of Columbia Office of Attorney General for DC; and to the office of the Mayor. The same named person who signed the certified mail return receipts addressed to both the office of Attorney General and Office of Mayor for District of Columbia, and that was not the name of the person who was addressed at these two different addresses. Plaintiff later on

3

March 29, 2006 had the Clerk, pursuant to SCR-54-A issue the complaint and summons, whereby they did not acknowledge service.

b) Plaintiff filed a default judgment against defendant William S. Fralin at the same address where he signed the certified mail with return receipts, yet failed to answer the complaint. Defendant, William Fralin, filed a motion to oppose the default judgment against him and attached an affidavit stating that he was never served with the complaint and summons and that the signature on the certified return receipt was not his. Plaintiff replied to his opposition to default judgment against him and plaintiff provided a copy of a certified mail return receipt of a complaint and summons that he signed for in her 2004 lawsuit of Superior Court, civil action number 04-377, that shows the same identical signature and was mailed to the same address as his in this instant matter. An evidentiary hearing was scheduled for him and Plaintiff before the presiding Judge in superior court but within the week of the scheduled hearing, the case was removed to the United States District court for D.C.

c) Defendant, United States, was first issued the complaint and summons by certified mail with return receipt whereby Plaintiff properly addressed the authorized designee. Plaintiff filed a default judgment against them because they failed to answer the complaint. The presiding superior court Judge denied Plaintiffs default judgment against defendant, United States, and stated that the person who signed the return receipt was not found to be the authorized designee for service of process. Defendant, United States never responded to the default judgment motion but the presiding judge argued on their behalf. On September 25, 2006, this case was removed to United States District Court for District of Columbia whereby Superior Court was not to handle any further matters and the case was closed in Superior court. On September

4

27 2006, superior Court ordered for the United State Marshalls to effect service of process upon defendant, United States, and that Order was given after the case was removed to U.S District Court for D.C and Superior Court was not to proceed any further in that matter.

Plaintiff prior on March 29 2006 had Superior Court Clerk, pursuant to SCR 54-II issue the complaint and Summons upon defendant, United States, who failed to comply with court rules in answering the complaint.

Plaintiff is proceeding in forma pauperis in this instant matter and requested the clerk to issue the complaint, Summons, initial order with acknowledgement form upon the named defendants in complaint and service was effect by the Clerk, pursuant to SCR 54-II. These defendants intentionally failed to answer this complaint and have continually intentionally argued that the service of process was not properly effected regarding other related case complaints. Plaintiff has shown good cause in this Motion why her right as a person proceeding in forma pauperis to request service of process by U.S. Marshalls should be granted. These defendants have consistently argued that service of process was not properly effected to justify their non wilful compliance with court rules which require then to answer the complaint. These defendants need to be served by U.S. Marshulls and Plaintiff needs an answer to her complaint.

Whereby for these above mentioned reasons, Plaintiff requests this Court to Vacate the October 18, 2006 Superior Court Order Denying her October 17, 2006 Motion For Service Of Complaint And Summons By U.S Marshalls and to grant

her Motion For Service By United States Marshalls.

Respectfully submitted

*Ellen L. Delaine*

Ellen L. Delaine
5608-14th Street NW
Washington D.C. 2011
202-829-1745

Certificate Of Service

I Hereby Certify that a copy of the foregoing Plaintiff's Motion To Vacate October 18, 2006 Superior Court Order Denying Plaintiff's October 17 2006 Motion For Service Of Complaint And Summons By United States Marshalls was mailed this 23rd day of October, 2006 to:

(see attached List of Defendants)

*Ellen L. Delaine*
Ellen L. Delaine

6

Copies to:

District of Columbia Office of
Attorney General for D.C.
serve: Darlene Fields
441-4th Street N.W.
Suite 600 South
Washington, D.C. 20001

District of Columbia Office of Mayor
serve: Tabitha Brayton
1350 Pennsylvania Avenue N.W.
Room 419
Washington, D.C. 20004

Sheryl F. Ellison
913 Decatur Street N.W.
Washington, D.C. 20011

William S. Fralin
4525 Klingle Street N.W.
Washington, D.C. 20016

Thomas H. Delaine
P.O. Box 1074
Randallstown, Md. 21132

Franklin P. Delaine
4579 South Dakota Avenue N.E.
Washington, D.C. 20017

EXHIBIT 28

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### Washington, D.C. 20001

Ellen L. Delaine

_Plaintiff_

vs.

Civil Action No. _2006 CA 006600 B_

District of Columbia, et al

_Defendant_

## ORDER

Upon consideration of the motion _To Vacate October 18, 2006 Superior Court Order Denying Plaintiff's motion For Service of Complaint and Summons by United States Marshalls_

filed by _Plaintiff, Ellen L. Delaine_

and after hearing argument on behalf of all parties concerned, it is, by the Court, this ___11___

day of _December_, 20 _06_,

ORDERED:

(1)  That the motion be, and it is hereby,   ☐ GRANTED   ☒ DENIED

(2)  That _____

_____

_____

_____

_____

_____

Copies to:

Ellen L. Delaine
5608-14th Street N.W.
Washington, D.C. 20011

_____
JUDGE

Form CV-545/Apr 03

nd see attached list

Exhibit  8

EXHIBIT 29

IN THE SUPERIOR COURT FOR DISTRICT OF COLUMBIA, CIVIL

Ellen L. Delaine,

       Plaintiff

V.

District of Columbia, et al,

       Defendants

RECEIVED
Civil Clerk's Office
MAR 2 2 200?
Superior Court of the
District of Columbia
Washington, D.C.

Civil Action No. 06 CA 6602B

Judge: Natalia Combs-Greene

Plaintiff's Motion Of Entry Of Judgement By Default Against Defendant, William S. Fralin.

       Plaintiff hereby moves this Honorable Court for an Entry Of Judgment By Default, pursuant to superior Court Rules for Civil Procedures 55(a) entry of default judgment for amount in relief demanded in Complaint for failure to plead or otherwise defend, against defendant, William S. Fralin. In support thereof, Plaintiff states reasons as follows:

       1. Plaintiff, Ellen L. Delaine, filed a Complaint in this instant action on August 25, 2006 and was granted a Motion to proceed in forma pauperis whereby the Clerk, pursuant to SCR 54 II, issued the Complaint, summons, initial order with Acknowledgement form by mail upon defendant, William S. Fralin, who as of todays date has not answered the Complaint and filed it with the Clerk and has not signed and dated and returned the Acknowledgement form to the

Exhibit 2

Clerk within the prescribed time.

2. The Acknowledgement Notice form for service by mail states that it must be signed, dated, and returned to the sender within prescribed time or failure to do so, you may be required to pay any expenses incurred in serving a summons, complaint, and initial order in any other manner permitted by law. Also, you are required to answer the complaint and file the original answer with the Clerk, within prescribed time, or if you fail to do so, judgment by default may be taken against you for the relief demanded in the Complaint.

3. Superior Court Rules for Civil Procedures 12(a)(1) states, "unless a different time is prescribed in an applicable statue, a defendant shall serve an answer within twenty days after being served with the summons and complaint. Defendant, William S. Fralin, failed to comply with court rules.

4. Plaintiff filed a Motion for Service of Complaint and Summons by U.S. Marshalls upon all defendants named in complaint and stated that the Clerk, pursuant to SCR 54 II, issued the complaint and summons upon them and that they did not answer the complaint and that the Clerk, pursuant to SCR 54 II had also effected service of process upon these same defendants in other related cases whereby these defendants argued that service of process was not properly effected. Plaintiff stated in her Motion for service by U.S. Marshalls that she is proceeding in forma pauperis and that she needs to be certain that the service of process upon these defendants are properly effected.

On October 18, 2006, Plaintiff's October 17, 2006 Motion for service by U.S. Marshalls was denied. On October 23, 2006 Plaintiff filed a motion to vacate the order Denying her Motion for Service by U.S. Marshalls and on December 11, 2006 her

2

motion was denied. Defendant, William S. Fralin, never filed an answer to Plaintiff's Complaint in this instant action.

5. On January 24, 2007 Plaintiff filed a Motion For Leave Of Court To Amend Complaint To Add Additional Defendants and attached a Copy of her Amended Complaint and forwarded it by mail to defendant, William S. Fralin. As of today's date, defendant, William S. Fralin has not answered Plaintiff's Complaint nor responded to Plaintiff's Motion To Amend Complaint To Add Additional Defendants.

6. As of today's date defendant, William S. Fralin, has not complied with Court Rules in answering Plaintiff's Complaint to plead or otherwise defend whereby entitling Plaintiff to and entry of judgment by default for the relief demanded in the complaint. Attached is the Affidavit of Plaintiff, Ellen L. Delaine, for the total sum amount of relief in Complaint for an entry of default judgment against defendant, William S. Fralin, pursuant to Superior Court Rules for Civil Procedures 55(a). (see Exhibit I).

Wherefore, Plaintiff requests this Honorable Court to Enter a Default Judgment for relief in Complaint against defendant, William S. Fralin, for the aforementioned reasons.

Respectfully submitted,

Ellen L. Delaine

Ellen L. Delaine
5608 - 14th Street N.W.
Washington, D.C. 2011
202 - 829 - 1745

3

Certificate Of Service

I Hereby Certify that a copy of the foregoing Plaintiff's Motion of Entry of Judgment By Default Against Defendant, William S. Fralin, was mailed first class, postage prepaid this 22nd day of March, 2007 to:

William S. Fralin
4525 Klingle Street N.W.
Washington, D.C. 20016

Ellen L. Delaine
Ellen L. Delaine

-4-



IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, CIVIL

Ellen L. Delaine,

       Plaintiff

                                Civil Action No. 06 CA6600 B

                                Judge: Natalia Combs-Greene

       V.

District of Columbia, et al.,

            Defendants.

Affidavit Of Plaintiff, Ellen L. Delaine

    I, Ellen L. Delaine, Plaintiff, having personal knowledge of the facts contained herein, being over the age of eighteen years and otherwise being competent to testify in this matter, states as follows:

    1. Plaintiff had the Clerk, pursuant to SCR 54 I, issue the Complaint, summons, initial order with acknowledgement form, upon defendant, William S. Fralin, by mail on August 25, 2006, and as of to days date, defendant, William S. Fralin, has failed to comply with court rules and failed to plead or otherwise defend, whereby entitling Plaintiff to an entry judgment by default, pursuant to Superior Court Rules for Civil Procedures 55 (a), for the relief in the complaint.

(Exhibit 1)

2. Plaintiff Ellen L. Delaine, demands Judgment by default against defendant William S. Fralin, for compensatory damages in the sum amount with interests and costs of:

$ 2,500,000.00

3. Plaintiff, Ellen L. Delaine, demands Judgment by Default against defendant, William S. Fralin, for punitive damages in the sum amount with interests and costs of:

$ 2,500,000.00

4. Plaintiff, Ellen L. Delaine, demands Judgment by Default, pursuant to Superior Court Rules for Civil Procedures 55(a), (b)(1), against defendant, William S. Fralin, for a total sum amount with interests and costs for punitive and compensatory damages of:

$ 5,000,000.00

*Ellen L. Delaine*
Ellen L. Delaine    (seal)


02/22/07
Date

The District of Columbia: SS
subscribed and sworn to before me
this ___ day of ___

Lisa Renee Johnson
Notary Public, DC
My commission expires 10/14/2011

2.

EXHIBIT 30

# Superior Court of the District of Columbia

## CIVIL DIVISION

### PRAECIPE

RECEIVED
JUDGMENT OFFICE
FEB 2 2 2007
Superior Court
of the District of Columbia
Washington, DC

☒ CIVIL ACTION JM-170
☐ LANDLORD AND TENANT  JM-255
☐ SMALL CLAIMS JM

The _22nd_ Day of _February_ , 20 _07_

_Ellen L. Delaine_
**Plaintiff**                                    vs.

_District of Columbia, et al, Defendants_
**Defendant**

_2006 CA 6600 B_
**Case Number**

The Clerk of said Court will _enter a default judgment against defendant_
_Matthew S. Justin, for relief amount in Complaint for compensatory_
_and punitive damages total sum amount , $5,000,000.00_

| Attorney for Defendant | Attorney for Plaintiff |
|---|---|
| Address | Address |
| | |
| Phone No. | Bar No. | Phone No. | Bar No. |

Form CV-358/Jul. 00

_Exhibit 30_

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
### 500 Indiana Avenue  NW
### Washington, D.C.  20001

**March 2, 2007**

CASE NAME:    ELLEN L. DELAINE  vs  DISTRICT OF COLUMBIA
CASE NO.    2006 CA 006600 B

The REQUEST FOR DEFAULT/DEFAULT JUDGMENT in this civil action case is DENIED for the following reasons.  Failure to respond by the date shown will result in dismissal.

Respond By:    April 06, 2007                    Denial Date: March 2, 2007

x__File motion for relief sought.

DOCKETED MAR 0 2 2007
MAILED   MAR 0 2 2007

## PLEASE HAVE THE COURT'S CASE FILE FORWARDED TO THE JUDGMENT OFFICE WHEN RESPONDING TO THIS NOTICE

Civil Division, Judgment Office, Rm. JM-170, Phone #:  (202) 879-1140

EXHIBIT 31

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

**ELLEN DELAINE**
Plaintiff

    **Civil Action No. 2006 CA 006600B**

   v.

**DISTRICT OF COLUMBIA, et al.**
Defendants

    **Judge Lynn Leibovitz**

## ORDER

Upon consideration of Plaintiff's Motion for Entry of Judgment by Default

Against Defendant William S. Fralin, it is, hereby, this 19th day of April, 2007,

**ORDERED**, that Defendant William S. Fralin shall appear on **May 18, 2007, at**

**9:30 a.m. in Courtroom 312** to show cause why Plaintiff's Motion for Entry of

Judgment by Default should not be granted.

**Lynn Leibovitz**
**Associate Judge**
**(signed in chambers)**

cc:

Ellen DeLaine
5608 14th Street, NW
Washington, DC 20011

William S. Fralin
4525 Klingle Street, NW
Washington, DC 20016

EXHIBIT 32

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| ELLEN L. DELAINE | : | |
| | : | Civil Action No.:    2006 CA 006600 B |
| Plaintiff | : | |
| | : | Judge Lynn Leibovitz |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, et al. | : | |
| | : | |
| Defendants | : | |

## OPPOSITION OF DEFENDANT, WILLIAM S. FRALIN, TO PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT, AND RESPONSE TO SHOW CAUSE ORDER

COMES NOW the Defendant, William S. Fralin, by and through his attorneys, Jeffrey R. DeCaro, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to Superior Court Rules 4, 12, and 55, files the within Opposition in Response to Plaintiff's Motion for Judgment by Default, and the following Response to the Show Cause Order entered in this matter on or about April 19, 2005, and as grounds therefor states as follows:

1.    In her Motion for Judgment by Default, Plaintiff alleges, without providing any support whatsoever, that service of the Summons and Complaint was made upon Mr. Fralin on some unspecified date after suit was filed.

2.    Apparently, Plaintiff is under the mistaken impression that sending pleadings to an individual defendant by ordinary mail is sufficient for purposes of conferring personal jurisdiction over that Defendant.

3.    Contrary to the unsupported assertions set forth in the Plaintiff's Motion, Mr. Fralin has never signed a return receipt acknowledging receipt of any pleadings in this case by

certified mail, nor has he been served in person with the Summons and Complaint in this matter.

4.    As service has never been made on Mr. Fralin in this matter, Plaintiff has no factual or legal basis for obtaining a default judgment against Mr. Fralin.

WHEREFORE, the premises considered, Defendant William S. Fralin respectfully requests that Plaintiff's Motion for Judgment by Default be denied by the Court.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP


   /s/ Jeffrey R. DeCaro
Jeffrey R. DeCaro
D.C. Bar No.: 350496
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706
(301) 306-4300
jdecaro@decarodoran.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2007, I mailed, postage-prepaid, a copy of the foregoing Opposition to Plaintiff's Motion for Judgment by Default to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011


   /s/ Jeffrey R. DeCaro
Jeffrey R. DeCaro


I:\Common\WP\L4\JRD\DeLaine\OppPltsMotforJudgmentbyDefault(D.C.).wpd

2

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

ELLEN L. DELAINE                         :
                                         :        Civil Action No.:    2006 CA 006600 B
        Plaintiff                        :
                                         :        Judge Lynn Leibovitz
        v.                               :
                                         :
DISTRICT OF COLUMBIA, et al.             :
                                         :
        Defendants                       :

### ORDER

UPON CONSIDERATION of Plaintiff's Motion for Entry of Judgment by Default,

Defendant's Opposition filed in response thereto, and good cause having been shown, it is by

the Superior Court of the District of Columbia this _____ day of _____, 2007,

        ORDERED, that Plaintiff's Motion for Judgment by Default be and the same hereby is

DENIED.

                                    _____
                                    Honorable Lynn Leibovitz
                                    Associate Judge

Copies to:

Ellen DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

Jeffrey R. DeCaro, Esquire
DeCaro, Doran, Siciliano,
Gallagher & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

EXHIBIT 33

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

ELLEN L. DELAINE                    :

     Plaintiff                     :         Civil Action No.:    2006 CA 006600 B

                        :         Judge Lynn Leibovitz

     v.                           :

DISTRICT OF COLUMBIA, et al.         :

     Defendants                    :

## SUPPLEMENTAL OPPOSITION OF DEFENDANT, WILLIAM S. FRALIN, TO PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT, AND RESPONSE TO SHOW CAUSE ORDER

COMES NOW the Defendant, William S. Fralin, by and through his attorneys, Jeffrey R. DeCaro, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to Superior Court Rules 4, 12, and 55, files the within Supplemental Opposition in response to Plaintiff's Motion for Judgment by Default, and in further response to the Show Cause Order entered in this matter on or about April 19, 2007, and as grounds therefor states as follows:

     1.    Upon information and belief, Plaintiff has attempted to file a claim similar, if not identical, to the claim filed in the present action, in at least four other lawsuits.

     2.    The lawsuits in question are captioned as follows:

          Ellen L. DeLaine v. Wings 'N Things, et al.
          Civil Action No.:    2006 CA 003352 B

          Ellen L. DeLaine v. Greyhound Bus Lines, Inc., et al.
          Civil Action No.:    2006 CA 003397 B

          Ellen L. DeLaine v. New Hope Housing, Inc., et al.
          Civil Action No.:    2005 CA 007204 B

          Ellen L. DeLaine v. Giant Food Inc., et al.
          Civil Action No.:    2005 CA 001639 B

3.    In each of those cases, Plaintiff made the same allegation with respect to service on Defendant, William S. Fralin.

4.    Contrary to Plaintiff's unsupported assertion, Mr. Fralin was not served with a Summons or Complaint in any of those cases, and accordingly, filed Oppositions to the Plaintiff's Motion for Default Judgment in each such case.

5.    In all four cases, Defendant's Opposition to Plaintiff's Motion for Judgment by Default was granted by the Court, as Plaintiff was unable to produce any evidence that she had, in fact, properly served Mr. Fralin with the Summons and Complaint in those cases.

6.    The same is true in this case, as Mr. Fralin has never been served, in person, or by registered mail, in the pending action.

7.    As further proof of the fact that Plaintiff has not obtained proper service on the Defendant in this action, appended hereto as Exhibit A is a copy of Mr. Fralin's driver's license and passport. Appended hereto as Exhibit B is a sworn Affidavit from Mr. Fralin, affirming the lack of service in this case.

8.    As should be obvious when comparing Mr. Fralin's signatures on his passport and driver's license, with the signature appearing on any return receipt that may have been filed in this matter by Ms. DeLaine, Mr. Fralin's signature is not on any return receipt as he has never received any certified or registered envelope from Plaintiff, or anyone acting on her behalf, containing the original Summons and Complaint.

9.    As service has never been made on Mr. Fralin in this matter, Plaintiff has no factual or legal basis for obtaining a default judgment against Mr. Fralin.

2

WHEREFORE, the premises considered, Defendant William S. Fralin respectfully requests that Plaintiff's Motion for Judgment by Default be denied by the Court.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP


    /s/ Jeffrey R. DeCaro
Jeffrey R. DeCaro
D.C. Bar No.: 350496
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706
(301) 306-4300
jdecaro@decarodoran.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2007, I mailed, postage-prepaid, a copy of the foregoing Supplemental Opposition to Plaintiff's Motion for Judgment by Default to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011


    /s/ Jeffrey R. DeCaro
Jeffrey R. DeCaro

I:\Common\WP\L4\JRD\DeLaine\SuppOppPltsMotforJudgmentbyDefault.wpd

3

EXHIBIT A

Certified True Copy

Notary Public
My commission expires: December 31, 2011

*The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.*

*Le Secrétaire d'État
des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED



UNITED STATES OF AMERICA
015950864

FRALIN
WILLIAM SCOTT
UNITED STATES OF AMERICA
03 JAN/JAN 62
M   VIRGINIA, U.S.A.
02 SEP/SEP 98     01 SEP/SEP 08
PASSPORT AGENCY
WASHINGTON, D.C.                24

P<USAFRALIN<<WILLIAM<SCOTT<<<<<<<<<<<<<<<<<<
015950864USA6201038M0809018<<<<<<<<<<<<<<6

EXHIBIT B

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

ELLEN L. DELAINE　　　　　　　　:
　　　　　　　　　　　　　　　　　:　　Civil Action No.:　　2006 CA 006600 B
　　　Plaintiff　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:　　Judge Lynn Leibovitz
　　　v.　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
DISTRICT OF COLUMBIA, et al.　　　:
　　　　　　　　　　　　　　　　　:
　　　Defendants　　　　　　　　　:

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA　　:
　　　　　　　　　　　　　　　　:　　ss:
COUNTY OF　　　　　　　　　　　:

I, WILLIAM S. FRALIN, being first duly sworn and being competent to testify and having personal knowledge of the facts set forth herein, state as follows:

I am a licensed attorney with a principal office address of 2200 Clarendon Boulevard, Suite 1201, Arlington, Virginia 22201. My home address is 4525 Klingle Street, N.W., Washington, D.C. 20016.

Although I am aware of the fact that Ellen DeLaine has filed a number of lawsuits, and has made unsubstantiated claims against me and others, I have never received service of any Summons or Complaint in any of the cases that have been filed in the District of Columbia by Ms. DeLaine. My signature is somewhat unique, as evidenced by the signatures which appear on my driver's license and passport. I have never signed for, nor have I ever received, a

Summons and Complaint in this matter. I have, on occasion, received various handwritten

materials by ordinary mail, but do not have a copy of the Summons or Complaint.

_____
William S. Fralin

COMMONWEALTH OF VIRGINIA      :
                             :
COUNTY OF Arlington          :   SS:

Sworn to and subscribed before me this 14th day of May , 2007 .

_____
NOTARY PUBLIC

My Commission Expires: 4-30-2008

I:\Common\WP\L4\JRD\DeLaine\Affidavit.wpd

2

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

ELLEN L. DELAINE            :
                            :     Civil Action No.:    2006 CA 006600 B
     Plaintiff              :
                            :     Judge Lynn Leibovitz
     v.                     :
                            :
DISTRICT OF COLUMBIA, et al. :
                            :
     Defendants             :

### ORDER

UPON CONSIDERATION of Plaintiff's Motion for Entry of Judgment by Default,

Defendant's Opposition and Supplemental Opposition filed in response thereto, and good cause

having been shown, it is by the Superior Court of the District of Columbia this _____ day of

_____, 2007,

ORDERED, that Plaintiff's Motion for Judgment by Default be and the same hereby is

DENIED.


                              _____
                              Honorable Lynn Leibovitz
                              Associate Judge


Copies to:

Ellen DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

Jeffrey R. DeCaro, Esquire
DeCaro, Doran, Siciliano,
Gallagher & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

EXHIBIT 34

In The Superior Court Of The District Of Columbia
Civil Division

Ellen L. Delaine,

           Plaintiff

v.

Giant Food Stores, Inc., et al.,

           Defendants

Civil Action No. 05-CA 1639
Judge: Neal E. Kravitz

Plaintiff's Motion To Vacate July 27, 2006 Superior Court Order Denying "Plaintiff's Motion For Judgment By Default Against Defendant William S. Fralin

This Court denied "Plaintiff's Motion for Judgment By Default Against Defendant, William S. Fralin" pursuant to Rule 55(a) of the Superior Court Rules of Civil Procedure because defendant, William S. Fralin, failed to file a response to the complaint despite having been served with process on January 12, 2006. This Court's explanation for denying Plaintiff's "Judgment By Default Motion" was that the Plaintiff once again failed to submit the certified mail receipt on which she relies for proof of service.

Plaintiff hereby moves this Court for a meritorious motion to Vacate July 27, 2006 Superior Court Order Denying "Plaintiff' Motion For Judgment By Default Against Defendant, William S. Fralin" because once again the Court failed to recognize the fact that the

Clerks office refuses to allow an "Affidavit of Service by Registered/Certified Mail" to be filed in their office without the green card return receipt for proof of service attached to the "Affidavit. The "Affidavit of Service by Registered/Certified mail form requires being notarized by the Deputy Clerk, after the person filing it swears that the contained information is true, and then supplies their signature and the Deputy Clerk/Notary Public signs and dates the affidavit. The "Affidavit of Service form states therein," That the return receipt attached hereto was signed by _____ and the said receipt shows the date of delivery as

Attached to this document is Exhibit 1, the copy of the "Affidavit of Service" that Plaintiff filed in the Clerks office along with a copy of the certified mail green card return receipt for proof of service that was attached to the "Affidavit of Service" that Plaintiff filed in the clerks office for proof of service upon defendant, William S. Fralin (See Exhibit 1).

Whereby, for these mentioned reasons, Plaintiff once again request that this Court Vacate July 27, 2006 Superior Court Order Denying "Plaintiff's Motion For Judgment By Default Against Defendant William S. Fralin" and grant Plaintiff's motion for the entry of a default pursuant to Rule 55(a) of the Superior Court Rules of Civil Procedure against defendant, William S. Fralin, for failing to file a response to the complaint despite having been served with process on January 12, 2006. Plaintiff submitted the certified mail receipt for proof of service upon defendant, William S. Fralin, and Plaintiff is entitled to the entry of default against defendant,

2

William S. Fralin.

Respectfully Submitted,

Ellen L. Delaine

Ellen L. Delaine
5608-14th Street N.W.
Washington, D.C. 20011
202-829-1745

Certificate Of Service

I Hereby Certify that a true copy of "Plaintiff's
Motion To Vacate July 21, 2006 Superior Court Order Denying
Plaintiff's Motion For Judgment By Default Against Defendant
William S. Fralin" was mailed first class, postage pre-
paid, this 7th day of August, 2006 to:

Jordan, Coyne & Savits, LLP
Michele Hinerman
1100 Connecticut Avenue N.W.
Suite 600
Washington, D.C. 20036

William S. Fralin
4535 Klingle Street N.W.
Washington, D.C. 20016

Ellen L. Delaine
Ellen L. Delaine          3

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

*Ellen L. Delaine*                      )
                                        )
                  Plaintiff(s)          )        Civil Action No. *05-0001639*
                                        )
                                        )
          **vs.**                       )
*Giant Food Stores, Inc. et al*         )
                  Defendant(s)          )
                                        )

AFFIDAVIT OF SERVICE BY REGISTERED/CERTIFIED MAIL

      I, _*Ellen L. Delaine*_____, under oath do
hereby state the following:
      That my age and birth date are as follows: _*51*_
_____*05-29-1954*_____
      That my residential or business address is: _____
_*5608-14th Street N.W., Washington, D.C. 20011*_
      That a copy of the Initial Order, Complaint and Summons
was mailed by the affiant to the above named defendant _____
_*William S. Fralin*_____ by registered/certified mail.
      That the return receipt attached hereto was signed by
_*William S. Fralin*_____, the Defendant herein or
_____, a person of suitable age
and discretion residing therein at the Defendant's usual place of
abode, and the said receipt show the date of delivery as _____
_*Jan. 12, 2006*_____.

If return receipt does not purport to be signed by the party named
in the Summons, then state specific facts from which the Court can
determine that the person who signed the receipt meets the
appropriate qualifications for receipt of process as required by
SCR (Civil) 4(e)(2) and 4(c)(3).

SPECIFIC FACTS

                                     _*Ellen L. Delaine*_
                                      Signature

Subscribed and sworn to before me this _*15th*_ day of *Feb* ___ *2006*

                      _____
                      Deputy Clerk/Notary Public

*Exhibit 1*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X *William Fralin*  ☐ Agent  ☑ Addressee

B. Received by ( Printed Name )   *William Fralin*

C. Date of Delivery   12 JAN 06

1. Article Addressed to:

William S. Fralin
4525 Klingle Street N.W.
Washington, D.C.

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7005 1820 0005 5251 5752

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

EXHIBIT 35

# DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP

Attorneys at Law

Alan R. Siciliano*▾
Jeffrey R. DeCaro*▾
Thomas L. Doran*
Charles E. Gallagher, Jr.*▾
Samuel J. DeBlasis II*
Christopher R. Dunn*
Warren D. Stephens*
Jeffrey T. Brown*
Anne Marie McGinley*
Erik H. Nyce*▾

*Of Counsel*
Richard A. Yeagley■

4601 Forbes Boulevard
Suite 200
P.O. Box 40
Lanham, Maryland 20703-0040
(301) 306-4300
FAX - (301) 306-4988

Lynne J. Kinney*
Jennifer R. Albany*
Samantha D. Vanterpool▾
Kathryn C. Buettner
Robert A. Richards
Elizabeth B. Fisher▾

**VIRGINIA OFFICE**
2565 Chain Bridge Road
Vienna, Virginia 22181
(703) 255-6667
FAX (703) 299-8548

**EASTERN SHORE OFFICE**
740 Stagwell Road
Mail: P.O. Box 338
Queenstown, Maryland 21658
(410) 827-5013
FAX (410) 827-4323

* Also member of DC Bar
▾ Also member of Virginia Bar
■ Member of D.C. and Virginia Bars

☐ Reply to Virginia Office
☒ Reply to Lanham Office

E-mail address: jdecaro@decarodoran.com

August 15, 2006

Honorable Neal E. Kravitz
Associate Judge
Superior Court of the
District of Columbia
500 Indiana Avenue, N.W.
Washington, D.C. 20001-2131

Re:  **Ellen L. DeLaine v. Giant Food Stores, Inc., et al.**
     **Case No.: 05 CA 1639**

Dear Judge Kravitz:

Enclosed herewith is a courtesy copy of the Opposition which I am
filing on behalf of William S. Fralin in response to Plaintiff's
Motion to Vacate Order Denying Motion for Judgment by Default,
along with a proposed Order.

Thank you for your kind attention to this matter.

Sincerely,

Jeffrey R. DeCaro
JRD/pkm
Enclosure
cc w/enclosure: Ellen L. DeLaine
                Michele Hinerman, Esquire
                Valerie Dawson
                Sheryl Ellison
                United States Attorney's Office
                Dana LeLorenzo, Esquire
                U.S. Department of Justice

I:\Common\WP\L4\JRD\DeLaine\Kravitzltr8.15.06.wpd

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

ELLEN L. DELAINE                          :

      Plaintiff                           :     Case No.:    05 CA 1639
                        :

      v.                                  :     Calendar 7
                        :
                        :     Judge Neal E. Kravitz
GIANT FOOD STORES, INC., et al.           :

      Defendants                          :

## OPPOSITION OF DEFENDANT, WILLIAM S. FRALIN, TO PLAINTIFF'S MOTION TO VACATE ORDER DENYING MOTION FOR JUDGMENT BY DEFAULT

COMES NOW the Defendant, William S. Fralin, by and through his attorneys, Jeffrey R. DeCaro, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to Superior Court Rules 4, 12, and 55, files the within Opposition in response to Plaintiff's Motion to Vacate the July 27, 2006 Order Denying Plaintiff's Motion for Judgment by Default, and as grounds therefor states as follows.

    1.    In her Motion to Vacate, Plaintiff alleges that Mr. Fralin signed a return receipt on or about January 12, 2006, acknowledging receipt of the Plaintiff's Complaint in the above-captioned matter. (Plaintiff's Motion to Vacate, with supporting affidavit, is appended hereto as Exhibit A).

    2.    Contrary to the allegations set forth in the Plaintiff's motion, Mr. Fralin has never signed a return receipt acknowledging receipt of any pleadings in this case by certified mail, nor has he been served in person with the Summons and Complaint in this matter.

3.    As a member in good standing of the District of Columbia Bar, and an officer of the Court, Mr. Fralin has prepared and signed an Affidavit denying receipt of process in this matter.

4.    A copy of Mr. Fralin's duly executed and notarized Affidavit, along with a copy of his driver's license, are appended hereto as Exhibit B.

5.    Pursuant to Superior Court Rule 4, service upon an individual defendant must be made in person, or by registered or certified mail, return receipt requested.

6.    As set forth in the Affidavit appended hereto as Exhibit B, proper service has not been made on Mr. Fralin in this matter.

WHEREFORE, the premises considered, Defendant William S. Fralin respectfully requests that Plaintiff's Motion to Vacate the Order Denying Plaintiff's Motion for Judgment by Default be denied by the Court.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP


Jeffrey R. DeCaro
D.C. Bar No.: 350496
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706
(301) 306-4300

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _15th_ day of August, 2006, I mailed, postage-prepaid, a copy of the foregoing Opposition to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

United States Attorney's Office
501 3rd Street, N.W.
Civil Processing Clerk Division
Washington, D.C. 20001

Michele Hinerman, Esquire
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Dana DeLorenzo, Esquire
Assistant Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

Valerie Dawson
405 Rock Creek Church Road, N.W.
Washington, D.C. 20011

U.S. Department of Justice
950 Pennsylvania Avenue
Room B-103
Washington, D.C. 20530

Sheryl Ellison
913 Decatur Street, N.W.
Washington, D.C. 20011

Jeffrey R. DeCaro

I:\Common\WP\L4\JRD\DeLaine\OppPltsMotVacOrderDenyMotJudgDefault.wpd

3

EXHIBIT A

In the Superior Court of the District of Columbia
Civil Division

Ellen L. Delaine,

                    Plaintiff

v.

Giant Food Stores, Inc., et al.,

                    Defendants

Civil Action No. 05-CA-1639
Judge: Neal E. Kravitz

RECEIVED
Civil ... Office
... 7-2006
Superior Court of the
District of Columbia
Washington, D.C.

Plaintiff's Motion To Vacate July 27, 2006 Superior Court
Order Denying "Plaintiff's Motion For Judgment By Default
Against Defendant William S. Fralin

This Court denied "Plaintiff's Motion For Judgment
By Default Against Defendant, William S. Fralin" pursuant
to Rule 55(a) of the Superior Court Rules of Civil Procedure
because defendant, William S. Fralin, failed to file a response
to the complaint despite having been served with process
on January 12, 2006. This Court's explanation for denying
Plaintiff's "Judgment By Default Motion" was that the
Plaintiff once again failed to submit the certified mail
receipt on which she relies for proof of service.
        Plaintiff hereby moves this Court for a meritorious
Motion to Vacate July 27, 2006 Superior Court Order
Denying "Plaintiff' Motion For Judgment By Default Against
Defendant, William S. Fralin" because once again
the Court failed to recognize the fact that the

Clerks Office refuses to allow an "Affidavit of Service by Registered/Certified mail" to be filed in their office without the green card return receipt for proof of service attached to the "Affidavit". The "Affidavit of Service by Registered/Certified mail form requires being notarized by the Deputy Clerk, after the person filing it swears that the contained information is true, and then supplies their signature and the Deputy Clerk/Notary Public signs and dates the Affidavit. The "Affidavit of Service" form states therein, "That the return receipt attached hereto was signed by _____ and the said receipt shows the date of delivery as _____."

Attached to this document is Exhibit 1 the copy of the "Affidavit of Service" that Plaintiff filed in the clerks office along with a copy of the certified mail green card return receipt for proof of service that was attached to the "Affidavit of Service" that Plaintiff filed in the clerks office for proof of service a you defendant, William S. Fralin (See Exhibit 1).

Whereby, for these mentioned reasons, Plaintiff once again request that this Court Vacate July 27, 2006 Superior court Order Denying "Plaintiff's Motion For Judgment By Default Against Defendant William S. Fralin" and grant Plaintiff's Motion for the entry of a default pursuant to Rule 55 (a) of the Superior Court Rules of Civil Procedure against defendant, William S. Fralin, for failing to file a response to the complaint despite having been served with process on January 12, 2006, Plaintiff submitted the certified mail receipt for proof of service upon defendant, William S. Fralin, and Plaintiff is entitled to the entry of default against defendant,

2

William S. Fralin.

Respectfully Submitted,

Ellen L. Delaine

Ellen L. Delaine
5608-14th Street N.W.
Washington, D.C. 2002 4
202-829-1745

Certificate Of Service

I Hereby Certify that a true copy of "Plaintiff's
Motion to Vacate July 21, 2006 Superior Court Order Denying
Plaintiff's Motion For Judgment By Default Against Defendant
William S. Fralin" was mailed first class, postage pre-
paid, this 7th day of August, 2006 to:

Jordan, Coyne + Savits, LLP
Michele Hinerman
1100 Connecticut Avenue N.W.
Suite 600
Washington, D.C. 20036

William S. Fralin
4525 Klingle Street N.W.
Washington, D.C. 20016

Ellen L. Delaine
Ellen L. Delaine                    3

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

ELLEN L. DELAINE                       :

      Plaintiff                    :     Case No.:    05 CA 1639
                                       :
      v.                           :     Calendar 7
                                       :
GIANT FOOD STORES, INC., et al.        :     Judge Neal E. Kravitz
                                       :
      Defendants                   :

### ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Vacate Order Denying Motion for Judgment by Default, the Opposition filed herein by William S. Fralin in response to Plaintiff's Motion to Vacate, and good cause having been shown, it is by the Superior Court of the District of Columbia this _____ day of _____, 2006,

ORDERED, that Plaintiff's Motion to Vacate the Court's Order of July 27, 2006 denying Plaintiff's Motion for Judgment by Default be and the same hereby is DENIED.


                                       _____
                                       Neal E. Kravitz, Associate Judge

Copies to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

Michele Hinerman, Esquire
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Valerie Dawson
405 Rock Creek Church Road, N.W.
Washington, D.C. 20011

Sheryl Ellison
913 Decatur Street, N.W.
Washington, D.C. 20011

United States Attorney's Office
501 3rd Street, N.W.
Civil Processing Clerk Division
Washington, D.C. 20001

Dana LeLorenzo, Esquire
Assistant Attorney General
441 4th Streeet, N.W.
Washington, D.C. 20001

U.S. Department of Justice
950 Pennsylvania Avenue
Room B-103
Washington, D.C. 20530

Jeffrey R. DeCaro, Esquire
DeCaro, Doran, Siciliano,
Gallagher & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

EXHIBIT B

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

Ellen L. DeLaine,                      )
                                       )
                    Plaintiff,         )
                                       )
            v.                         )
                                       )
Giant Food Stores, Inc.,               )
                    Defendant          )

---

### Affidavit of William S. Fralin

I, William S. Fralin, being over eighteen years of age hereby state the following facts:

in the above referenced case,

1.      I am attorney licensed in the District of Columbia (# 419937) and an officer of the Court .

2.      I have never received service either by certified mail or in person service as claimed by the plaintiff.

3.      I did not :    : ::.orize any one else to sign my signature to the signature on the certified mail receipt attached to "Plaintiff's Motion to vacate July 27, 2006 Superior court Order Denying Plaintiff's Motion for Judgment by Default Against Defendant, William S. Fralin'"

4.      I know that the signature is a forgery and bears no resemblance to my signature. I have attached a copy of my District of Columbia driver's license and have signed this affidavit.

I, William S. Fralin, being first duly sworn, on oath, depose and say I have read the foregoing affidavit by me subscribed and that the facts herein are true to the best of my knowledge, information and belief.

_____
William S. Fralin

SUBSCRIBED SWORN AND SIGNED before me this 11th day of  August 2006.

_____
Notary Public            My Commission expires:  _12/31/06_  .



EXHIBIT 36

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | | |
|---|---|---|
| ELLEN L. DeLAINE, | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Case No. 05CA1639** |
| | ) | **Calendar 7** |
| GIANT FOOD STORES, INC., | ) | **Judge Kravitz** |
| **Defendant** | ) | |

---

## ORDER DENYING "PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT AGAINST DEFENDANT WILLIAM S. FRALIN"

This matter is before the Court on the plaintiff's motion for the entry of a default against defendant William S. Fralin. The plaintiff contends that she is entitled to the entry of a default pursuant to Rule 55(a) of the Superior Court Rules of Civil Procedure because the defendant has failed to file a response to the complaint despite having been served with process on January 12, 2006.

As the plaintiff has once again failed to submit the certified mail receipt on which she relies for proof service, it is this **27** day of July 2006

**ORDERED** that the plaintiff's motion is **DENIED**.

_Neal E. K_____

Neal E. Kravitz, Associate Judge
(Signed in Chambers)

Copies mailed to:

Michele Hinerman, Esq.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Ellen L. DeLaine
5608 14th Street, NW
Washington, DC 20011



EXHIBIT 37

Superior Court Of The District Of Columbia
Civil Division

Ellen L. Delaine,

    Plaintiff,            Civil Action No.: 05 ca 1639

v.                 Judge: Neal E. Kravitz.

Giant Food Stores, Inc, et al,

    Defendants.

RECEIVED
Civil Clerk's Office

AUG 2 1 2006

Superior Court of the
District of Columbia
Washington, D.C.

Plaintiff's Reply To "Opposition Of Defendant, William S. Fralin,
To Plaintiff's Motion To Vacate Order Denying Motion For
Judgment By Default"

    Plaintiff hereby files the within Reply Memo-
randum in response contrary to the allegations set
forth in the "Opposition Of Defendant, William S.
Fralin, To Plaintiff's Motion To Vacate Order Denying
Motion for Judgment By Default" and as grounds
in support thereof states as follows:

    1. Plaintiff's Amended Complaint in this matter
alleged therein that it is a related case to her 2004
lawsuit that was filed in Superior Court for District of
Columbia and removed to U.S. District Court for District
Of Columbia on May 28, 2004 and was appealed and

currently pending in the U.S. Court of Appeals for D.C.
Plaintiff also filed a "Motion For A New Trial, Amend-
ment of Judgment against Defendant, Giant Food Stores,
Inc." on June 9, 2006 in Superior Court for District
of Columbia with Exhibit 1, a copy of her 2004
lawsuit filed in Superior Court for District of Columbia,
Civil Action number (#) 04 CA 0377 showing the names
of the party defendants who are the same named defend-
ants in this instant matter, including defendant
William S. Fralin, at the same address shown in
Plaintiff's Amended Complaint in this matter (see
Exhibit 1).

   2.  A copy of the initial order with acknowledge-
ment form, complaint and summons regarding Plaintiff's
2004 lawsuit civil action number 04 CA 0377 filed in
Superior Court for District of Columbia was issued by
Plaintiff by the method of certified mail with return
receipt upon defendant, William S. Fralin, at the
address of 4525 Klingle street N.W., Washington, D.C.,
showing the date of delivery on the return receipt
was April 10, 2004; received by printed name, William
S. Fralin, with his signature, and was attached to
Plaintiff's Affidavit of Service by Registered/Certified
Mail filed, signed, and notarized by this court's
Deputy Clerk on April 16, 2004. The writing on
the certified mail return receipt of defendant, William
S. Fralin, is identical to his writing shown in "Plaintiff's
Motion to Vacate July 27, 2006 Superior Court Order
Denying Plaintiff's Motion For Judgment by Default
Against Defendant, William S. Fralin, Exhibit 1, a copy
of the certified mail green card return receipt for
acknowledgement of delivery of Amended complaint and

2

Summons regarding this matter, 05 ca 16 39, showing the signature and printed name of defendant William S. Fralin with the date of delivery being January 13, 2006, (see Exhibit 2).

3. On June 8, 2004 Superior Court for District of Columbia, Civil Action number 04 CA 00377 regarding Plaintiff's 2004 lawsuit, mailed a Notice to all involved parties informing them that the case was removed to U.S District Court for District of Columbia on May 27, 2006, and that no further pleadings will be accepted for filing in Superior Court (see Exhibit 3).

4. "Defendant Williams S. Fralin's Motion To Dismiss For Failure To State A Claim", civil action number (#) 04-CA 0377, filed in Superior Court for District of Columbia on June 23, 2004 by and through counsel, Thomas R. Mooers, Esquire, of Mooers and Associates at the address of 1024 Vermont Avenue N.W, suite 600, Washington, D.C. 20005, mailed copies to all named defendants therein, and the envelope containing the copy mailed to Plaintiff shows their return address and the postal date of June 24, 2004, whereby no allegations were made in "Defendant William S. Fralin Motion To Dismiss For Failure To State A Claim" regarding insufficiency of service of process alleging that the signature on the green card return receipt attached to Plaintiff's Affidavit of Service by Registered/Certified mail acknowledging receipt of delivery of the complaint, summons, initial order, was not in fact, signed and received by defendant, William S. Fralin, "Defendant, William S. Fralin's Motion To Dismiss For Failure To State A Claim" was not filed in the Courts prescribed time. (see Exhibit 4)

3

5. July 20, 2004 Superior Court Order regarding civil action number 04CA000377 in the case of Plaintiff, Ellen L. Delaine v. Defendants, District of Columbia, et al., upon consideration of Defendant, William S. Fralin's "Motion To Dismiss For Failure To State A Claim" was denied as moot for reasons stated that the case was removed to U.S. District Court on May 27, 2004 and further Ordered that the case is closed (see Exhibit 5).

6. Plaintiff's Affidavit of Service of the summons and complaint by certified mail with return receipt on defendant, William S. Fralin, regarding civil action number (#) 05-1951 filed in the United States District Court for the District of Columbia in the case of Plaintiff Ellen L. Delaine v. Defendants, United State Postal Service, et al., shows the attached copy of the certified mail return receipt addressed to defendant, William S. Fralin of 4525 Klingle Street N.W., Washington, D.C., and the writing of his name and signature (see Exhibit 6) is identical to that in Exhibits 1 copy of the certified mail return receipt to defendant, William S. Fralin, in Plaintiff's Motion To Vacate July 27, 2004 Superior Court Order Denying Motion for Judgment By Default Against Defendant, William S. Fralin; also, the attached civil action number 04-000377 Superior Court Affidavit of Service by Registered/Certified mail with attached green card return receipt to defendant, William S. Fralin (see Exhibit 2)

7. Defendant, William S. Fralin's, "Opposition To Plaintiff's Motion To Vacate Order Denying Motion for Judgment by Default", Exhibit B, Affidavit of William

4

S. Fralin, is an intentional misrepresentation of material facts made with the knowledge of the falsity of his statement contained therein, whereby he duly swore and signed under oath that he is a licensed attorney in the District of Columbia (#41,9937) and an officer of the court; he never received service by certified mail; that he did not sign or authorize anyone else to sign his signature on the certified mail receipt attached to "Plaintiff's Motion to Vacate July 27 2006 Superior Court Order Denying Plaintiff's Motion for Judgment By Default Against Defendant, Williams. Fralin"; that he knows that the signature is a forgery and bears no resemblance to his signature on the attached copy of his drivers license and his signature on his Affidavit in Exhibit B. Defendant, William S. Fralin, further made fraudulent statements in his Affidavit by stating that he being first duly sworn, on oath, depose and say that he read the foregoing Affidavit by him subscribed and that the facts therein are true to the best of his knowledge, information and belief. Defendant, William S. Fralin's Affidavit intentionally contained false statements that were done out of malice and made in bad faith solely for the purpose of delay and with intent to defraud this court in this matter.

8.  Plaintiff's attached Exhibit 4, a copy of "Defendant, William S. Fralin's, Motion To Dismiss For Failure To State A Claim" in Superior Court Civil Action Number 04-000377, stated therein that Plaintiff was an employee of him as a telemarketer for a brief time and that defendant, William S. Fralin, runs a law firm in Northern Virginia. Defendant, William S. Fralin's "Opposition To Plaintiff's Motion To Vacate Order

5.

Denying Motion For Judgment by Default", Exhibit B, the copy of his D.C. Drivers License showing his date of birth on 01-03-62 is an intentional fraudulent statement and misrepresentation of a material fact made for the purpose of defrauding the Government and this Court, because Plaintiff was employed as a telemarketer for a brief time for defendant, William S.; at his Northern Virginia law firm, but "o is older than the age of the date of bu shown on the copy of his D.C. Drivers License in Exhibit B of his "Opposition To Plaintiff mn To Vacate Order Denying Motion for Judgment against Defendant, William S. in" defendant's Exhibit B is onal sentation of a material fact statement with the k the statements, and ma d faith, purpose of delay an this Cour.


4. On June 19, 2006 Plaintiff filed For A New Trial; Amendment Of Judgment Defendants, Giant Food Stores Inc.", and on Pag 6 that her Exhibit 2, which was a copy United States District Court for The District of Columbia September 23, 2004 Memorandum Opinion and Order of Judge Gladys Kessler, regarding Plaintiff's 2004 lawsuit Civil action number 04-872, that was the same lawsuit that was removed from Superior Court for District Of Columbia, Civil action number 04CA0377, on May 28, 2004; shows Judge Gladys Kessler's saying that defendant, William S. Fralin, filed a Motion to Dismiss and for that reason she granted his Motion To Dismiss.

6

William S. Fralin never filed a "Motion To Dismiss" in the United States District Court for District Of Columbia after his Motion To Dismiss For Failure To State a Claim" was denied in Superior Court because he received Court Notice informing him that no further pleadings will be accepted for filing in Superior Court because the case was removed on May 7, 2004 to U.S. District Court for District Of Columbia. As a result, Plaintiff's case was dismissed and Plaintiff appealed it in the United States Court of Appeals for D.C. However, Judge Gladys Kessler intentionally made a fraudulent statement and misrepresentation of a material fact, with knowledge of the falsity of her statement, solely for the purpose of delay of Plaintiff's relief entitlement.

10. Plaintiff stated in her July 17, 2006 "Motion For Judgment by Default Against Defendant, William S. Fralin" that she was involuntarily committed to a Virginia Hospital when she had her Amended Complaint and letter entitled "Addressed To The Court" filed in the Clerks Office on November 21, 2005, whereby she stated therein her letter that she requested the Clerks Office to honor her informa gauperis status and to serve the amended complaint to all defendants which they did not honor and as a result, Plaintiff consorted to the method of certified mail with return receipt to effect service of process on the involved parties. Plaintiff further stated therein her July 17, 2006 "Motion For Judgment By Default against Defendant, William S. Fralin" page. #3, that on March 20, 2006 she appeared in the Clerks Office and had them to effect service of process of the Amended Complaint and Summons on the involved parties to ensure proper service of process was effected.

7

The Docket Entry sheet regarding this matter shows that on the date of March 29, 2006, the Amended Complaint, summons, initial order with acknowledgement form was mailed to Defendant, William S. Fralin, by the Clerk pursuant to SCR 54-II and that the issue date was March 29, 2006 on Defendant, William S. Fralin (See Exhibit 7), therefore proper service was again made on Defendant, William S. Fralin by the Clerk pursuant to SCR 54-II. Attached is a copy of the summons and SCR Civ Form 1-A Notice and Acknowledgement form for service by mail for defendant William S. Fralin at the address of 4525 Klingle Street N.W., Washington, D.C. The Notice and Acknowledgement form sent to him states that it must be signed and dated, and that the Complaint must be answered within 20 days after it has been mailed, and returned with the signed Acknowledgement form to the sender, or, if you fail to do so, judgment by default may be taken against you for the relief demanded (See Exhibit 8). Again after proper service had been made on defendant, William S. Fralin, he failed to comply with court rules.

For all of the aforementioned reasons Plaintiff requests this Court to deny the "Opposition Of Defendant, William S. Fralin, To Plaintiff's Motion To Vacate Order Denying Motion for Judgment By Default" as it is clearly an intentional, fraudulent, misrepresentation of a material fact containing information with the knowledge of the falsity of its statements, and was done in malice and in bad faith solely for the purpose of defrauding this Court and delaying the process of Plaintiff obtaining the demanded

81

relief which she is entitled based on a factual and legal basis. Plaintiff requests this Court to grant her Motion To Vacate Order Denying Plaintiffs Motion For Judgment By Default Against Defendant, Williams Fralin, and to award Plaintiff reasonable expenses which the filing of his Affidavit caused Plaintiff to incur, including reasonable fees, and any offending party or attorney may be adjudged quilty of contempt.

Respectfully submitted,
Ellen L. Delaine

Ellen L. Delaine
5608 - 14th Street N.W.
Washington, D.C. 20011
202-829-1745

Certificate Of Service

I Hereby Certify that a free copy of Plaintiffs Reply To "Opposition Of Defendant William S. Fralin, to Plaintiff's Motion To Vacate Order Denying Motion For Judgment by Default" was mailed first class, postage prepaid this 21st day of August 2006 to:

DeCaro, Doran, Siciliano,
Gallagher + DeBlasis, LLP
Jeffrey R. DeCaro
4601 Forbes Boulevard
Suite 200
Lanham, MD. 20706

Jordan, Coyne + Savits, LLP
Michele Hinerman
1100 Connecticut Avenue N.W.
Suite 600
Washington, D.C. 20036

Ellen L. Delaine
Ellen L. Delaine

9

5608-17th ST. N.W.
Washington, DC
202-829-1745

```
                        RECEIVED
                    CIVIL CLERK'S OFFICE
                        APR 06 2004
        Plaintiff    SUPERIOR COURT
                    OF THE DISTRICT OF COLUMBIA
                        WASHINGTON, DC
```

                                                vs.                            CIVIL ACTION No. 04-0000377

District of Columbia
Mayor Anthony Williams
serve: 16 industrering
350 Pennsylvania Ave. N.W
WASH. DC. 20004

ed:
Office of Corporation Council
Janice Stotes
441-4th ST. NW 6th floor
WASH. DC. 2001

Sheryl E. Ellison
913 Decatur St. NW
WASH. DC. 2001

WILLIAM S. Fralin
4525 Klingle St. N.W.
WASH. DC.

and

Thomas H. Delaine
P.O. Box 1074
Randallstown, Md. 21133

United States Assistant Attorney for DC
serve: Roscoe Howard
555-4th ST. NW.
Washington DC. 20020

U.S. Attorney for D.C.
serve: Roscoe Howard
555-4th St. NW
Washington, DC 20020

Attorney General of U.S.
Dept of Justice Room B-1
950 Pennsylvania Ave. N.
WASH. DC 20530-0001

Franklin P. Delaine
4579 South Dakota Ave. NE
Washington, D.C.

**Defendants**

**Amended COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921. From 1999 to 2003 my constitutional, civil, human and individual rights were violated, invasion of my privacy, I was being spied on and was continuously terrorized and under government surveillance while some acts of biological warfare were conducted on me and I was stalked by the government throughout the Washington DC metropolitan area and in any and every state within the United States. medical reports along with defamatory and slanderous statements were wrongfully disclosed and published to the media and throughout government and private agencies to be used against me personally in these agencies that I visited or had some contact with. This government funded project of crimes against humanity and violation of constitutional rights against me personally was their conspiracy to get me down to get me to break and loose my mind and to het me under control to the ultimate point which was to get me to commit suicide because to them this was a game that they decided to play for having me as practice and using me as a guinea pig and endangering my life created jobs and money for government, private and corporate industries. This scheme was disigned by the government

   Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 500,000,000.00 with interest and costs.

                                            202-829-1745
                                            Phone:

DISTRICT OF COLUMBIA, ss

Ellen L. Delaine _____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

                                    Ellen L. Delaine
                                    (Plaintiff                        Agent)

Subscribed and sworn to before me this 6th day of Apr. 2004

                                    (Notary Public/Deputy Clerk)

FORM CV(6)-1013/May 88
A-3208 wd-290

Exhibit 1

to make a statement to the world that they could use me as an example to show them that I am "property" of the United States which they own and that they have the right to control me by violating any and all of my constitutional, civil, human and individual rights regardless to the fact that this governments laws and constitutions prohibits such violations. This government decided to control the "weather", the term that was slanderously used throughout the media to inject into the minds of the public regarding me and all and everything centeral around this scandalous scam against me which has been in full bloom motion since 1999 and is presently ongoing. The reason for the lengthy duration of this criminal government project was to allow Sheryl Ellison, the government agent in charge of this project, to not be rushed and allowed to take all the time she wanted to play and learn and to stay in practice of fraternity and sorority hazings and pledging activities or whatever games that she and William S. Fralin decided to play in gambling with my life. Regardless to how illegal these tactics they agreed to use to violate my civil, individual, human and constitutional rights, this government funded project of crimes against humanity on me was allowed to continue in order for them to exert all their powers necessary to getting the "weather" under control. Other co conspirators were Thomas H. Delaine and Franklin P. Delaine along with the assistance of the U.S. Government and its agencies and private and corporate sectre organizations. The conspiracy plan to control me by "getting me down" utilized the tactics of attacking my educational history, types of grades I made in

-2-

school, type of degree held, if any, exposing my medical records entirely, my financial records, social, public and private life, and along with their libels and slanders and defamatory statements, to project me by unreasonably placing me in a false light before the public and exposing me to public scorn, hatred and danger through publication continuously placed my life in danger with organizations who networked with them in this conspiracy and by those whomever these defamatory information was infiltrated to. This was the team who conspired together on the acts and actions of defamation and invasion of my privacy. Never had I given any consent to nor made any agreement with, nor had I any knowledge of their plans for using me to destroy my life for their means for financial profits. These physical and psychological acts of terrorism against me were designed to place me under constant fear in order for them to gain control of me and control over the protection of my life from danger, which I had none, that they placed me into. Metro Transit, Greyhound Bus Lines, Safeway and Giant Food Stores, Government and Private Corporate organizations networked with them on spying on me and keeping me under surveillance while in their facilities and I was slandered by representatives in these organizations by their publicly making defamatory statements about me while I was in their facilities. My privacy was constantly invaded as I was being observed while taking care of my personal hygeine, being observed while disposing

-3-

of my bodily wastes, being spied on when sleeping, dressing, walking, privately mourning over a family members death, and this information was published and became an amusing subject for their conversations. I also encountered violent physical attacks and threads from police, police security persons who made slanderous remarks to me, from persons who were set up to approach me to harrass me who made themselves apparent to me that they knew exactly where I was and that they were a team member who was paid to do their part in the conspiracy of "getting me down" These verbal and physical attacks along with the emotional trauma I suffered from these terrorists attacks against me affected my state of health well being to the extent that has left me disabled.

I am seeking relief for compensatory damages for medical bills, general damages for pain and suffering enduced as a result of physical injuries, the discomforts and emotional injuries suffered from discriminatory conduct and damage done to personal reputation and business reputation because of libels and slander.

I am seeking relief for punitive damages because the defendants engaged in intentional and highly reckless misconduct and activity dangerous to public, plaintiff, fraud and invasion of privacy. The defendants engaged in a long pattern of conduct which violated laws that prohibit this type of discrimination. Defendants conspired to defame plaintiff to inflict emotional distress.

-4-

I demand relief in the amount of $10,000,000.00 from Thomas H. Delaine for conspiracy, compensatory damages and punitive damages.

I demand relief in the amount of $10,000,000.00 from Franklin P. Delaine for conspiracy, compensatory and punitive damages

I demand relief in the amount of $80,000,000.00 from William S. Fralin for conspiracy, terrorism, punitive damages and compensatory damages.

I demand relief in the amount of 400,000,000.00 from Sheryl E. Ellison and the District of Columbia Government and its agencies for conspiracy, terrorism, punitive damages and compensatory damages

I demand relief in the amount of from Sheryl E. Ellison and the United States Government and its agencies for conspiracy, terrorism, punitive damages and compensatory damages.

Ellen L. Delaine

Ellen L. Delaine
5608 - 14th St. N.W.
Washington, D.C. 20011
202-829-1745

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

*Ellen L. Delaine*

                    Plaintiff(s)          Civil Action No. *04 0000 377*

          vs.

*William S. Fralin*

                    Defendant(s)

AFFIDAVIT OF SERVICE BY REGISTERED/CERTIFIED MAIL

I, *Ellen L. Delaine* _____, under oath do
hereby state the following:
That my age and birth date are as follows: *44*
*05 - 29 - 59*
That my residential or business address is: _____
*5608-14th St. N.W. Wash., DC. 20011*
That a copy of the Initial Order, Complaint and Summons
was mailed by the affiant to the above named defendant _____
_____ by (registered) certified mail.
That the return receipt attached hereto was signed by
*William S. Fralin* _____, the Defendant herein or
and discretion residing therein at the Defendant's usual place of
abode, and the said receipt show the date of delivery as
*April 10, 2004* .

If return receipt does not purport to be signed by the party named
in the Summons, then state specific facts from which the Court can
determine that the person who signed the receipt meets the
appropriate qualifications for receipt of process as required by
SCR (Civil) 4(e)(2) and 4(c)(3).

SPECIFIC FACTS

                                        *Ellen L. Delaine*
                                        Signature
Subscribed and sworn to before me this *16* day of *April 16, 2004*

                                        Deputy Clerk/Notary Public

*Exhibit*

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William S. Fralin
4525 Klingle Street N.W.
Washington, D.C.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _William Fralin_        ☐ Agent
                          ☑ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

William Fralin   10 Apr 04

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7003 3110 0002 8731 6491

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

7003 3110 0002 8731 6491

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ $0.60 | |
| Certified Fee | $2.30 | 0238 |
| Return Reciept Fee (Endorsement Required) | $1.75 | 10  Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.65 | 04/07/2004 |

Sent To  *William S. Fralin*
Street, Apt. No.; or PO Box No.  *4625 Klingle Street N.W.*
City, State, ZIP+4  *Washington, DC*

PS Form 3800, June 2002                    See Reverse for Instructions

# Superior Court of the District of Columbia

6/08/04

500 Indiana Ave N.W
Washington, D.C. 20001

CASE NUMBER:    04ca000377
DeLaine, E. vs District of Columbia

DATE:    5/27/04

TO:
04ca000377  POO1    PRV.1365fin
Ellen L. Delaine
5608 14th St NW
Wash DC
20011

NOTICE: This case has been removed to
the U.S. District-Court for the District
of Columbia. Any unresolved motion
filed in this case prior to its removal
is moot as of the date of this notice.
Should the U.S. District-Court remand
the case back to this Court, moving
party may request reinstatement of a
motion filed prior to removal of the
case by filing a praecipe requesting
that the named motion(s) be reinstat-
ed. A certificate of service to all
parties must accompany the praecipe.

NO FURTHER PLEADING WILL BE ACCEPTED
FOR FILING IN THE SUPERIOR COURT AT
THIS TIME.

Exhibit 3

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ELLEN L. DeLAINE                    :

      Plaintiff              :

v.                                          :

THE DISTRICT OF COLUMBIA,      :
et al.

      Defendants            :

Civil No. 04ca0000377
J. Terrell
Calendar No. 5
Next Event: ISC: 6/25/04 @ 9:15 a.m.

## DEFENDANT WILLIAM S. FRALIN'S
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant, William S. Fralin, by and through counsel, Thomas R. Mooers, Esquire, files the following Motion to Dismiss for Failure to State a Claim and as grounds states as follows:

1.    The Plaintiff was an employee of William Fralin, Esquire for a very brief period of time as a telemarketer. However, Mr. Fralin has not had any contact with the plaintiff since the termination of her employment in 2001.

2.    The Plaintiff's Complaint should be dismissed because it does not state an actionable cause of action against Mr. Fralin. Plaintiff appears to allege that there was a vast conspiracy to control the weather in an effort to violate her civil rights. Mr. Fralin runs a small law firm in Northern Virginia and obviously has no ability to control the weather or for that matter any ability to convince the Federal Government to effect the weather.

3.    A fair reading of the pleadings would not lead a reasonable person to conclude that the plaintiff can sustain a cause of action against Mr. Fralin. Dismissal of a complaint is proper where it appears beyond doubt that the plaintiff can prove no facts that would support the claim. Schiff v. American Ass'n of Retired Persons, 697 A.2d 1193 (D.C.App. 1997),  Sup.Ct.

Rules of Civil Procedure, Rule 12.

WHEREFORE, Defendant, William S. Fralin, respectfully requests that this Honorable Court grant the Motion to Dismiss for Failure to State a Claim.

Respectfully Submitted,

MOOERS & ASSOCIATES

Thomas R. Mooers, #429538
1029 Vermont Ave., N.W.
Suite 600
Washington, D.C. 20005
(202) 955-6227

## POINTS AND AUTHORITIES

1. Schiff v. American Ass'n of Retired Persons, 697 A.2d 1193 (D.C.App. 1997).

2. Sup.Ct. Rules of Civil Procedure, Rule 12.

Thomas R. Mooers

# CERTIFICATE OF SERVICE

I hereby certify that on the ~~23~~ day of ~~June~~, 2004, I sent by first class mail, postage prepaid a copy of the foregoing document to:

Ellen Delaine
5608 14th Street, N.W.
Washington, D.C. 20011

Janice Stokes, Esquire
441 4th Street, N.W.
6th Floor
Washington, D.C. 20001

Sheryl E. Ellison
913 Decatur Street, N.W.
Washington, D.C. 20011

Thomas Delaine
P.O. Box 1074
Randallstown, Maryland 21132

Roscoe Howard, Esquire
U.S. Assistant Attorney for D.C.
555 4th Street, N.W.
Washington, D.C. 20020

Attorney General for the United States
Dept. Of Justice, Room B-103
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Franklin Delaine
4519 South Dakota Ave., N.E.
Washington, D.C.

Thomas R. Mooers

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ELLEN L. DeLAINE                          :

     Plaintiff                           :

                               :

v.                                        :

                           Civil No. 04ca0000377
THE DISTRICT OF COLUMBIA,        :        J. Terrell
et al.                                    Calendar No. 5
                        :        Next Event: ISC: 6/25/04 @ 9:15 a.m.

     Defendants                         :

## <u>ORDER</u>

     Upon consideration of Defendant, William Fralin's Motion to Dismiss for Failure to State A Claim Upon Which Relief May be Granted and any opposition thereto, it is this _____ day of 2004, hereby,

     ORDERED, that the Motion is GRANTED.



stamps.com  **$0.37¢**
JUN 24 2004
US POSTAGE
FIRST-CLASS MAIL
WASHINGTON DC 20036

0623000094C025

STAMPS.COM

Elaine Delaine
5608 14th St NW
Washington DC 20011-6804

rs & Associates
Vermont Avenue, NW
500
ngton, DC 20005

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ELLEN L. DeLAINE                     :

    Plaintiff                      :

v.                                   :

THE DISTRICT OF COLUMBIA,            :     Civil No. 04ca0000377
et al.                                     J. Terrell
                                     :     Calendar No. 5
                                           Next Event: ISC: 6/25/04 @ 9:15 a.m.
    Defendants                     :

## ORDER

Upon consideration of Defendant, William Fralin's Motion to Dismiss for Failure to State A Claim Upon Which Relief May ~~be Granted~~ and any opposition thereto, it is this 20th day of 2004, hereby,

ORDERED, that the Motion is ~~GRANTED.~~ Denied as Moot because the case was removed to U.S. District Court on 5/27/04, and it is further

ORDERED that this case is now closed.

_Mary C Terrell_
Judge  Mary A.G. Terrell

DOCKETED JUL 22 2004

MAILED JUL 27 2004



Superior Court for the District of Columbia
500 Indiana Avenue, NW
Washington, DC 20001

Ellen Delaine
5608 14th St NW
Washington DC 20011-6804

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA


Ellen L. Delaine,

    Plaintiff

                       Civil action No: 05 1751
                              (EGS)

V.

United States / United
States Postal Service, etal.


        Defendants


AFFIDAVIT OF SERVICE


I, Delaine, hereby declare that on the 9th of
January 2006 I mailed a copy of the summons
and complaint, certified mail return receipt requested, to Mr.
William S. Fralin. Attached hereto is the green card
acknowledging service.


Wanda DeLaine

Wanda Delaine
5604 14th St. NW.
Wash. DC 20011
202-291-1893


Exhibit

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William S. Fralin
4525 Klingle Street N.W.
Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
William Fralin | 25 Nov 05

C. Signature
X William Fralin
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7005 1160 0005 2542 1979 9

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789

2005 CA 001639 B

DELAINE, ELLEN L    Vs.    GIANT FOOD STORES INC et al                NEK

Search Criteria
Docket Entry
Images
Participant            All Dockets
Display OptionExclude Non Display Dockets

| | Begin Date | |
| | End Date | SortDescending |

Search Results

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 7/17/2006 | | Motion for Judgment by Default Against Defendant William S. Fralin  Filed Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); | 20.00 | |
| 7/17/2006 | | Motion to Vacate the Superior Court's Order of July 7, 2006, Denying Her Motion for Judgment by Default Against Defendant United States Filed: Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); | 20.00 / 20.00 / 20.00 | |
| 7/7/2006 | | Order Denying Plaintiff's Motion for Judgment by Default Against Defendant United States Signed by J.Kravitz, Entered on the Docket, and Copies Mailed from Chambers 7/7/06.nw | | |
| 7/7/2006 | | Order Granting Defendants' Consent Motion to Continue 7/18/06 Mediation Signed by J.Kravitz, Entered on the Docket, and Copies Mailed from Chambers 7/7/06.nw | | |
| 7/7/2006 | | ADR NOTICES ISSUED NEXT BUSINESS DAY: Event: Mediation Session (Civil 2) Date: 10/19/2006    Time: 9:00 am Judge: CIVIL 2 MEDIATOR    Location: MEDIATION CENTER, 515 5th Street, N.W., Room 307 | | |
| 7/7/2006 | | Mediation Cancelled By Chambers The following event: Mediation Session (Civil 2) scheduled for 07/18/2006 at 11:00 am has been resulted as follows:  Result: Mediation Cancelled By Chambers Judge: CIVIL 2 MEDIATOR    Location: MEDIATION CENTER, 515 5th Street, N.W., Room 307 | | |
| 7/5/2006 | | Defendants' Consent Motion to Continue July 18, 2006 Mediation Filed Attorney: JOHNSON, Ms HOLLY M (476331) Attorney: DELORENZO, Ms DANA K (468306) DISTRICT OF COLUMBIA, ANTHONY WILLIAMS (Defendant); | 20.00 | 20.00 |
| 7/5/2006 | | Pltf's Motion for Judgment by Default against Deft United State Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); | 20.00 / 20.00 | |
| 6/20/2006 | | Order Denying Plaintiff's Motion to Continue July 18, 2006 Mediation Signed by J.Kravitz, Entered on the Docket, and Copies Mailed from Chambers 6/20/06.nw | | |
| 6/20/2006 | | Order Denying Plaintiff's Motion for a New Trial, Amendment of Judgment Against Defendant Giant Food Store, Inc. Signed by J.Kravitz, Entered on the Docket, and Copies Mailed from Chambers 6/20/06.nw | | |
| 5/20/2006 | | Order Denying Plaintiff's Motion for a New | | |

Plaintiff's Motion to Continue July 18
Attorney: PRO SE (999999)

20.00

20.00

6/19/2006    Plaintiff's Motion for A New Trial;
             Amendment of Judgment against the Delaine
             Defendants
             Attorney: PRO SE (999999)

20.00

20.00

6/19/2006    Plaintiff's Motion for a New Trial;
             Amendment of Judgments AgainstDefendants,
             Giant Food Stores, Inc.
             ELLEN L DELAINE (PLAINTIFF);

20.00

20.00

6/14/2006    Amended Complaint, order and summons
             reissued upon Defendant, District of
             Columbia in c/o the Office of the Attorney
             General, attn: Darlene Fields pursuant to
             order by J/Kravitz dated 06/07/06. ab

6/14/2006    Amended Complaint, order and summons
             reissued upon Defendant, District of
             Columbia in c/o the Office of the Mayor,
             attn: Tabith Braxton pursuant to order by
             J/Kravitz dated 06/07/06. ab

6/14/2006    Amended Complaint, order and summons
             reissued upon Defendant, Sheryl Ellison, in
             compliance with order by J/Kravitz dated
             06/07/06. ab

6/13/2006    Order Granting Consent Motion to continue
             6-7-06 mediation
                         entered on: 5-22-06
             Mailed to: Valerie Dawson
             Returned to Court on: 6-13-06
             Reason: return to sender

6/8/2006     Order Granting in Part and Denying in Part
             Defendant Giant Food Stores, Inc.'s Motion
             for Summary Judgment Signed by J.Kravitz
             6/7/06. Entered on the Docket and Copies
             Mailed from Chambers 6/8/06.nw

6/7/2006     Order Granting Defendants Thomas H. DeLaine
             and Franklin P. DeLaines' Motion to Dismiss
             Complaint Signed by J.Kravitz 6/7/06. Copies Mailed from
             Chambers 6/8/06.nw

6/7/2006     Order Granting Plaintiff's Meritorious
             Motion to Vacate Superior Court's April 18,
             2006 Order Granting The Dismissal Of
             Defendant District of Columbia's, Motion To
             Dismiss Signed by J.Kravitz and Entered on
             the Docket 6/7/06. Copies Mailed from
             Chambers 6/8/06.nw

5/22/2006    Plaintiff's Reply to Defendants District of
             Columbia and Sheryl Ellison's Opposition to
             the Plaintiff's Opposition to Vacate
             Superior Court's April 18, 2006 Order Filed
             by ELLEN L DELAINE (PLAINTIFF);

5/22/2006    Order Granting Consent Motion to Continue
             Mediation Signed by J.Kravitz, Entered on
             the Docket, and Copies Mailed from Chambers
             5/22/06.nw

5/22/2006    ADR NOTICES ISSUED NEXT BUSINESS DAY:
             Event: Mediation Session (Civil 2)
             Date: 07/18/2006    Time: 11:00 am
             Judge: CIVIL 2 MEDIATOR    Location:
             MEDIATION CENTER, 515 5th Street, N.W.,
             Room 307

5/22/2006    Result: Mediation Cancelled By Chambers
             Mediation Cancelled By Chambers
             The following event: Mediation Session
             (Civil 2) scheduled for 06/07/2006 at 11:00

MEDIATION CENTER         Location:

5/19/2006
Consent Motion to Continue June 7, 2006
Mediation Filed
Attorney: HINERMAN, MICHELE B (485872)          20.00
GIANT FOOD STORES INC (Defendant);
MICHELE B HINERMAN (Attorney) on behalf of
GIANT FOOD STORES INC (Defendant); BEENA M
MCDONALD (Attorney) on behalf of GIANT FOOD
STORES INC (Defendant)    Receipt: 38129
Date: 05/19/2006

5/15/2006
Opposition to Motion to Vacate superior
court's 4-18-06 order Filed
Attorney: DELORENZO, Ms DANA K (468306)
DISTRICT OF COLUMBIA, ANTHONY WILLIAMS
(Defendant); SHERYL ELLISON (Defendant);

5/8/2006
Reply to Opposition to motion for summary
jdgmt
ELLEN L DELAINE (PLAINTIFF); ; PRO SE
(Attorney)

5/3/2006
Reply to Opposition to defts Thomas H.
Delaine and Franklin Delane motion to
dismiss the complaint herein
Attorney: GIBSON Jr, Mr JOSEPH L (139477)
THOMAS H DELAINE (Defendant); FRANKLIN P
DELAINE (Defendant);

5/1/2006
Reply to Opposition to motion for summary
jdgmt
Attorney: HINERMAN, MICHELE B (485872)
GIANT FOOD STORES INC (Defendant);

4/27/2006
Praecipe to the court by pltf Filed:
Attorney: PRO SE (999999)
ELLEN L DELAINE (PLAINTIFF);

4/26/2006
Plaintiff's Reply to Defendants Thomas H
Delaine and Franklin P Delaine's Answer to
Amended Complaint Filed
Attorney: PRO SE (999999)
ELLEN L DELAINE (PLAINTIFF);

4/26/2006
Plaintiff's Meritorious Motion to Vacate
Superior Court's April 18, 2006 Order
Granting The Dismissal Of Defendants,          20.00
District of Columbia's, Motion To Dismiss
Filed:                                         20.00
Attorney: PRO SE (999999)

4/19/2006
Defendants' Reply to the Plaintiff's
Opposition to the Defendants' Motion to
Dismiss
DISTRICT OF COLUMBIA, ANTHONY WILLIAMS
(Defendant); SHERYL ELLISON (Defendant);

4/18/2006
Order Denying Plaintiff's Motion for an
Enlargement of Time for Filing of Motions
Deadline  Signed by J.Kravitz, Entered on
Docket, and Copies Mailed from Chambers
4/18/06.nw

4/18/2006
Order Denying as Moot Defendant's Partial
Consent Motion to Continue Mediation
Signed by J.Kravitz, Entered on Docket, and
Copies Mailed from Chambers 4/18/06.nw

/18/2006
Order Denying as Moot Defendants' Motion
for Leave to File a Reply to the
Plaintiff's Opposition to DC's Motion to
Dismiss  Signed by J.Kravitz, Entered on
Docket, and Copies Mailed from Chambers
4/18/06.nw

/18/2006
Order Granting Deft. DC and Shsiryl
Ellison's Motion to Dismiss  Signed by

Motion to Dismiss Signed by J. Kravitz in
Chambers on Docket, and Copies Mailed from
Chambers 4/18/06.nw

4/15/2006    Motion for an Enlargement of Time to
             Respond to Defendant Thomas and Franklin
             Delaine's Motion to Dismiss that Was Not              20.00
             Mailed Out to Plaintiff Filed
             Attorney: PRO SE (999999)                             20.00
             ELLEN L DELAINE (PLAINTIFF);

4/14/2006    Opposition to Motion for Summary Judgment
             Filed
             Attorney: PRO SE (999999)
             ELLEN L DELAINE (PLAINTIFF);

4/14/2006    Praecipe acknowledging pltf's change of the
             certificate of service to pltf's opposition
             to deft Valerie Parson answer filed in this
             court on 4-13-06. The certificate of
             service states that a copy of that document
             was mailed to Valerie Parson and to Dana
             Delorenzo
             Attorney: PRO SE (999999)

4/13/2006    ELLEN L DELAINE (PLAINTIFF);
             ntiff's O    sition to Defendant,
                 Da       Answer Filed
                       E (999999)
                     S (PLAINTIFF);

4/??         ?artial Consent Motion to
             Continue May 10, 2006 Mediation Filed:
             Attorney: DELORENZO, Ms DANA K (468306)               20.00
             DISTRICT OF  UMBIA, ANTHONY WILLIAMS
             (Defendan      L ELLISON (Defendant);                 20.00

4/?..        Defendar    ?tion for Leave to File a
             Reply t  ?e Plaintiff's Opposition to the
                 ri  ?s Motion to Dismiss Filed:                   20.00
                     ?: DELORENZO, Ms DANA K (468306)
                     ?CT OF COLUMBIA, ANTHONY WILLIAMS             20.00
             (De ?ndant); SHERYL ELLISON (Defendant);

4/5/2006     Summons, Complaint and Initial Order
                                            entered
             on: 3/18/06
             Mailed to: The United States Attorney's
             Office
             Returned to Court on: 4/05/06
             Reason: Return to Sender.

4/3/2006     ADR NOTICES ISSUED NEXT BUSINESS DAY:
             Event: Mediation Session (Civil 2)
             Date: 06/07/2006    Time: 11:00 am
             Judge: CIVIL 2 MEDIATOR   Location:
             MEDIATION CENTER, 515 5th Street, N.W.,
             Room 307

3/31/2006    Result: Mediation Cancelled By Chambers
             Opposition to Motion to Dismiss Filed
             Attorney: PRO SE (999999)
             ELLEN L DELAINE (PLAINTIFF);

3/31/2006    Motion for Summary Judgment Filed
             Attorney: HINERMAN, MICHELE B (485872)
             GIANT FOOD STORES INC (Defendant);                   20.00
             Receipt: 33115  Date: 03/31/2006

3/31/2006    Plaintiff's Motion for an Enlargement of
             Time for The Filing of Motions Deadline
             Attorney: PRO SE (999999)                            20.00

                                                                  20.00

3/30/2006    Order Granting "Plaintiff's Motion to
             Supplement Evidence to the February 10,
             2006 Deposition and Motion to Extend the
             Discovery Period"

             entered on:  3/21/06

3/30/2006   Praecipe asking the court to accept the amended certificate of service to the certificate regarding discovery filed on 3-20-06 Filed:
Attorney: PRO SE (999999)
ELLEN L DELAINE (PLAINTIFF);

3/29/2006   Answer to Amended Complaint Filed
Attorney: GIBSON, Mr JOSEPH L (004887)
THOMAS H DELAINE (Defendant); FRANKLIN P DELAINE (Defendant);

3/29/2006   Answer to Complaint Filed
Attorney: PRO SE (999999)
VALERIE W DAWSON (Defendant);

3/29/2006   Defendant Thomas H. Delaine and Franklin P. Delaine's Motion to Dismiss Complaint
Attorney: GIBSON Jr, Mr JOSEPH L (139477)
Receipt: 32796   Date: 03/29/2006     20.00

3/24/2006   Certificate Regarding Discovery Filed
ELLEN L DELAINE (PLAINTIFF);

3/22/2006   Order Denying Motion to Dismiss the Amended Complaint:
entered on: 3/14/06
Mailed to: Ellen L. DeLaine
Returned to Court on: 3/22/06
Reason: Not Deliverable as Addressed

3/21/2006   Order Granting Plaintiff's Motion to Supplement Evidence to the Feb. 10, 2006 Deposition and Motion to Extend the Discovery Period Signed by J.Kravitz, Entered on the Docket, and Copies Mailed from Chambers 3/21/06.nw

3/20/2006   Certificate Regarding Discovery Filed
ELLEN L DELAINE (PLAINTIFF);

3/20/2006   Defendants Motion to Dismiss Filed
Attorney: JOHNSON, Ms HOLLY M (476331)     20.00

    20.00

3/20/2006   Plaintiff's Motion to Supplement Evidence to the February 10, 2006 Deposition and Motion to Extend the Filed:
Attorney: PRO SE (999999)     20.00
ELLEN L DELAINE (PLAINTIFF);     20.00

3/20/2006   Amended Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 on THOMAS H DELAINE (Defendant);

3/20/2006   Amended Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 on VALERIE W DAWSON (Defendant);

3/20/2006   Amended Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 on DISTRICT OF COLUMBIA, ANTHONY WILLIAMS (Defendant);

3/20/2006   Amended Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 on SHERYL ELLISON (Defendant);

3/20/2006   Amended Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 on WILLIAM S FRALIN (Defendant);

3/20/2006   Amended Complaint Summons and I.O. with

| | |
|---|---|
| | Amended Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 on defendant UNITED STATES US ATTORNEY OFFICE (Defendant); |
| 3/20/2006 | Amended Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II Issued this date: March 20, 2006 to defendant U.S. Justice Department |
| 3/14/2006 | Mediation Cancelled By Chambers The following event: Mediation Session (Civil 2) scheduled for 05/10/2006 at 11:00 am has been resulted as follows: |
| 3/14/2006  2 | Result: Mediation Cancelled By Chambers Order Denying Defendant Giant Food Stores, Inc.'s Motion to Dismiss the Amended Complaint Signed by J.Kravitz, Entered on the Docket, and Copies Mailed from Chambers 3/14/06.nw |
| 3/10/2006 | Miscellaneous Docket: Alias Summons FRANKLIN P DELAINE (Defendant); |
| 3/10/2006 | Amended Complaint, Summons and with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II this date: March 10, 2006. Attorney: PRO SE (999999) FRANKLIN P DELAINE (Defendant); |
| 3/9/2006 | Opposition to Motion to Dismiss Filed ELLEN L DELAINE (PLAINTIFF); |
| 3/8/2006 | ADR NOTICES ISSUED NEXT BUSINESS DAY: Event: Mediation Session (Civil 2) Date: 05/10/2006     Time: 11:00 am Judge: CIVIL 2 MEDIATOR     Location: MEDIATION CENTER, 515 5th Street, N.W., Room 307 |
| 3/3/2006 | Result: Mediation Cancelled By Chambers Amended Certificate of Service Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); |
| 3/3/2006 | Praecipe Regarding Lack of Service of Amended Complaint Filed: ELLEN L DELAINE (PLAINTIFF); |
| 3/3/2006 | Amended Certificate of Service Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); |
| 3/3/2006 | Affidavit of Service of Summons & Complaint by mail on DISTRICT OF COLUMBIA OFFICE OF ATTY GENERAL (Defendant) on 2-28-06 |
| 3/2/2006 | Motion to Dismiss the Amended Complaint and Opposition to Plaintiff's Motion for Enlargement of Time to File Affidavits Filed Attorney: HINERMAN, MICHELE B (485872)     20.00 GIANT FOOD STORES INC (Defendant); Receipt: 30084   Date: 03/02/2006 |
| 2/24/2006 | Notice to the court regarding deft Giant Food Stores,Inc 2-10-06 motion mailed to pltf that was not filed in this court Attorney: PRO SE (999999) ELLEN L DELAINE (PLAINTIFF); |
| 2/15/2006 | Affidavit of Service of Summons & Complaint by Mail on THOMAS H DELAINE (Defendant); on 1/12/06 |
| 2/15/2006 | Affidavit of Service of Summons & Complaint by mail on UNITED STATES US ATTORNEY OFFICE (Defendant) on 1-20-06 |

Affidavit of Service of Summons & Complaint

| | |
|---|---|
| 2/15/2006 | GIANT FOOD STORES INC (Defendant) on 1-12-06<br>Affidavit of Service of Summons & Complaint<br>by mail on |
| 2/15/2006 | DISTRICT OF COLUMBIA, ANTHONY WILLIAMS<br>(Defendant) on 1-13-06<br>Affidavit of Service of Summons & Complaint<br>by mail on |
| 2/15/2006 | DISTRICT OF COLUMBIA OFFICE OF ATTORNEY<br>GENERAL (Defendant) on 1-12-06<br>Affidavit of Service of Summons & Complaint<br>by mail on |
| 2/9/2006 | WILLIAM S FRALIN (Defendant) on 1-12-06<br>Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant); |
| 2/1/2006 | Order Granting Motion of Plaintiff for an<br>Enlargment of Time in Which to File the<br>Affidavits of Service for the Amended<br>Complaint Signed by J.Kravitz, Entered on<br>the Docket, and Copies Mailed from Chambers<br>2/1/06.nw |
| 1/30/2006 | Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant); |
| 1/27/2006 | Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant); |
| 1/18/2006 | Event Scheduled:<br>The following event: Mediation<br>Session(Civil 2) scheduled for 03/30/2006<br>at 11:00 am has been resulted as follows:<br><br>Result: Mediation Cancelled By Quality<br>Review Branch |
| 1/17/2006 | Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant); |
| 1/13/2006 | Motion of plaintiff for an Enlargement of<br>Time in Which to File the Affidavits of<br>Serve for the Amended Complaint<br>Attorney: PRO SE (999999) |
| 1/13/2006 | Order Granting Consent Motion to Extend<br>Discovery and Motions Deadlines SIgned by<br>J.Kravitz, Entered on the Docket, and<br>Copies Mailed from Chambers 1/13/06.nw |
| 1/12/2006 | Motion to Extend the Discovery and Motions<br>Deadlines Filed<br>Attorney: HINERMAN, MICHELE B (485872)<br>GIANT FOOD STORES INC (Defendant);<br>Receipt: 24670  Date: 01/13/2006 |
| 1/9/2006 | ADR NOTICES ISSUED:<br>Event: Mediation Session(Civil 2)<br>Date: 03/30/2006    Time: 11:00 am<br>Judge: CIVIL 2 MEDIATOR    Location:<br>MEDIATION CENTER, 515 5th Street, N.W.,<br>Room 307<br><br>Result: Mediation Cancelled By Quality<br>Review Branch |
| 12/23/2005 | Certificate Regarding Discovery Filed<br>Attorney: HINERMAN, MICHELE B (485872)<br>GIANT FOOD STORES INC (Defendant); |
| 11/21/2005 | Amended Complaint Filed<br>ELLEN L DELAINE (PLAINTIFF); |
| 11/1/2005 | Order Granting in Part and Denying in Part<br>Motion of Plaintiff Ellen L. DeLaine to<br>Amend Complaint to Add Additional<br>Defendants, and Motion for Removal of a |

Amounts noted at right: 20.00, 20.00, 20.00

| | | |
|---|---|---|
| 10/21/2005 | Certificate Regarding Discovery Filed<br>ELLEN L DELAINE (PLAINTIFF); | |
| 10/17/2005 | Affidavit of Subpoena by Special Process<br>Server on Officer Raul Figueras on 10/3/05 | |
| 10/17/2005 | Affidavit of Subpoena by Special Process<br>Server on Officer Shan Thompson on 10/4/05 | |
| 10/8/2005 | Motion of Plaintiff, Ellen L. Delaine, to<br>Amend Complaint to Add Additional<br>Defendants, and Motion for Removal of a<br>Civil Action Filed:<br>Attorney: PRO SE (999999)<br>ELLEN L DELAINE (PLAINTIFF);<br>COST WAIVED IFP | 20.00<br><br>20.00 |
| 10/6/2005 | Witness List Filed<br>GIANT FOOD STORES INC (Defendant); | |
| 9/29/2005 | Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant); | |
| 9/29/2005 | Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant); | |
| 9/28/2005 | Certificate Regarding Discovery Filed<br>GIANT FOOD STORES INC (Defendant); | |
| 9/12/2005 | Certificate Regarding Discovery Filed<br>ELLEN L DELAINE (PLAINTIFF); | |
| 9/7/2005 | Certificate Regarding Discovery Filed<br>ELLEN L DELAINE (PLAINTIFF); | |
| 8/27/2005 | Miscellaneous Docket:<br>Sur-Reply to Plaintiff's Motion for<br>Enlargement of Time<br>GIANT FOOD STORES INC (Defendant); | |
| 8/26/2005 | Order Granting Plaintiff's Motion for<br>Enlargement of Time to Respond to Deft.'s<br>1st Set of Requests for Documents Signed by<br>J.Kravitz 8/25/05.  Entered on the Docket<br>and Copies Mailed from Chambers 8/26/05.nw<br>Image Scanned to Docket Entry for Order<br>Denying Deft.'s Motion to Deem as<br>Admitted....dcktd 8/26/05. | |
| 8/26/2005 | Order Granting Plaintiff's Motion for<br>Enlargement of Time to File Response to<br>Deft.'s 1st Set of Requests for Admissions<br>to Plaintiff and Deft.'s 1st Set of<br>Requests for Production of Documents Signed<br>by J.Kravitz 8/25/05.  Entered on the<br>Docket and Copies Mailed from Chambers<br>8/26/05.nw  Image Scanned to Docket EDntry<br>for Order Denying Deft.'s Motion to  Deem<br>as Admitted....dcktd 8/26/05. | |
| 8/26/2005 | Order Denying Defendant's Motion to Deem as<br>Admitted Deft.'s 1st Set of Requests for<br>Admissions to Plaintiff and to Comple<br>Responses to Deft.'s 1st Set of Requests<br>for Production of Documents to Plaintiff,<br>and.... Signed by J.Kravitz 8/25/05.<br>Entered on the Docket and Copies Mailed<br>from Chambers 8/26/05.nw | |
| 8/22/2005 | Certificate Regarding Discovery Filed<br>ELLEN L DELAINE (PLAINTIFF); | |
| 8/22/2005 | Motion for Enlargement of Time to Respond<br>to Defendants First Set of Request for<br>Production of Documents to Plaintiff | 20.00 |

ELLEN L DELAINE (PLAINTIFF);
COST WAIVED IFP

8/11/2005   MOTION TO DEEM AS ADMITTED DEFENDANT'S
FIRST SET OF REQUEST FOR ADMISSIONS TO
PLAINTIFF AND TO COMPEL RESPONSES TO
DEFENDANT'S FIRST SET OF REQUEST FOR
PRODUCTION OF DOCUMENTS TO PLAINTIFF FILED:
Attorney: MCDONALD, BEENA M (484251)
Receipt: 9548  Date: 08/12/2005

7/8/2005    Event Resulted:
The following event: Scheduling Conference
Hearing scheduled for 07/08/2005 at 9:30 am
has been resulted as follows:

7/8/2005    Result: Scheduling Conference Hearing Held
Scheduling Order Entered on the Docket

Track 3 - Mediation
DEADLINE FOR DISCOVERY  10/06/2005
EXCHANGE           LISTS  10/06/2005
PROF            26(B) (4) STATEMENT
10/
                  ULE 26(B) (4) STATEMENT

            ERY CLOSED        01/04/2006
        LINE FOR FILING MOTIONS     01/19/2006
DISPOSITIVE MOTIONS DECIDED
02/21/2006
ADR (MEDI    ION/CASE EVALUATION)
03/06/2006              006
PRETRIAL
    (TO BE S              ETION OF ADR)

7/8/2005         07/08/2005       59:33
                  G conference @  :30am
               0050603ss cnt

TDMS TYPE: EVT
TDMS EVENT: 0298b2G
TDMS FLAG: ss

CREATED BY/ON: #T99 Young, C 05-12-2005
LAST MODIFIED BY/ON: #T99 Young, C
05-12-2005
6/22/2005   Certificate Regarding Discovery Filed
GIANT FOOD STORES INC (Defendant);

6/3/2005    Answer to Amended Complaint Filed
GIANT FOOD STORES INC (Defendant);

6/3/2005    (rst) SCHEDULING conference @ 9:45am
NSDATE: 20050708ss cnt
LSDATE: 20050603ss cnj

TDMS TYPE: EVT
TDMS EVENT: 0298b2G

CREATED BY/ON: #EDD Hariss, 03-10-2005
LAST MODIFIED BY/ON: #T99 Young, C
6/3/2005    05-12-2005
(rst) Initial SCHEDULING conference @ 9:00am
NSDATE: 20050603ss cnj
FSDATE: 20050603ss

TDMS TYPE: EVT
TDMS EVENT: 0296b2G

CREATED BY/ON: #47W Wohl, Ar 03-04-2005
6/1/2005    LAST MODIFIED BY/ON: #EDD Hariss, 03-10-2005
(mot) MOTION to dismiss the amended
complaint

CREATED BY/ON: #49 Brent, M 05-12-2005
LAST MODIFIED BY/ON: #47V Brent, M
05-12-2005

5/31/2005       Order Denying Defendant's Motion to Dismiss
                the Amended Complaint and Granting
                Plaintiff's Motion to Oppose the Motion to
                Dismiss Signed by Judge Kravitz n 5/27/05,
                Entered on the Docket and Copies Mailed
                from Chambers 5/31/05.nw

5/24/2005   1   Opposition to Motion to Dismiss Filed
                Attorney: PRO SE (------)
                ELLEN L DELAINE (PLAINTIFF);

5/12/2005       Continued to 20050708ss @ 9:30am from
                20050603ss - Per transmittal form
                LSDATE: 20050603ss cnt

                TDMS TYPE: SCX
                TDMS EVENT: 0218cnt

                CREATED BY/ON: #T99 Young, C 05-12-2005
                LAST MODIFIED BY/ON: #T99 Young, C
                05-12-2005

5/10/2005       MOTION to dismiss the amended complaint

                ENTRY BY: Giant
                TDMS TYPE: MOT
                TDMS EVENT: 1076mot

                CREATED BY/ON: #47V Brent, M 05-12-2005
                LAST MODIFIED BY/ON: #47V Brent, M
                05-12-2005

4/30/2005       AMENDED complaint

                ENTRY BY: Delaine
                TDMS TYPE: CAC
                TDMS EVENT: 1142nac

                CREATED BY/ON: #47V Brent, M 05-02-2005
                LAST MODIFIED BY/ON: #47V Brent, M
                05-02-2005

4/30/2005       Opp to mot to dismiss the complaint

                ENTRY BY: Delaine
                TDMS TYPE: DOC
                TDMS EVENT: 0000opp

                CREATED BY/ON: #47V Brent, M 05-02-2005
                LAST MODIFIED BY/ON: #47V Brent, M
                05-02-2005

4/8/2005        (ORDER GRANTING) Motion to AMEND Cmpt.,
                seelg, fld 050411, mld 050412
                ORDERED:  The pltf shall have until April
                30, 2005 within which to file a
                n amended complaint

                ENTRY BY: J/Kravitz
                TDMS TYPE: MOT
                TDMS EVENT: 9201mot+

                CREATED BY/ON: #4AU Russell, 04-11-2005
                LAST MODIFIED BY/ON: #465 Jones, G
                04-12-2005

4/8/2005        (ORDER DENYING) Motion to EXTEND time to Of
                Time, fld 050411, mld 050412

                ENTRY BY: J/Kravitz
                TDMS TYPE: MOT
                TDMS EVENT: 9203mot*

                CREATED BY/ON: #4AU Russell, 04-11-2005
                LAST MODIFIED BY/ON: #465 Jones, G

ENTRY BY: Delaine
TDMS TYPE: DOC
TDMS EVENT: 9104pra*

CREATED BY/ON: #445 Terry, P 04-11-2005
LAST MODIFIED BY/ON: #445 Terry, P
04-11-2005

4/8/2005   ORDER DENYING W/OUT PREJ MOTION to dismiss,
SEE LG FLD 4/11/05,MLD 4/12/05
THE DEFT'S RIGHT TO FILE WHATEVER RESPONSE
IT DEEMS APPROPRIATE TO THE PL
TF'S AMENDED CMPT

ENTRY BY: J/KAVITZ
TDMS TYPE: MOT
TDMS EVENT: 1076mot+

CREATED BY/ON: #2DF Girtley- 03-30-2005
LAST MODIFIED BY/ON: #47E Smith, N
04-12-2005

4/7/2005   Motion to AMEND Cmpt

ENTRY BY: Delaine
TDMS TYPE: MOT
TDMS EVENT: 9201mot*

CREATED BY/ON: #4AU Russell, 04-11-2005
LAST MODIFIED BY/ON: #4AU Russell,
04-11-2005

4/7/2005   Motion to EXTEND time to Of Time

ENTRY BY: Delaine
TDMS TYPE: MOT
TDMS EVENT: 9203mot*

CREATED BY/ON: #4AU Russell, 04-11-2005
LAST MODIFIED BY/ON: #4AU Russell,
04-11-2005

3/28/2005   MOTION to dismiss

ENTRY BY: giant
TDMS TYPE: MOT
TDMS EVENT: 1076mot

CREATED BY/ON: #2DF Girtley- 03-30-2005
LAST MODIFIED BY/ON: #2DF Girtley-
03-30-2005

3/14/2005   AFFIDAVIT of service by mail on Corp Ser
Co. signed by R Rice on 3-8-05

ENTRY BY: (clerk)
TDMS TYPE: DOC
TDMS EVENT: 1185sml

CREATED BY/ON: #2DF Girtley- 03-17-2005
LAST MODIFIED BY/ON: #2DF Girtley-
03-17-2005

3/10/2005   Continued to 20050603ss @ 9:45am from
20050603ss - Judge/Courtroom not available
LSDATE: 20050603ss cnj

TDMS TYPE: SCX
TDMS EVENT: 0201cnj

CREATED BY/ON: #EDD Hariss, 03-10-2005
LAST MODIFIED BY/ON: #EDD Hariss, 03-10-2005

/4/2005   (ORDER GRANTING) Motion to PROCEED in FORMA
PAUPERIS, fld 050304

ENTRY BY: J/Hess
TDMS TYPE: MOT

WOULD BE PROCEED IN FORMA PAUPERIS

ENTRY BY: DeLaine
TDMS TYPE: MOT
TDMS EVENT: 1631mot

CREATED BY/ON: #465 Jones, G 03-21-2005
LAST MODIFIED BY/ON: #465 Jones, G
03-21-2005
Complaint for assault and battery

TDMS TYPE: CAC
TDMS EVENT: 9101C03

CREATED BY/ON: #47W Wohl, Ar 03-04-2005
LAST MODIFIED BY/ON: #465 Jones, G
03-11-2005

3/4/2005

CA Form 1

# Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

*Ellen L. Delaine*

*Plaintiff*

vs.

*William S Fralin*

Civil Action No. *05ca0001635*

*Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

*Ellen L. Delaine*
Name of Plaintiff's Attorney

*5608-14th Street N.W.*
Address
*Washington, D.C. 20011*

*202-829-1745*
Telephone

By _____
Deputy Clerk

Date *3-20-06*

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

*Exhibit 8*

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

_Plaintiff_

v.

Civil Action Number _____

_Defendant_

## NOTICE

To:   Name _____

Address _____

_____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _____ .

_____                         _____
Signature                             Date of Signature

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____          _____          _____
Signature              Relationship to Defendant/Authority   Date of Signature
                       To Receive Service of Process

Form CV(6)-1590/Mar 97

EXHIBIT 38

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLEN DELAINE                          :
                                       :
        Plaintiff                      :
                                       :
v.                                     :        Civil No.:    06-1502 (RJL)
                                       :
GIANT FOOD STORES, INC., et al.        :
                                       :
        Defendants                     :

## MOTION OF DEFENDANT, WILLIAM S. FRALIN, TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW the Defendant, William S. Fralin, by and through his attorneys, Jeffrey R. DeCaro, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to Fed.R.Civ.P. 12(b)(4), and 12(b)(5), moves herein to dismiss the Plaintiff's Complaint for insufficiency of process, and insufficiency of service of process, and as grounds therefor states as follows:

1.      When this case was initially pending before Judge Neal Kravitz in D.C. Superior Court, Plaintiff filed a Motion for Default Judgment, alleging that she had properly served Mr. Fralin with the Summons and Complaint in this case.

2.      On July 27, 2006, Judge Kravitz denied Plaintiff's Request for Entry of a Default against Mr. Fralin, stating that "the Plaintiff has once again failed to submit the certified mail receipt on which she relies for proof of service." (See the Order denying "Plaintiff's Motion for Judgment by Default against Defendant William S. Fralin", appended hereto as Exhibit A).

3.      Following receipt of the July 27, 2006 Order issued by Judge Kravitz, Plaintiff filed a Motion to Vacate the Court's Order.

4.    Defendant, through counsel, filed an Opposition to Plaintiff's Motion to Vacate Order denying Motion for Judgment by Default. (See Exhibit B).

5.    On September 27, 2006, Judge Kravitz issued an Order scheduling an evidentiary hearing on Plaintiff's Motion to Vacate the Court's Order of July 27, 2006, and that hearing was to take place on October 12, 2006. (See Exhibit C).

6.    The evidentiary hearing was never held, however, as Judge Kravitz issued a subsequent Order on October 4, 2006, closing the Superior Court case in light of the removal of the action to the U.S. District Court for the District of Columbia. (See Exhibit D.)

7.    Upon information and belief, no further motions have been filed regarding the issue of service as to Mr. Fralin, and no further action has been taken by this Court with respect to Defendant, William S. Fralin.

8.    Mr. Fralin respectfully submits that he has never been served with process in this case, either while it was pending in D.C. Superior Court, or since the case was removed to this Court in October 2006.

9.    As such, Defendant respectfully requests that this Honorable Court dismiss the Plaintiff's claims as against him under Fed.R.Civ.P. 12(b)(4), and 12(b)(5).

WHEREFORE, the premises considered, Defendant William S. Fralin respectfully requests that this Honorable Court enter a dismissal of all claims and/or causes of action involving Mr. Fralin.

2

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP


_____/s/_____

Jeffrey R. DeCaro
D.C. Bar No.: 350496
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706
(301) 306-4300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _8th_ day of _June_, 2007, I faxed and mailed,
postage-prepaid, a copy of the foregoing Motion of Defendant, William S. Fralin, to Dismiss
Plaintiff's Complaint to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

Padraic K. Keane, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Valerie Dawson
Pro Se
405 Rock Creek Church Road
Washington, D.C. 20011-5941

3

Dana K. DeLorenzo, Esquire
Michael P. Bruckheim, Esquire
Phillip A. Lattimore, III, Esquire
Office of the Attorney General
for the District of Columbia
441 Fourth Street, N.W.
6th Floor
Washington, D.C. 20001

Joseph L. Gibson, Jr., Esquire
Gibson, Jones & Associates
6811 Kenilworth Avenue
Suite 210
Riverdale, MD 20737

Kathleen M. Konopka, Esquire
Alexander Daniel Shoaibi, Esquire
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

_____/s/_____
Jeffrey R. DeCaro

I:\Common\WP\L4\JRD\DeLaine\MotiontoDismissPltsComplaint.wpd

EXHIBIT A

### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
#### Civil Division

ELLEN L. DeLAINE,        )
    **Plaintiff**          )
                )
    **v.**               )      **Case No. 05CA1639**
                )      **Calendar 7**
GIANT FOOD STORES, INC.,  )      **Judge Kravitz**
    **Defendant**      )

---

## ORDER DENYING "PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT AGAINST DEFENDANT WILLIAM S. FRALIN"

This matter is before the Court on the plaintiff's motion for the entry of a default against defendant William S. Fralin. The plaintiff contends that she is entitled to the entry of a default pursuant to Rule 55(a) of the Superior Court Rules of Civil Procedure because the defendant has failed to file a response to the complaint despite having been served with process on January 12, 2006.

As the plaintiff has once again failed to submit the certified mail receipt on which she relies for proof service, it is this **27** day of July 2006

**ORDERED** that the plaintiff's motion is **DENIED**.

Neal E. Kravitz, Associate Judge
(Signed in Chambers)

Copies mailed to:

Michele Hinerman, Esq.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Ellen L. DeLaine
5608 14th Street, NW
Washington, DC 20011

DOCKETED In Chambers    JUL 2 7 2006

MAILED From Chambers   JUL 2 7 2006



EXHIBIT B

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### Civil Division

ELLEN L. DELAINE                    :

    Plaintiff                    :    Case No.:    05 CA 1639
                         :

    v.                    :    Calendar 7
                         :

GIANT FOOD STORES, INC., et al.                    :    Judge Neal E. Kravitz
                         :

    Defendants                    :
                         :

## OPPOSITION OF DEFENDANT, WILLIAM S. FRALIN, TO PLAINTIFF'S MOTION TO VACATE ORDER DENYING MOTION FOR JUDGMENT BY DEFAULT

COMES NOW the Defendant, William S. Fralin, by and through his attorneys, Jeffrey R. DeCaro, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to Superior Court Rules 4, 12, and 55, files the within Opposition in response to Plaintiff's Motion to Vacate the July 27, 2006 Order Denying Plaintiff's Motion for Judgment by Default, and as grounds therefor states as follows:

1.    In her Motion to Vacate, Plaintiff alleges that Mr. Fralin signed a return receipt on or about January 12, 2006, acknowledging receipt of the Plaintiff's Complaint in the above-captioned matter. (Plaintiff's Motion to Vacate, with supporting affidavit, is appended hereto as Exhibit A).

2.    Contrary to the allegations set forth in the Plaintiff's motion, Mr. Fralin has never signed a return receipt acknowledging receipt of any pleadings in this case by certified mail, nor has he been served in person with the Summons and Complaint in this matter.

3.     As a member in good standing of the District of Columbia Bar, and an officer of the Court, Mr. Fralin has prepared and signed an Affidavit denying receipt of process in this matter.

4.     A copy of Mr. Fralin's duly executed and notarized Affidavit, along with a copy of his driver's license, are appended hereto as Exhibit B.

5.     Pursuant to Superior Court Rule 4, service upon an individual defendant must be made in person, or by registered or certified mail, return receipt requested.

6.     As set forth in the Affidavit appended hereto as Exhibit B, proper service has not been made on Mr. Fralin in this matter.

WHEREFORE, the premises considered, Defendant William S. Fralin respectfully requests that Plaintiff's Motion to Vacate the Order Denying Plaintiff's Motion for Judgment by Default be denied by the Court.


Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP


_____
Jeffrey R. DeCaro
D.C. Bar No.: 350496
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706
(301) 306-4300


2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _15th_ day of August, 2006, I mailed, postage-prepaid, a copy of the foregoing Opposition to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

United States Attorney's Office
501 3rd Street, N.W.
Civil Processing Clerk Division
Washington, D.C. 20001

Michele Hinerman, Esquire
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Dana DeLorenzo, Esquire
Assistant Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

Valerie Dawson
405 Rock Creek Church Road, N.W.
Washington, D.C. 20011

U.S. Department of Justice
950 Pennsylvania Avenue
Room B-103
Washington, D.C. 20530

Sheryl Ellison
913 Decatur Street, N.W.
Washington, D.C. 20011

Jeffrey R. DeCaro

I:\Common\WP\L4\JRD\DeLaine\OppPltsMotVacOrderDenyMotJudgDefault.wpd

3

EXHIBIT A

In the Superior Court of the District of Columbia

Civil Division

Ellen L. Delanie,

           Plaintiff

v.

Giant Food Stores, Inc., et al.,

           Defendants

Civil Action No.: 05-CA 1639
Judge: Neal E. Krautz

RECEIVED
Cl... Office
... 7 2006
Superior Court of the
District of Columbia
Washington, D.C.

Plaintiff's Motion To Vacate July 27, 2006 Superior Court Order Denying "Plaintiff's Motion For Judgment By Default Against Defendant William S. Fralin

    This Court denied "Plaintiff's Motion for Judgment By Default Against Defendant, William S. Fralin" pursuant to Rule 55(a) of the Superior court Rules of Civil Procedure because defendant, William S. Fralin, failed to file a response to the complaint despite having been served with process on January 12, 2006. This Court's explanation for denying Plaintiff's "Judgment By Default Motion" was that she Plaintiff once again failed to submit the certified mail receipt on which she relies for proof of service.

    Plaintiff hereby moves this Court for a meritorious motion to Vacate July 27, 2006 Superior Court Order Denying "Plaintiff Motion For Judgment By Default Against Defendant, William S. Fralin" because once again the Court failed to recognize the fact that the

Clerks office refuses to allow an "Affidavit of Service by Registered/Certified Mail" to be filed in their office without the green card return receipt for proof of service attached to the "Affidavit". The "Affidavit of Service by Registered/Certified mail form requires being notarized by the Deputy Clerk, after the person filing it swears that the contained information is true, and then supplies their signature and the Deputy clerk/Notary Public signs and dates the Affidavit. The "Affidavit of Service" form states therein," That the return receipt attached hereto was signed by _____ and the said receipt show the date of delivery as _____ ."

Attached to this document is Exhibit 1 the copy of the "Affidavit of Service" that Plaintiff filed in the Clerks office along with a copy of the certified mail green card return receipt for proof of service that was attached to the "Affidavit of Service" that Plaintiff filed in the Clerks office for proof of service upon defendant, William S. Fralin (See Exhibit 1).

Whereby, for these mentioned reasons, Plaintiff once again request that this Court Vacate July 27, 2006 Superior Court Order Denying "Plaintiff's Motion For Judgment by Default Against Defendant William S. Fralin" and grant Plaintiff's motion for the entry of a default pursuant to Rule 55(a) of the Superior Court Rules of Civil Procedure against defendant, William S. Fralin, for failing to file a response to the complaint despite having been served with Process on January 12, 2006. Plaintiff submitted the certified mail receipt for proof of service upon defendant, William S. Fralin, and Plaintiff, is entitled to the entry of default against defendant,

2

William S. Fralin.


Respectfully Submitted,

Ellen L. DeLaine

Ellen L. DeLaine
5608-14th Street N.W
Washington, D.C. 20011
202-829-1745


Certificate Of Service


I Hereby Certify that a true copy of "Plaintiff's
Motion To Vacate July 21, 2006 Superior Court Order Denying
Plaintiff's Motion For Judgment By Default Against Defendant
William S. Fralin" was mailed first class, postage pre-
paid, this _7th_ day of August, 2006 to:

Jordan, Coyne & Savits, LLP
Michele Hinerman
1100 Connecticut Avenue N.W.
Suite 600
Washington, D.C. 20036

William S. Fralin
4525 Klingle Street N.W.
Washington, D.C. 20016


Ellen L. DeLaine
Ellen L. DeLaine          3

CIVIL DIVISION

*Ellen L. Delaine*  )
)
        Plaintiff(s)  )  Civil Action No. *05-0001635*
)
)
      **vs.**  )
*Giant Food Stores, Inc. et al*  )
        Defendant(s)  )
)

AFFIDAVIT OF SERVICE BY REGISTERED/CERTIFIED MAIL

    I, *Ellen L. Delaine* _____, under oath do hereby state the following:
    That my age and birth date are as follows: _*51*_
_*05-29-1954*_
    That my residential or business address is: _____
*5608-14th Street N.W., Washington, D.C., 2011*
    That a copy of the initial Order, Complaint and Summons was mailed by the affiant to the above named defendant _____
*William S. Fralin* by registered/certified mail
    That the return receipt attached hereto was signed by
*William S. Fralin* _____, the Defendant herein or
_____, a person of suitable age
and discretion residing therein at the Defendant's usual place of
abode, and the said receipt show the date of delivery as _____
*Jan. 12, 2006* .

If return receipt does not purport to be signed by the party named in the Summons, then state specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4(e)(2) and 4(c)(3).

SPECIFIC FACTS

                                    *Ellen L. Delaine*
                                      Signature

Subscribed and sworn to before me this *15th* day of *Feb* , *2006*

                                         Deputy Clerk/Notary Public

*Exhibit 1*

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Signature

X _William Fralin_   ☐ Agent
☑ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

_William Fralin_    12 JAN 06

1. Article Addressed to:

William S. Fralin
4525 Klingle Street N.W.
Washington, D.C.

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0005 5251 5752

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT B

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

Ellen L. DeLaine,                    )
                                     )
                    Plaintiff,       )
                                     )
          v.                         )
                                     )
Giant Food Stores, Inc.,             )
                    Defendant        )

---

### Affidavit of William S. Fralin

I, William S. Fralin, being over eighteen years of age hereby state the following facts:

in the above referenced case,

1.      I am attorney licensed in the District of Columbia (# 419937) and an officer of the Court .

2.      I have never received service either by certified mail or in person service as claimed by the plaintiff.

3.      I did not sign or authorize any one else to sign my signature to the signature on the certified mail receipt attached to "Plaintiff's Motion to vacate July 27, 2006 Superior court Order Denying Plaintiff's Motion for Judgment by Default Against Defendant, William S. Fralin'"

4.      I know that the signature is a forgery and bears no resemblance to my signature. I have attached a copy of my District of Columbia driver's license and have signed this affidavit.

I, William S. Fralin, being first duly sworn, on oath, depose and say I have read the foregoing affidavit by me subscribed and that the facts herein are true to the best of my knowledge, information and belief.

_____
William S. Fralin

SUBSCRIBED SWORN AND SIGNED before me this 11th day of  August 2006.

_____
Notary Public                          My Commission expires:  12/31/06  .



SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

|  |  |  |
|---|---|---|
| ELLEN L. DELAINE | : | |
| Plaintiff | : | Case No.:   05 CA 1639 |
| | : | |
| v. | : | Calendar 7 |
| | : | |
| GIANT FOOD STORES, INC., et al. | : | Judge Neal E. Kravitz |
| Defendants | : | |

## **ORDER**

UPON CONSIDERATION of the Plaintiff's Motion to Vacate Order Denying Motion for Judgment by Default, the Opposition filed herein by William S. Fralin in response to Plaintiff's Motion to Vacate, and good cause having been shown, it is by the Superior Court of the District of Columbia this _____ day of _____, 2006,

ORDERED, that Plaintiff's Motion to Vacate the Court's Order of July 27, 2006 denying Plaintiff's Motion for Judgment by Default be and the same hereby is DENIED.

_____
Neal E. Kravitz, Associate Judge

Copies to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

Michele Hinerman, Esquire
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Valerie Dawson
405 Rock Creek Church Road, N.W.
Washington, D.C. 20011

Sheryl Ellison
913 Decatur Street, N.W.
Washington, D.C. 20011

United States Attorney's Office
501 3rd Street, N.W.
Civil Processing Clerk Division
Washington, D.C. 20001

Dana LeLorenzo, Esquire
Assistant Attorney General
441 4th Streeet, N.W.
Washington, D.C. 20001

U.S. Department of Justice
950 Pennsylvania Avenue
Room B-103
Washington, D.C. 20530

Jeffrey R. DeCaro, Esquire
DeCaro, Doran, Siciliano,
Gallagher & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

2

EXHIBIT C

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

ELLEN L. DeLAINE,                    )
    **Plaintiff**                        )
                                         )
**v.**                                   )        **Case No. 05CA1639**
                                         )        **Calendar 7**
GIANT FOOD STORES, INC.,             )        **Judge Kravitz**
    **Defendant**                        )

---

## ORDER

This matter is before the Court on the plaintiff's motion to vacate the Court's order of July 27, 2006 denying the plaintiff's motion for the entry of a default judgment against defendant William S. Fralin. The plaintiff contends that a certified mail receipt appended to her motion establishes that the defendant was served with the summons, complaint, and initial order on January 12, 2006. The defendant has filed an opposition to the plaintiff's motion, supported by his own affidavit, in which he contends that the signature on the certified mail receipt is not his own and that he has never been served with process in this case. The plaintiff has filed a reply to the defendant's opposition.

As it is necessary to hold an evidentiary hearing to determine whether or not the defendant was properly served as alleged by the plaintiff, it is this **27** day of September 2006

**ORDERED** that the plaintiff and defendant Fralin shall appear in courtroom 415 on October 12, 2006 at 11:00 a.m. for an evidentiary hearing on the plaintiff's motion. The parties shall be prepared to present competent evidence relating to the question of whether the defendant signed the certified mail receipt or was otherwise properly served with process in this case.

DOCKETED In Chambers    SEP 2 7 2006

SEP 2 7 2006

MAILED From CRC



_____
Neal E. Kravitz, Associate Judge
(Signed in Chambers)

Case: 2005 CA 001639 B
000262428M
DKT: C17950R

Copies mailed to:

Michele Hinerman, Esq.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Ellen L. DeLaine
5608 14th Street, NW
Washington, DC 20011

Joseph L. Gibson, Esq.
6811 Kenilworth Avenue
Suite 210
Riverdale, MD 20737

Valerie Dawson
405 Rock Creek Church Road, NW
Washington, DC 20011

Sheryl Ellison
913 Decatur Street, NW
Washington, DC 20011

William S. Fralin
4525 Klingle Street, NW
Washington, DC 20016

Dana DeLorenzo, Esq.
Assistant Attorney General
441 4th Street, NW
Washington, DC 20001

US Department of Justice
950 Pennsylvania Avenue
Room B-103
Washington, DC 20530

United States Attorney's Office
501 3rd Street, NW
Civil Processing Clerk Division
Washington, DC 20001

EXHIBIT D

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

ELLEN L. DeLAINE,                )
                                 )
    Plaintiff               )
                                 )
    v.                      )    **Case No. 05CA1639**
                                 )    **Calendar 7**
GIANT FOOD STORES, INC.,         )    **Judge Kravitz**
                                 )
    Defendant               )
                                 )

---

## ORDER

It has come to the Court's attention within the past few days that the United States filed the attached "Notice of Filing Notice of Removal of a Civil Action" on August 25, 2006. However, despite the Civil Clerk's file stamp on the notice, the notice has not been docketed, and the Court became aware of the notice only when the plaintiff mentioned it in the course of a conversation with the Court's chambers staff.

It is this _4_ day of October 2006

**ORDERED** that the Clerk shall docket the attached "Notice of Filing Notice of Removal of a Civil Action" as of the date on which this order is docketed. It is further

**ORDERED** that this case is hereby closed in light of its removal to the United States District Court for the District of Columbia.[1] It is further

---

[1] Unaware that the United States had filed a notice of renewal, the Court issued orders on September 27, 2006 granting summary judgment in favor of defendants District of Columbia and Sheryl Ellison and denying the plaintiff's motion for reconsideration of the Court's order of July 7, 2006 denying the plaintiff's motion for the entry of a default judgment against defendant United States. The Court will leave it to the United States District Court to determine whether the Court's orders of September 27, 2006 should be enforced or whether they should be vacated in light of the United States' filing of the notice of renewal on August 25, 2006.

**ORDERED** that the motion hearing currently set for October 12, 2006 is hereby

cancelled, as is the court-ordered mediation session currently set for January 16, 2007.

DOCKETED in Chambers    OCT    5 2006

MAILED From Chambers  OCT.    5 2006.

*Neal E. K___*

Neal E. Kravitz, Associate Judge
(Signed in Chambers)

Copies mailed to:

Michele Hinerman, Esq.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Ellen L. DeLaine
5608 14th Street, NW
Washington, DC 20011

Joseph L. Gibson, Esq.
6811 Kenilworth Avenue
Suite 210
Riverdale, MD 20737

Valerie Dawson
405 Rock Creek Church Road, NW
Washington, DC 20011

Sheryl Ellison
913 Decatur Street, NW
Washington, DC 20011

William S. Fralin
4525 Klingle Street, NW
Washington, DC 20016

Dana DeLorenzo, Esq.
Assistant Attorney General
441 4th Street, NW
Washington, DC 20001

Deborah M. Taylor-Godwin, Esq.
Director, Civil Division
Superior Court of the
District of Columbia
500 Indiana Avenue, NW
Room JM-120
Washington, DC 20001

Steven Conboy, U.S. Marshal
Superior Court of the
District of Columbia
500 Indiana Avenue, NW
Room C-250
Washington, DC 20001

Kathleen Konopka, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

2

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | | |
|---|---|---|
| ELLEN L. DELAINE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 05CA1639** |
| | ) | **Calendar 7** |
| GIANT FOOD STORES, INC. | ) | **Judge Kravitz** |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

RECEIVED
Civil Clerk's Office

AUG 2 5 2006

Superior Court of the
District of C
Washington

### <u>NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION</u>

PLEASE TAKE NOTE that on August 25, 2006, Defendant United States of America

filed with the Clerk of the United States District Court for the District of Columbia a Notice of

Removal in the above captioned civil action, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446(b).

Accordingly, the Superior Court of the District of Columbia "shall proceed no further unless and

until the case is remanded." <u>See</u> 28 U.S.C. § 1446(d).  A copy of the Notice of Removal (with

attachments) is attached hereto.

August 25, 2006

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC 20530
202-616-5309

**CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Notice of Removal of a Civil Action to be

served by first class mail upon plaintiff at:

Ellen L. Delaine
5608 14th Street NW
Washington DC 20011
*Pro se Plaintiff*

and upon defendants at:

Giant Food Stores, Inc.
Jordan, Coyne & Savits
Attn: Michele B. Hinerman
1100 Connecticut Avenue NW
Suite 600
Washington DC 20006

Valerie Dawson
405 Rock Creek Church Road
Washington DC
*Pro se Defendant*

Sheryl Ellison
c/o Dana K. DeLorenzo
Asst Attny General
441 4th Street NW
6th Floor South
Washington DC 20001

William Fralin
4525 Klingle Street NW
Washington DC
*Pro se Defendant*

District of Columbia
c/o Dana K. DeLorenzo
Asst Attny General
441 4th Street NW
6th Floor South
Washington DC 20001

Thomas H. Delaine
c/o Joseph Gibson
6811 Kenilworth Avenue
Suite 210
Riverdale MD 20737

2

Franklin P. Delaine
c/o Joseph Gibson
6811 Kenilworth Avenue
Suite 210
Riverdale MD 20737

on this 25th day of August 2006.

KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC 20530
202-616-5309

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLEN DELAINE                    :
                                 :
        Plaintiff                :
                                 :
    v.                           :      Civil No.:    06-1502 (RJL)
                                 :
GIANT FOOD STORES, INC., et al.  :
                                 :
        Defendants               :

## ORDER

UPON CONSIDERATION of the Motion of Defendant, William S. Fralin, to Dismiss

Plaintiff's Complaint, any Opposition filed thereto by Plaintiff, and good cause having been

shown, it is by the United States District Court for the District of Columbia this _____, day of

_____, 2007,

ORDERED, that Plaintiff's claims and/or causes of action as against Defendant,

William S. Fralin, be and are hereby dismissed under Fed.R.Civ.P. 12(b)(4), and 12(b)(5).


                                _____
                                Richard J. Leon
                                United States District Judge


Copies to:

Ellen L. DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

Padraic K. Keane, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Valerie Dawson
Pro Se
405 Rock Creek Church Road
Washington, D.C. 20011-5941

Dana K. DeLorenzo, Esquire
Michael P. Bruckheim, Esquire
Phillip A. Lattimore, III, Esquire
Office of the Attorney General
for the District of Columbia
441 Fourth Street, N.W.
6th Floor
Washington, D.C. 20001

Joseph L. Gibson, Jr., Esquire
Gibson, Jones & Associates
6811 Kenilworth Avenue
Suite 210
Riverdale, MD 20737

Kathleen M. Konopka, Esquire
Alexander Daniel Shoaibi, Esquire
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Jeffrey R. DeCaro, Esquire
DeCaro, Doran, Siciliano,
Gallagher & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

EXHIBIT 39

In The Superior Court Of The District Of Columbia
Civil Division

Ellen L. Delaine,

      Plaintiff,         Civil Action No: 05 ca 1639
                       Judge Neal E. Kravitz

v.

Giant Food Stores, Inc., et al.


Plaintiff's Motion For Judgment By Default Against
Defendant, William S. Fralin

      Plaintiff hereby moves this Honorable Court for
A Motion of Judgment by Default and pursuant to
Superior Court Rules of Civil Procedures 54(c), and
rule 55 (a),(b)(1), and states reasons as follows:


      1. Plaintiff effected service of process of
the Amended Complaint and summons by certified mail
with green card return receipt on defendant, William
S. Fralin, January 12, 2006, and filed an Affidavit of Service
by Certified mail in this Court on February 15, 2006.

      2. Plaintiff was involuntarily committed to a
Virginia Hospital when she filed in this Court her Amended
Complaint and letter entitled "Addressed to the Court" where
she stated therein that letter that she requested this Court

to handle the service of process of her Amended
Complaint to the defendants named therein because she
was involuntarily committed in a hospital, and that she
was proceeding in this case in forma pauperis whereby
she was entitled, but this Court did not honor her
entitlement.

3. Plaintiff appeared in person in this Courts Clerks
Office and had them to effect service of process
of the Amended Complaint and Summons to all defendants
named in the Amended Complaint on March 20, 2006,
to ensure proper service of process was effected

4. Superior Court Rules for Civil Procedures
12(a)(1)states, "Unless a different time is prescribed
in an applicable statue, a defendant shall serve an
answer within (20) twenty days after being served with
the summons and complaint"

5. Superior Court Rules for Civil Procedures
12(a)5 states, "Except when the time to respond to
the complaint has been extended as provided in Rule
55(a), failure to comply with the requirements of
this Rule shall result in the entry of a default by
the Clerk or the Court sua sponte unless otherwise
ordered by the Court.

6. Plaintiff never received a responsive pleading
to her amended complaint from defendant, William
S. Fralin, after having received the pleading asserting
the claims, whereby entitling Plaintiff for a Demand
for Judgment by Default a set pursuant with Superior

Court Rules for Civil Procedure 54(c), and 55(a)(b)(1), against defendant, William S. Fralin. (See Exhibit 1)

Respectfully Submitted,

*Ellen L. Delaine*

Ellen L. Delaine
5608 - 14th Street N.W.
Washington, D.C. 2011
802 - 829 - 1745

## Certificate Of Service

I Hereby Certify that a true copy of the foregoing Plaintiffs Motion For Judgment By Default against defendant, William S. Fralin, was mailed first class, postage prepaid, this 17th day of July 2006, to:

Jordan Coyne & Savits, LLP
Michele B. Hingerman
1100 Connecticut Avenue N.W.
Suite 600
Washington, D.C. 20036

William S. Fralin
4525 Klingle Street N.W.
Washington, DC. 20016

*Ellen L. Delaine*
Ellen L. Delaine

In The Superior Court For The District Of Columbia
Civil Division

Ellen L. Delaine,

         Plaintiff,               Civil Action No. 05 ca 1639
                                 Judge Neal Kravitz

V.

Giant Food Stores, Inc, et al.,

         Defendants.


Affidavit of Plaintiff, Ellen L. Delaine


    I, Ellen L. Delaine, being the Plaintiff in this case and having personal knowledge of the facts contained herein, being over the age of (18) eighteen years and otherwise being competent to testify in this matter, states as follows:


    ① On February 15, 2006, Plaintiff Ellen L. Delaine, filed in this Court an Affidavit of Service by Certified Mail of Summons and complaint on defendant, William S. Tralin

    ② On March 20, 2006, Plaintiff appeared in this Court in person and had this Court to effect

                             ( Exhibit 1  )

service of process of the Summons and Amended Complaint upon defendant, William S. Fralin, because Plaintiff's request in her November 21, 2005 letter entitled, "Addressed To The Court" whereby she stated therein that she requested this Court to effect service of process of the Summons and Amended Complaint to all defendants named therein, because she was involuntarily committed in a hospital, was not honored as her in forma pauperis status entitled her.

③ Defendant, William S. Fralin, failed to comply with the requirements of Superior Court Rules of Civil Procedures by filing a responsive pleading to Plaintiff's Amended Complaint within twenty (20) days after receiving the pleading asserting the claims.

④ Plaintiff demands judgment by default and pursuant to Superior Court Rules for Civil Procedures 54(c), and 55(a),(b)(1), against defendant, William S. Fralin, in the sum amount plus interests and costs of:

$2,500,000.⁰⁰, for punitive damages.

⑤ Plaintiff demands judgment by default and pursuant to Superior Court Rules for Civil Procedures 54(c), and 55(a),(b)(1), against defendant, William S. Fralin, in the sum amount plus interests and costs of:

$2,500,000.⁰⁰, for compensatory damages.

⑥ Plaintiff demands judgment by default and pursuant to Superior Court Rules for Civil

2

Procedures 54(c), and 55 (a), (b)(1), against defendant, William S. Fralin, in the total sum amount plus interest and costs for compensatory and punitive damages of

$ 5,000,000.00

Subscribed and sworn before me, in my presence, this 17 day of July 2006, a Notary Public in and for the District of Columbia.

_Cypselle Camm_
Notary Public

My commission expires June 14, 2010

_Ellen L. Delaine_
Ellen L. Delaine (Seal)

July 17th 2006
Date

3