UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

Ellen L. Delaine,

    Plaintiff,

    v.

Giant Food Stores, Inc., etc.,

    Defendants

Civil Action No. (1:06CV01502(RJL))

## ERRATA

Plaintiff, Ellen L. Delaine, hereby notifies the court that she is attaching the following Exhibit #40, and corrected sheets to her June 29, 2007 "Plaintiff's Opposition To Motion Of Defendant, William S. Frelin, To Dismiss Plaintiff's Complaint and/or Plaintiff's Motion For Judgment By Default" that was filed in U.S. District Court for District of Columbia Civil Clerks, and that the attached Exhibit #40 was omitted from that Document and needs to be included, and these attached corrected sheets are to replace the sheets that were not clearly visible due to printing errors, and there are additional grammatical corrections included, and listed as follows:

| Page No. | Line number (counting from top) | Corrections Made |
|---|---|---|
| 1. 3 | 2 | Last word should be "insufficiency" |
| 2. 6 | 5 | the words "attach it to" should be inserted after "court to" |

| Page No. | Line number (counting from top of page) | Corrections Made |
|---|---|---|
| 3. 6 | 19 | the word after and is "further" |
| 4. 9 | 16 | the number "n" should be inserted after "Loven" |
| 5. 11 | 17 | the word "On" should be inserted before "December" |
| 6. 11 | 26 | the word "that" after the word "Affidavit" should be omitted |
| 7. 12 | 3.1 | the word after other is "similar" |
| 8. 13 | 8 | the word after all is "four" |
| 9. 14 | 5 | the words after "and" should be be omitted |
| 14 | 9 | omit "Plaintiff" and insert "to" omit the first word "were" and insert "was" |
| 10. 14 | 15 | after the word "Exhibit" insert the number "40" also attaching Exhibit #40 which was omitted from Exhibits |
| 11. | | Disregard this - omitted |
| 12. 15 | 23 | omit the first word "by" and replace with "of" |
| 13. 15 | 24 | the word after "was" is "served" |
| 14. 15 | Complete page | due to printing problems that did not clearly visualize this page the entire page will be corrected for print and for the correction mention above |
| 15. 16 | 29 | the word after Affidavit, is "swears" |
| 16. 19 | 1 | after the word "Service" insert "& the" |

| Page No. | Line number (counting from top of Page) | Corrections Made |
|---|---|---|
| 17 22 | 26 | the word "that" after swears should be ommitted and replaced with "to" |
| 18 23 | 8 | the word "Delainie" is not clearly printed |
| 19 23 | 9 | the word "civil" is not clearly printed |
| 20 23 | 10 | the word "was" after "case" is not clearly printed |
| 21 23 | 11 | the word after "ordered" is "for," which is not clear |
| 22 23 | 12 | the first two words are "for service" (not clear) |
| 23 24 | entire page | due to printing problems, the entire page will be replaced |
| 24 25 | Last line | this page should be numbered "25", was not numbered |

Respectfully submitted,

Ellen L. Delainie

Ellen L. Delainie
5608-14th Street N.W
Washington, D.C. 20011
202-829-1745

## Certificate of Service

I hereby certify that a copy of the foregoing ERRATA was mailed first class postage prepaid this 29th day of June, 2007 to:

DeCaro, Doran, Siciliano, Gallagher, & DeBlasis, LLP
Jeffrey R. DeCaro
4601 Forbes Boulevard
Suite 200
Lanham, Md. 20706

United States District Court For District of Columbia
Civil Clerks Processing Office
333 Constitution Avenue N.W.
Washington, D.C. 20001

Ellen L. Delaine

4