UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 5 2007

ELLEN DELAINE, )
)
    Plaintiff, )
)
v. ) No. 06cv1502 (RJL)
)
GIANT FOOD STORES, *et al.* )
)
    Defendants. )
_____ )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 23rd, day of July 2007, hereby

**ORDERED** that [#16] William Fralin's motion to dismiss the claims against him is GRANTED.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge