UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA, CIVIL

Ellen L. DeLaine,

                       Civil Action No. 06-1502 (RJL)

    Plaintiff

v.

Giant Food Stores, Inc., et al.,

    Defendants

**PLAINTIFF'S MOTION TO VACATE ORDER GRANTING DEFENDANT, WILLIAM S. FRALIN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

    Plaintiff hereby files the within Motion To Vacate District Court's July 23, 2007 Order Granting defendant, William S. Fralin's, Motion To Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(4 and 5) for Plaintiff's failure to provide evidence that he was properly served with process in the present case. In support thereof, Plaintiff states the following reason:

1. Plaintiff's June 28, 2007 Opposition To Motion Of Defendant, William S. Fralin, To Dismiss Plaintiff's Complaint

RECEIVED
AUG 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

and/or Plaintiff's Motion for Judgment By Default," Exhibit 34 - Plaintiff's Motion to Vacate July 27, 2006 Superior Court Order Denying Plaintiff's Motion for Judgment By Default Against Defendant William S. Fralin, attached Exhibit 1 - Superior Court Civil Division Affidavit of Service By Certified Mail filed by Plaintiff on February 15, 2006 stating that she mailed a copy of the initial order, complaint, and summons to defendant, William S. Fralin, with attached return receipt showing that it was received by defendant, William S. Fralin on January 12, 2006, and showing his signature and address of 4525 Klingle Street N.W., Washington, D.C. (Also shown in Exhibit 38).

2. Plaintiff's District Court June 28, 2007 "Opposition to Motion of Defendant, William S. Fralin, To Dismiss Plaintiff's Complaint and/or Plaintiff's Motion for Judgment By Default," Exhibit 37 - Superior Court Civil Docket showing that on March 20, 2006, the Clerk, pursuant to Superior Court Rule 54-II, mailed the complaint, summons, initial order with Acknowledgement form to defendant William S. Fralin in this present case; and also shown in Exhibit 37 is a copy of the summons, and Notice and Acknowledgement for service by mail by the Clerk, pursuant to SCR 54-II, to defendant, William S. Fralin at his address on 4525 Klingle Street N.W., Washington, D.C.; mailed on March 20, 2006.

2

Wherefore, Plaintiff has offered evidence that defendant, William S. Fralin, was properly served with process in the present case, as shown in her District Court June 28, 2007 "Opposition To Motion of Defendant, William S. Fralin, To Dismiss Complaint and/or Plaintiff's Motion For Judgment By Default", Exhibits 34 and 37.

Respectfully submitted

*Ellen L. Delaine*
Ellen L. Delaine
5608-14th Street NW
Washington, D.C. 20011

## Certificate of Service

I Hereby Certify that a copy of the foregoing Plaintiff's Motion To Vacate Order Granting Defendant, William S. Fralin, Motion To Dismiss Plaintiff's Complaint was mailed first class, postage prepaid this 13th day of August, 2007 to:

Jeffrey R. DeCaro
4601-Forbes Boulevard
Suite 200
Lanham, MD. 20706

Joseph L. Gibson, Jr.
6811 Kenilworth Avenue
Suite 210
Riverdale, MD. 20737

Valerie Dawson
405 Rock Creek Church Road
Washington, D.C. 20011-5941

Michael P. Bruckheim/
Dana K. DeLorenzo
Office of the Attorney General for D.C.
441-4th Street NW, 6th Floor South
Washington, D.C. 20001

*Ellen L. Delaine*
Ellen L. Delaine

3