UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLEN L. DELAINE,                          *
                                           *
          Plaintiff,                       *
                                           *
     v.                                    *      Case No.:  **1:06-cv-01502 (RJL)**
                                           *
GIANT FOOD STORES, INC., *et al.*,         *
                                           *
          Defendants.                      *

PRAECIPE OF DEFENDANT GIANT FOOD STORES, INC.
<u>REGARDING JURISDICTION</u>

Defendant, Giant Food Stores, Inc., by and through its undersigned counsel,

respectfully submits that this Honorable Court may lack jurisdiction in light of the United

States' dismissal as a party to this action (upon whose motion this matter was

transferred to this Honorable Court).  Defendant District of Columbia and Plaintiff Ellen

DeLaine are both citizens of the District of Columbia for purposes of 28 U.S.C. § 1332.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By:<u>/s/Padraic K. Keane</u>
   Padraic K. Keane
   Bar # 486285
   1100 Connecticut Avenue, NW
   Suite 600
   Washington, DC  20036
   (202) 496-2846
   Fax:  (202) 496-2800
   E-mail:  p.keane@jocs-law.com

Counsel for Defendant, Giant Food Stores, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing praecipe was electronically filed and mailed, first class and postage prepaid, this ___23rd___ day of October, 2007 to:

> Ms. Ellen L. Delaine (mailed)
> 5608 14th Street, NW
> Washington, DC 20011
>   Pro Se Plaintiff
>
> Ms. Valerie Dawson (mailed)
> 405 Rock Creek Church Road
> Washington, DC 20011-5941
>   Pro Se Defendant
>
> Dana K. DeLorenzo, Esquire (electronically filed)
> OFFICE OF THE ATTORNEY GENERAL FOR D.C.
> 6th Floor South
> 441 4th Street, NW
> Washington, DC 20001
>   Counsel for Sheryl Ellison and the District of
>   Columbia

> /s/Padraic K. Keane
> Padraic K. Keane