UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ELLEN DELAINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06cv1502 (RJL) |
| ) | |
| GIANT FOOD STORES, *et al.* ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon review of the entire record herein, it is, this 24th day of October 2007, hereby

**ORDERED** that the Clerk of the Court, pursuant to Local Civil Rule 83.11, shall appoint counsel to represent plaintiff in this matter.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge