UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 7 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| ELLEN L. DELAINE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 06-1502 (RJL) |
| GIANT FOOD STORES, INC., | ) ) ) |
| Defendants. | ) ) |

**ORDER**
December 5, 2007

This case was removed from the Superior Court of the District of Columbia on notice of the United States. On April 17, 2007, the Court dismissed the complaint against the United States. Defendant Giant Food Stores, Inc., has filed a notice rightly suggesting that this Court no longer has jurisdiction over the complaint in light of the United States's dismissal. *See* Dkt. No. 24. Under the removal statute, "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded" to the state court. 28 U.S.C § 1447(c). Accordingly, it is

ORDERED that the Order of October 25, 2007, directing the appointment of counsel for plaintiff, is VACATED;[1] and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1447(c), this action is REMANDED to the Superior Court of the District of Columbia.

_____
RICHARD J. LEON
United States District Judge

---

[1] The Clerk has twice attempted to appoint counsel from the Court's Civil Pro Bono Panel without success.

